AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————————————————— DISTRICT OF MASSACHUSETTS ————————————————————

BRUNO HOFMANN, Individually and On Behalf
of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PHILIP LAUGHLIN, MICHAEL SABOLINSKI,
ALBERT ERANI, DONNA ABELLI LOPOLITO,
JOHN J. ARCARI, HERBERT M. STEIN,
ALAN ADES, BERNARD A. MARDEN, ALAN W.
TUCK, NOVARTIS PHARMA AG and
PRICEWATERHOUSECOOPERS LLP

**04 · 10027 JLT**

TO: (Name and address of defendant)

PRICEWATERHOUSECOOPERS LLP
One Post Office Square
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans | Steven G. Schulman | David R. Scott |
| MOULTON & GANS, P.C. | Andrei V. Rado | Michael A. Swick |
| 33 Broad St., Suite 1100 | Sharon M. Lee | SCOTT & SCOTT LLC |
| Boston, MA 02109-4216 | MILBERG WEISS BERSHAD HYNES & | P.O. Box 192 |
| 617-369-7979 | LERACH LLP | 108 Norwich Avenue |
| | One Pennsylvania Plaza | Colchester, CT  06415 |
| | New York, NY  10119-0165 | 860-537-5537 |
| | 212-594-5300 | |

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

JAN -7 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | JANUARY 29, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BURTON M. MALKOFSKY | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING IN HAND TO MS. BRANDIE STOUT, PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT PRICEWATERHOUSECOOPERS, LLP. SAID SERVICE WAS MADE AT ONE POST OFFICE SQUARE, BOSTON, MASS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $20.00 | $25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 29, 2004
                      Date

Signature of Server

707 E. 6th ST., SOUTH BOSTON, MASS.
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure