AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

BRUNO HOFMANN, Individually and On Behalf
of All Others Similarly Situated,

v.

PHILIP LAUGHLIN, MICHAEL SABOLINSKI,
ALBERT ERANI, DONNA ABELLI LOPOLITO,
JOHN J. ARCARI, HERBERT M. STEIN,
ALAN ADES, BERNARD A. MARDEN, ALAN W.
TUCK, NOVARTIS PHARMA AG and
PRICEWATERHOUSECOOPERS LLP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10027 JLT

TO: (Name and address of defendant)

PHILIP LAUGHLIN
135 Benvenue Street
Wellesley, MA  02482

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans | Steven G. Schulman | David R. Scott |
| MOULTON & GANS, P.C. | Andrei V. Rado | Michael A. Swick |
| 33 Broad St., Suite 1100 | Sharon M. Lee | SCOTT & SCOTT LLC |
| Boston, MA 02109-4216 | MILBERG WEISS BERSHAD HYNES & | P.O. Box 192 |
| 617-369-7979 | LERACH LLP | 108 Norwich Avenue |
| | One Pennsylvania Plaza | Colchester, CT  06415 |
| | New York, NY  10119-0165 | 860-537-5537 |
| | 212-594-5300 | |

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE: JAN -7 2004

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: FEBRUARY 6, 2004 |
| NAME OF SERVER (PRINT): SEAN CALLIS | TITLE: CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY LEAVING AT THE LAST AND USUAL PLACE OF ABODE OF THE WITHIN NAMED DEFENDANT PHILIP LAUGHLIN. SAID SERVICE WAS MADE AT 135 BENVENUE STREET, WELLESLEY, MASS. ALSO ON THIS SAME DAY I SENT BY FIRST CLASS MAIL A COPY OF THIS SUMMONS TO THE ABOVE MENTIONED NAMED AND ADDRESS.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $35.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   FEBRUARY 6, 2004
              Date

*Signature of Server*: Sean Callis

707 E. 6th ST., SOUTH BOSTON, MASS.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.