# United States District Court

DISTRICT OF __MASSACHUSETTS__

BRUNO HOFMANN, Individually and On Behalf
of All Others Similarly Situated,

V.

PHILIP LAUGHLIN, MICHAEL SABOLINSKI,
ALBERT ERANI, DONNA ABELLI LOPOLITO,
JOHN J. ARCARI, HERBERT M. STEIN,
ALAN ADES, BERNARD A. MARDEN, ALAN W.
TUCK, NOVARTIS PHARMA AG and
PRICEWATERHOUSECOOPERS LLP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 · 10027 JLT**

TO: (Name and address of defendant)

DONNA ABELLI LOPOLITO
31 Penny Lane
North Easton, MA  02334

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

Steven G. Schulman
Andrei V. Rado
Sharon M. Lee
MILBERG WEISS BERSHAD HYNES &
   LERACH LLP
One Pennsylvania Plaza
New York, NY  10119-0165
212-594-5300

David R. Scott
Michael A. Swick
SCOTT & SCOTT LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT  06415
860-537-5537

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

JAN -7 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

BRUNO HOFMANN, Individually and On Behalf
of All Others Similarly Situated,

V.

PHILIP LAUGHLIN, MICHAEL SABOLINSKI,
ALBERT ERANI, DONNA ABELLI LOPOLITO,
JOHN J. ARCARI, HERBERT M. STEIN,
ALAN ADES, BERNARD A. MARDEN, ALAN W.
TUCK, NOVARTIS PHARMA AG and
PRICEWATERHOUSECOOPERS LLP

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04·10027 JLT

TO: (Name and address of defendant)

DONNA ABELLI LOPOLITO
31 Penny Lane
North Easton, MA 02334

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

Steven G. Schulman
Andrei V. Rado
Sharon M. Lee
MILBERG WEISS BERSHAD HYNES &
LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300

David R. Scott
Michael A. Swick
SCOTT & SCOTT LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415
860-537-5537

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



CLERK

(BY) DEPUTY CLERK

JAN - 7 2004

DATE