UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------ x
BRUNO HOFMANN,                 :
                               :
         Plaintiff,            :     Civil Action
                               :     No. 04-10027-JLT
    v.                         :
                               :
PHILIP LAUGHLIN, MICHAEL       :
SABOLINSKI, ALBERT ERANI, DONNA
ABELLI LOPOLITO, JOHN J. ACARI,:
HERBERT M. STEIN, ALAN ADES,
BERNARD A. MARDEN, ALAN W.     :
TUCK, NOVARTIS PHARMA AG and
PRICEWATERHOUSECOOPERS LLP,    :

         Defendants.           :
------------------------------ x

### STIPULATION AND ORDER TO EXTEND
### PwC's TIME TO RESPOND TO COMPLAINT

Plaintiff and defendant PricewaterhouseCoopers LLP ("PwC"), by their undersigned counsel, hereby stipulate and agree that the time within which PwC may answer, move, or otherwise respond to the complaint in this action is extended to and including 30 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (Public Law No. 104-67), or (b) the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiff in this action and the plaintiff(s) in any other action which is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.

The plaintiff and defendant PwC jointly respectfully request that the Court approve the foregoing stipulation.

Dated: February 12, 2004
Boston, Massachusetts

Respectfully submitted,

*Nancy Freeman Gans /by [illegible] w/permission*

Nancy Freeman Gans (BBO #184540)
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

Steven G. Schulman
Andrei V. Rado
Sharon M. Lee
MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
One Pennsylvania Plaza - 49th Floor
New York, New York 10119
(212) 594-5300

David R. Scott
Michael A. Swick
SCOTT + SCOTT LLC
P.O. Box 192
108 Norwich Avenue
Colchester, Connecticut 06415
(860) 537-5537

Counsel for Plaintiff
BRUNO HOFMANN

*Matthew J. Matule*

James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
PRICEWATERHOUSECOOPERS LLP

SO ORDERED:

Dated: _____

_____
Joseph L. Tauro
United States District Judge