UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFMAN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants | No. 04-10027-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of Defendant Donna Abelli Lopolito.

Respectfully Submitted,

_____
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: February 19, 2004