UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants | No. 04-10027-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of Defendant Michael Sabolinski.

Respectfully Submitted,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: February 19, 2004

BOSTON 1854920v1

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served first-class mail, postage prepaid to:

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216

Steven G. Schulman, Esq.
Andrei V. Rado, Esq.
Sharon M. Lee, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza - 49th Floor
New York, NY 10119

David R. Scott, Esq.
Michael A. Swick, Esq.
Scott + Scott LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415

_____
Jonathan A. Shapiro

Dated: February 19, 2004