UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFMAN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants | No. 04-10027-JLT |

**STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants Alan Ades and Albert Erani (collectively, "defendants"), by their undersigned counsel, hereby stipulate and agree that the time within which they and any other defendants for whom Hale and Dorr LLP appears, may answer, move, or otherwise respond to the complaint in this action is extended to and including 45 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), or (b) the date on which a consolidated amended complaint, if any, is served upon defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiff in this action and the plaintiff(s) in any other action which is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.

-2-

This Stipulation is the same as (but for the additional defendants) as that allowed by the Court on March 1, 2004 with respect to Defendants Philip Laughlin, Michael Sabolinski and Donna Abelli Lopolito.

The plaintiff and defendants respectfully request that the Court approve their stipulation.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| Plaintiff, | PHILIP LAUGHLIN, MICHAEL SABOLINSKI, DONNA ABELLI LOPOLITO, ALAN ADES and ALBERT ERANI, |
| By his attorney, | |
| | By their attorneys, |
| /s/ Nancy Freeman Gans (by permission) | /s/ Jonathan A. Shapiro |
| Nancy Freeman Gans (BBO #184540) | Jeffrey B. Rudman (BBO #433380) |
| Moulton & Gans, P.C. | Jonathan A. Shapiro (BBO #567838) |
| 33 Broad Street, Suite 1100 | HALE AND DORR LLP |
| Boston, MA  02109-4216 | 60 State Street |
| (617) 369-7979 | Boston, MA  02109 |
| | (617) 526-6000 |
| March 10, 2004 | |

SO ORDERED:

Dated:_____          _____
                                       Joseph L. Tauro
                                       United States District Judge

-3-

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA  02109-4216 | Steven G. Schulman, Esq.<br>Andrei V. Rado, Esq.<br>Sharon M. Lee, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY  10119 |
| David R. Scott, Esq.<br>Michael A. Swick, Esq.<br>Scott + Scott LLC<br>P.O. Box 192<br>108 Norwich Avenue<br>Colchester, CT  06415 | James R. Carroll, Esq.<br>Matthew J. Matule, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA  02108 |

/s/Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  March 10, 2004