# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

BRUNO HOFMANN, Individually and On Behalf of All Others Similarly Situated,

V.

PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10027 JLT

TO: (Name and address of defendant)

ALBERT ERANI
c/o Organogenesis
150 Dan Road
Canton, MA  02021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

Steven G. Schulman
Andrei V. Rado
Sharon M. Lee
MILBERG WEISS BERSHAD HYNES & LERACH LLP
One Pennsylvania Plaza
New York, NY  10119-0165
212-594-5300

David R. Scott
Michael A. Swick
SCOTT & SCOTT LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT  06415
860-537-5537

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE: JAN -7 2004

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | March 11, 2004 |
| NAME OF SERVER *(PRINT)* Nancy Freeman Gans | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify):* By delivering a copy of same inhand to Jonathan A. Shapiro, Esquire, Hale and Dorr LLP, counsel for defendant Albert Erani, who agreed to accept service of same on behalf of said defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL 0 | SERVICES 0 | TOTAL 0 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 22, 2004
           Date

Signature of Server
Nancy Freeman Gans
MOULTON & GANS, P.C.
*Address of Server*
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure