AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

BRUNO HOFMANN, Individually and On Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP

**04 · 10027 JLT**

TO: (Name and address of defendant)

BERNARD A. MARDEN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | Steven G. Schulman<br>Andrei V. Rado<br>Sharon M. Lee<br>MILBERG WEISS BERSHAD HYNES & LERACH LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 | David R. Scott<br>Michael A. Swick<br>SCOTT & SCOTT LLC<br>P.O. Box 192<br>108 Norwich Avenue<br>Colchester, CT 06415<br>860-537-5537 |

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

JAN -7 2004

DATE

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 04/10027 JLT

Plaintiff:
Bruno Hofmann, Individually and On behalf Of All Others Similarly Situated,

vs.

Defendant:
Philip Laughlin, Michael Sabolinski, Albert Erani, Donna Abelli Lopolito, John J. Arcari, Hervert M. Stein, Alan Ades, Bernard A. Marden, Alan W. Tuck, Novartis Pharma AG and Pricewaterhousecoopers LL

Received by Court Support, Inc. to be served on **BERNARD ALBERT MARDEN** at 1290 South Ocean Blvd. Palm Beach, FL 33480.

I, Dennis W. Urso, do hereby affirm that on the **14th day of February, 2004 at 9:40 am**, I:

Served Bernard Albert Marden, by delivering and leaving a true copy of the **Summons In A Civil Action with Complaint with Civil Cover Sheet** with William Harris as Live-in Butler, authorized to accept on behalf of him at the above named address, the said premises being the respondent's usual place of abode within the State of Florida. Deponent completed service by depositing a copy of the Summons in a Civil Case with Second Amended Consolidated Complaint For Violations Of Federal Securities Laws in a postpaid properly addressed envelope bearing the words "Personal & Confidential" by First Class Mail on February 14, 2004 in an official depository of the U.S.P.S in the State of Florida.

**Description of Person Served:** Age: 37, Sex: M, Race/Skin Color: Black, Height: 5'10, Weight: 155, Hair: Black, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Dennis W. Urso
Process Server

Court Support, Inc.
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455

Our Job Serial Number: 2004000227
Ref: 04/10027 JLT

Suzanne L. Fossas
2-27-04

Suzanne L Fossas
MY COMMISSION # DD015265 EXPIRES
June 5, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f