AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF  MASSACHUSETTS

BRUNO HOFMANN, Individually and On Behalf of All Others Similarly Situated,

v.

PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10027 JLT

TO: (Name and address of defendant)

HERBERT M. STEIN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans | Steven G. Schulman | David R. Scott |
| MOULTON & GANS, P.C. | Andrei V. Rado | Michael A. Swick |
| 33 Broad St., Suite 1100 | Sharon M. Lee | SCOTT & SCOTT LLC |
| Boston, MA 02109-4216 | MILBERG WEISS BERSHAD HYNES & LERACH LLP | P.O. Box 192 |
| 617-369-7979 | One Pennsylvania Plaza | 108 Norwich Avenue |
| | New York, NY 10119-0165 | Colchester, CT 06415 |
| | 212-594-5300 | 860-537-5537 |

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

JAN -7 2004

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04/10027 JLT

Plaintiff:
**Bruno Hofmann, Individually and On behalf Of All Others Similarly Situated,**

vs.

Defendant:
**Philip Laughlin, Michael Sabolinski, Albert Erani, Donna Abelli Lopolito, John J. Arcari, Hervert M. Stein, Alan Ades, Bernard A. Marden, Alan W. Tuck, Novartis Pharma AG and Pricewaterhousecoopers LL**

Received by Court Support, Inc. to be served on **HERBERT M. STEIN at 333 Sunset Avenue, Apt 507, Palm Beach, FL 33480.**

I, Dennis W. Urso, do hereby affirm that on the **14th day of February, 2004 at 9:20 am,** I:

Served Herbert M. Stein, by delivering and leaving a true copy of the **Summons In A Civil Action with Complaint and Civil Cover Sheet** with Renee Stein being defendant's wife, authorized to accept on behalf of him, at the above named address, the said premises being the respondent's usual place of abode, within the State of Florida. Deponent completed service by depositing a copy of the Summons in a Civil Case with Second Amended Consolidated Complaint For Violations Of Federal Securities Laws in a postpaid properly addressed envelope bearing the words "Personal & Confidential" by First Class Mail on February 14, 2004 in an official depository of the U.S.P.S in the State of Florida.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 62, Sex: F, Race/Skin Color: White, Height: 5'3, Weight: 110, Hair: Blonde, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Dennis W. Urso
Process Server # 469

Suzanne L. Fossas
2-27-04

Suzanne L. Fossas
MY COMMISSION # DD015265 EXPIRES
June 5, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

Court Support, Inc.
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455

Our Job Serial Number: 2004000226
Ref: 04/10027 JLT

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f