UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
                                   :
BRUNO HOFMANN,                     :
                                   :
                   Plaintiff,      :  Civil Action
         v.                        :  No. 04-10027-JLT
                                   :
PHILIP LAUGHLIN, MICHAEL SABLONSKI,:
ALBERT ERANI, DONNA ABELLI         :
LOPOLITO, JOHN J. ACARI, HERBERT M.:
STEIN, ALAN ADES, BERNARD A. MAR-  :
DEN, ALAN W. TUCK, NOVARTIS PHARMA :
AG and PRICEWATERHOUSECOOPERS LLP, :
                                   :
                   Defendants.     :
---------------------------------- x

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PRICEWATERHOUSECOOPERS LLP

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, PricewaterhouseCoopers LLP hereby submits the following corporate disclosure statement:

PricewaterhouseCoopers LLP is a limited liability partnership registered under the laws of Delaware with no parent company and no publicly held company holds more than 10% of its stock.

Dated: March 29, 2004
       Boston, Massachusetts

Respectfully submitted,

_James R. Carroll_
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
PricewaterhouseCoopers LLP

## Certificate Of Service

      I, Matthew J. Matule, hereby certify that on March 29, 2004, I caused a true copy of the foregoing Corporate Disclosure Statement Of Defendant PricewaterhouseCoopers LLP to be served by hand upon Nancy Freeman Gans, Esq., Moulton & Gans, P.C., 33 Broad Street, Suite 1100, Boston, Massachusetts 02109-4216, and Jeffrey B. Rudman, Esq., Hale & Dorr LLP, 60 State Street, Boston, Massachusetts 02109, and by first-class mail upon Steven G. Schulman, Esq., Milberg Weiss Bershad Hynes & Lerach LLP, One Pennsylvania Plaza, New York, New York 10119 and David R. Scott, Esq., Scott & Scott LLC, P.O. Box. 192, Colchester, Connecticut 06415.

Dated: March 29, 2004

                                            Matthew J. Matule