UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------- x
:
BRUNO HOFMANN,                  :
                                :
                   Plaintiff,   :   Civil Action
         v.                     :   No. 04-10027-JLT
                                :
PHILIP LAUGHLIN, MICHAEL SABLONSKI, :
ALBERT ERANI, DONNA ABELLI      :
LOPOLITO, JOHN J. ACARI, HERBERT M. :
STEIN, ALAN ADES, BERNARD A. MAR- :
DEN, ALAN W. TUCK, NOVARTIS PHARMA :
AG and PRICEWATERHOUSECOOPERS LLP, :
                                :
                   Defendants.  :
------------------------------- x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant

PricewaterhouseCoopers LLP in the above-captioned action.

Dated:  March 29, 2004              Respectfully submitted,
        Boston, Massachusetts

                                    /s/ James R. Carroll
                                    James R. Carroll (BBO #554426)
                                    Matthew J. Matule (BBO #632075)
                                    SKADDEN, ARPS, SLATE,
                                       MEAGHER & FLOM LLP
                                    One Beacon Street
                                    Boston, Massachusetts 02108
                                    (617) 573-4800

                                    Counsel for Defendant
                                    PricewaterhouseCoopers LLP

## Certificate Of Service

      I, Matthew J. Matule, hereby certify that on March 29, 2004, I caused a true copy of the foregoing Notice Of Appearance to be served by hand upon Nancy Freeman Gans, Esq., Moulton & Gans, P.C., 33 Broad Street, Suite 1100, Boston, Massachusetts 02109-4216, and Jeffrey B. Rudman, Esq., Hale & Dorr LLP, 60 State Street, Boston, Massachusetts 02109, and by first-class mail upon Steven G. Schulman, Esq., Milberg Weiss Bershad Hynes & Lerach LLP, One Pennsylvania Plaza, New York, New York 10119 and David R. Scott, Esq., Scott & Scott LLC, P.O. Box. 192, Colchester, Connecticut 06415.

Dated: March 29, 2004

                                          Matthew J. Matule