UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFMAN, Individually and on Behalf of All Others Similarly Situated<br><br>    Plaintiff,<br> v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendants | No. 04-10027-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of Defendant John J. Arcari.

               Respectfully Submitted,

               /s/ Jonathan A. Shapiro_____
               Jeffrey B. Rudman (BBO #433380)
               Jonathan A. Shapiro (BBO #567838)
               HALE AND DORR LLP
               60 State Street
               Boston, MA  02109
               (617) 526-6000

Dated:  March 31, 2004

CERTIFICATE OF SERVICE

    I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA  02109-4216 | Steven G. Schulman, Esq.<br>Andrei V. Rado, Esq.<br>Sharon M. Lee, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY  10119 |
| David R. Scott, Esq.<br>Michael A. Swick, Esq.<br>Scott + Scott LLC<br>P.O. Box 192<br>108 Norwich Avenue<br>Colchester, CT  06415 | James R. Carroll, Esq.<br>Matthew J. Matule, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA  02108 |

    /s/ Jonathan A. Shapiro_____
    Jonathan A. Shapiro

Dated:  March 31, 2004