SCANNED
DATE: 3-23-04
BY: CMG

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRUNO HOFFMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLOTI, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendants. | **Civil Action No.: 1:04-CV-10027 (JLT)** |
| CHRISTOPHER GERARD AHEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | **Civil Action No.: 1:04-CV-10517 (JLT)** |

**NOTICE OF MOTION OF LORENE CRAWFORD,
ERIC D. WINKELMAN AS TRUSTEE FOR ERIC D.
WINKELMAN TRUST, KENNETH WIENER, AND VICTOR KRAIEM
FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS
LEAD PLAINTIFFS, AND APPROVAL OF THEIR CHOICE OF LEAD COUNSEL**

PLEASE TAKE NOTICE that Class members Lorene Crawford, Eric D. Winkelman as Trustee for Eric D. Winkelman Trust, Kenneth Wiener, and Victor Kraiem ("Movants") hereby move this Court pursuant to Fed. R. Civ. P. 42(c) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the District Court of Massachusetts, located at 1 Courthouse Way, Boston, MA 02210, at a date and time to be determined by the Court, for an Order: (a) consolidating all of the above actions into one action for all purposes; (b) appointing Movants to serve as lead plaintiffs; and (c) approving Movants' selection of counsel for the Class.

In support of their motion, Movants submit: (a) the Declaration of Peter Lagorio, Esq., sworn to on March 22, 2004, and annexed exhibits; (b) a Memorandum of Law, dated March 22, 2004; and (c) a Proposed Order granting Movants' motion for consolidation, appointment of lead plaintiffs and approval of their selection of lead counsel for the Class.

Dated: March 22, 2004

**GILMAN AND PASTOR, LLP**

_____
David Pastor (BBO #391000)
Peter A. Lagorio (BBO #567379)
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906
(781) 231-7850
(781) 231-7840 (facsimile)

**Liaison Counsel for Movants and
Proposed Liaison Counsel for the Class**

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 East 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414
(212) 779-3218 (facsimile)

**Counsel for Movants and
Proposed Lead Counsel for the Class**