SCANNED

DATE: 3-23-04

BY: CMG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFFMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLOTI, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendants. | Civil Action No.: 1:04-CV-10027 (JLT) |
| CHRISTOPHER GERARD AHEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Civil Action No.: 1:04-CV-10517 (JLT) |

**DECLARATION OF PETER LAGORIO IN SUPPORT OF THE
MOTION TO CONSOLIDATE THE RELATED CASES, APPOINT LORENE
CRAWFORD, ERIC D. WINKELMAN AS TRUSTEE FOR ERIC D.
WINKELMAN TRUST, KENNETH WIENER, AND VICTOR KRAIEM AS
LEAD PLAINTIFFS AND TO APPROVE LEAD PLAINTIFFS' CHOICE OF COUNSEL**

I, PETER LAGORIO, declare under penalties of perjury:

1. I am a member of the law firm of Gilman and Pastor, LLP. I make this Declaration in Support of the Motion to Appoint Lorene Crawford, Eric D. Winkelman as Trustee for Eric D. Winkelman Trust, Kenneth Wiener, and Victor Kraiem ("Movants") as Lead Plaintiffs Pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, to Consolidate Related Cases, and to Approve Lead Plaintiffs' Choice of Counsel. The matters set forth herein are stated within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

   Exhibit A:   Movants' sworn Certifications;

   Exhibit B:   Chart Of Movants' Losses;

   Exhibit C:   Firm resume for Bernstein Liebhard & Lifshitz, LLP; and

   Exhibit D:   Firm resume for Gilman and Pastor, LLP.

Dated: March 22, 2004

_____
PETER LAGORIO (BBO #567379)