## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFFMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLOTI, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendants. | **Civil Action No.: 1:04-CV-10027 (JLT)** |
| CHRISTOPHER GERARD AHEE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | **Civil Action No.: 1:04-CV-10517 (JLT)** |

**NOTICE OF WITHDRAWAL OF MOTION TO APPOINT
LORENE CRAWFORD, ERIC D. WINKELMAN AS TRUSTEE FOR
ERIC D. WINKELMAN TRUST, KENNETH WIENER, AND
<u>VICTOR KRAIEM AS LEAD PLAINTIFFS</u>**

00002135.WPD ; 1

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lorene Crawford, Eric D. Winkelman as Trustee for Eric D. Winkelman Trust, Kenneth Wiener, and Victor Kraiem hereby withdraw their Motion to Be Appointed Lead Plaintiffs and For Approval of Their Selection of Lead Counsel originally filed with this Court on March 22, 2004.

DATED: April 2, 2004

**GILMAN AND PASTOR, LLP**

/s/ Peter A. Lagorio
David Pastor (BBO #391000)
Peter A. Lagorio (BBO #567379)
Stonehill Corporate Center
999 Broadway Suite 500
Saugus, MA 01906
(781) 231-7850
(781) 231-7840 (facsimile)

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Sandy A. Liebhard
Joseph R. Seidman, Jr.
10 East 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414
(212) 779-3218 (facsimile)