## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice of Withdrawal of Motion to Appoint Lorene Crawford, Eric D. Winkelman as Trustee for Eric D. Winkelman Trust, Kenneth Wiener, and Victor Kraiem as Lead Plaintiffs was served upon the following counsel of record in the consolidated action filed in this Court, electronically, with a copy forwarded via Federal Express to Sharon Lee, Esq., this 2nd day of April, 2004:

**Counsel for Plaintiffs:**

Nancy F. Gans, Esq.
**MOULTON & GANS, PC**
33 Broad Street, Suite 1100
Boston, MA  02109

Sharon Lee, Esq.
**MILBERG WEISS HYNES BERSHAD & LERACH, LLP**
One Pennsylvania Plaza
New York, NY 10019-1065

**Counsel for Defendants:**

Jeffrey B. Rudman, Esq.
Jonathan A. Shapiro, Esq.
**HALE AND DORR, LLP**
60 State Street
Boston, MA 02109

James R. Carroll, Esq.
Matthew J. Matule, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Beacon Street
Boston, MA 02109

/s/ Peter Lagorio
PETER LAGORIO