UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PIRCEWATERHOUSECOOPERS LLP.<br><br>Defendants | No. 04-10027-JLT |

NOTICE OF APPEARANCE

Please enter my appearance for the defendant Herbert M. Stein.

_____
Peter M. Saparoff (BBO #441740)
MINTZ LEVIN COHN FERRIS GLOVSKY
  and POPEO, P.C.
One Financial Center
Boston, MA  02110
(617) 542-6000

Dated: April 1, 2004

LIT 1452225v1

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand  4 / 04
_____