UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFMAN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants | No. 04-10027-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of Defendant Bernard A. Marden.

Respectfully Submitted,

Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 6, 2004

<? >

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109-4216

Steven G. Schulman, Esq.
Andrei V. Rado, Esq.
Sharon M. Lee, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza - 49th Floor
New York, NY  10119

David R. Scott, Esq.
Michael A. Swick, Esq.
Scott + Scott LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT  06415

James R. Carroll, Esq.
Matthew J. Matule, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108

Jonathan A. Shapiro

Dated:  April 6, 2004