UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFMANN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG, and PRICE WATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No.: 1:04cv10027-JLT<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFFS' MOTION TO STRIKE DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS

Proposed lead plaintiffs Bruno Hofmann, John H. Bowie, Richard Madigan, and Richard Conen (collectively, "Plaintiffs" or "Movants"), by their counsel, hereby move this Court to strike defendant PricewaterhouseCoopers LLP's Motion to Dismiss, dated March 29, 2004, without prejudice, or, in the alternative, for twenty (20) days to respond thereto on the merits if Plaintiffs' Motion to Strike is not granted. The grounds for Plaintiffs' Motion to Strike are set forth in the accompanying memorandum of law.

## REQUEST FOR ORAL ARGUMENT

Movants respectfully request oral argument on this motion.

DATED: April 12, 2004

Respectfully Submitted,

MOULTON & GANS, P.C.

By: _____
Nancy Freeman Gans, BBO #184540
33 Broad Street
Suite 1100
Boston, MA 02109
(617) 369-7979

**Proposed Liaison Counsel for proposed lead plaintiffs Bruno Hofmann, John H. Bowie, Richard Madigan, and Richard Conen**

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 4/12/04.

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Steven G. Schulman
Elaine S. Kusel
Peter Sloane
One Pennsylvania Plaza
49th Floor
New York, NY 10119
(212) 594-5300

**Proposed Lead Counsel for proposed lead plaintiffs Bruno Hofmann, John H. Bowie, Richard Madigan, and Richard Conen**