UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUNO HOFMANN, Individually and on Behalf of All Others Similarly Situated, )
)
Plaintiff, )
)
v. )
) No. 04-10027-JLT
PHILIP LAUGHLIN, MICHAEL SABOLINSKI, )
ALBERT ERANI, DONNA ABELLI LOPOLITO, )
JOHN J. ARCARI, HERBERT M. STEIN, )
ALAN ADES, BERNARD A. MARDEN, )
ALAN W. TUCK, NOVARTIS PHARMA AG and )
PRICEWATERHOUSECOOPERS LLP. )
)
Defendants )

## NOTICE OF APPEARANCE

Breton Leone-Quick of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC, respectfully enters his appearance as counsel for defendant Herbert M. Stein in this matter.

Dated: April 9, 2004

Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000

LIT 1453652v1