**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BRUNO HOFFMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT ERANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICE WATERHOUSECOOPERS LLP,<br><br>Defendants. | No.: 04-10027-JLT |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PRICEWATERHOUSECOOPERS LLP'S OPPOSITION AND RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF SCHEDULING ORDER**

Lead Plaintiff hereby moves this Court for leave to file the attached reply to defendant PricewaterhouseCoopers LLP's Opposition and Response to Plaintiffs' Motion for Entry of Scheduling Order ("PwC Opposition"). As grounds therefore, Lead Plaintiff states that Lead Plaintiff's response to issues first raised in PwC's Opposition will aid the

Court in its decision on Lead Plaintiff's Motion for Entry of Scheduling Order and will thereby promote judicial economy.  Defendant PwC does not oppose this motion.

DATED:  August 30, 2004                              Respectfully Submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
  Nancy Freeman Gans
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

**Liaison Counsel for Lead Plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan, and Richard Conen**

**MILBERG WEISS BERSHAD HYNES  & LERACH LLP**
Steven G. Schulman
Elaine S. Kusel
Peter Sloane
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
(212) 594-5300

**Lead Counsel for Lead Plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan, and Richard Conen**

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, Esq., Moulton & Gans, P.C., Liaison Counsel for Lead Plaintiffs hereby certify that on August 30, 2004, I consulted with Matthew J. Matule, Esquire, Skadden, Arps, Slate, Meagher & Flom, LLP, counsel for defendant PricewaterhouseCoopers LLP, concerning the above motion.  Defendant PwC does not oppose this motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## **CERTIFICATE OF SERVICE**

      I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand and/or by mail on August 30, 2004.

                                          /s/ Nancy Freeman Gans
                                          Nancy Freeman Gans