UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 30 P 4: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BRUNO HOFFMAN, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT FRANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICE WATERHOUSECOOPERS LLP,<br><br>Defendants. | C.A. No. 04-10027-JLT |

### NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of the undersigned as counsel for defendant Novartis Pharma AG in the above-captioned action.

                                                                                Rory FitzPatrick (BBO #169960)
                                                                                Andrew C. Glass (BBO #638362)
                                                                                KIRKPATRICK & LOCKHART LLP
                                                                                75 State Street
                                                                                Boston, MA  02109
                                                                                (617) 261-3100

Dated:  September 30, 2004

BOS-700207 v1 0514010-0901