UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| BRUNO HOFFMAN, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT FRANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICE WATERHOUSECOOPERS LLP,<br><br>Defendants. | C.A. No. 04-10027-JLT |

### NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of the undersigned as counsel for defendant Novartis Pharma AG in the above-captioned action.

                                                Rory FitzPatrick (BBO #169960)
                                                Andrew C. Glass (BBO #638362)
                                                KIRKPATRICK & LOCKHART LLP
                                                75 State Street
                                                Boston, MA 02109
                                                (617) 261-3100

Dated: September 30, 2004

BOS-700207 v1 0514010-0901

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRUNO HOFFMAN, Individually and on behalf of All Others Similarly Situated,
           Plaintiff,
v.
PHILIP LAUGHLIN, et al.,
           Defendants.

C.A. No. 04-10027-JLT

## CERTIFICATE OF SERVICE

I, Andrew C. Glass, do hereby certify that on this 30th day of September, I caused the foregoing Notice of Appearance, to be served by regular, first-class, United States mail upon the following:

| | |
|---|---|
| David Pastor<br>Peter A. Lagorio<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Breton T. Leone-Quick<br>Peter M. Saparoff<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 |
| Nancy F. Gans<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA 02109 | Jeffrey B. Rudman<br>Jonathan A. Shapiro<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| James R. Carroll<br>Skadden, Arps, Slate, Meagher & Flom<br>One Beacon Street<br>31st Floor<br>Boston, MA 02108 | Matthew J. Matule<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 |

KIRKPATRICK & LOCKHART LLP

By: _____
Rory FitzPatrick (BBO #169960)
Andrew C. Glass (BBO #638362)
75 State Street
KIRKPATRICK & LOCKHART LLP
Boston, Massachusetts 02109
(617) 261-3100

Attorneys for Novartis Pharma AG

BOS-701056 v1 0514010-0901