UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFFMAN, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT FRANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICE WATERHOUSECOOPERS LLP,<br><br>Defendants. | C.A. No. 04-10027-JLT |

## MOTION FOR ADMISSION *PRO HAC VICE*

The defendant Novartis Pharma AG by its undersigned counsel, hereby applies, pursuant to this Court's Local Rule 83.5.3, for an order permitting Vincent R. FitzPatrick, Jr., Esq., to appear as its counsel *pro hac vice* in this case.

In support of this motion, undersigned counsel states the following:

1. I, Andrew C. Glass, am an associate in the law firm of Kirkpatrick & Lockhart LLP, attorneys for the defendant Novartis Pharma AG in the above-captioned matter.

2. I am a member of the bar of this Court and file my appearance in this action simultaneously herewith.

3. Under Local Rule 83.5.3, a member in good standing of the bar of any United States district court or the bar of the highest court of any state may appear, by permission of the Court, in any case in this Court upon certificate that: (1) the attorney is a member in good standing in every jurisdiction where the attorney has been admitted to practice; (2) there are no

BOS-701009 v1 0514010-0901

disciplinary proceedings pending against the attorney; and (3) the attorney is familiar with the applicable Local Rules.

4. As reflected in the Certificate attached as Exhibit A to this Motion, Vincent R. FitzPatrick, Jr., Esq., meets all of the requirements for *pro hac vice* admission as set forth in Local Rule 83.5.3(b).

WHEREFORE, the undersigned respectfully moves this Court to sign the Order (attached hereto as Exhibit B) granting this Motion for Admission *Pro Hac Vice*.

NOVARTIS PHARMA AG,

By its attorneys,

_____
Rory FitzPatrick (BBO #169960)
Andrew C. Glass (BBO #638362)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: September 30, 2004

Case 1:04-cv-10027-JLT    Document 52    Filed 09/30/2004    Page 3 of 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFFMAN, Individually and on behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT FRANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICE WATERHOUSECOOPERS LLP,<br><br>                 Defendants. | C.A. No. 04-10027-JLT |

**CERTIFICATE IN SUPPORT OF MOTION
TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached Motion to Permit Counsel to Appear *Pro Hac Vice*, I, Vincent R. FitzPatrick Jr., having been duly sworn, on my oath do say as follows:

    1.    I am a member in good standing of the bar of the (i) State of New York, (ii) United States District Court for the Southern District of New York, (iii) United States District Court for the Eastern District of New York, (iv) United States Court of Appeals for the Second Circuit, (v) United States Court of Appeals for the Eighth Circuit, and (vi) United States Court of Appeals for the Ninth Circuit.

    2.    I am a partner in the law firm of White & Case LLP.

3. There are no disciplinary proceedings pending (nor have any ever been brought) against me as a member of the bar in any jurisdiction.

4. I have been provided with the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with them.

                                                                               _____
                                                                               Vincent R. FitzPatrick, Jr.

SWORN TO AND SUBSCRIBED
before me this 24th day
of September 2004.

_____
Notary Public
My commission expires: 11/30/06

GLADYS MILAGROS BACHILLER
Notary Public, State of New York
No. 01UB4819173
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Nov. 30, 20__

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFFMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>PHILIP LAUGHLIN, MICHAEL SABOLINSKI, ALBERT FRANI, DONNA ABELLI LOPOLITO, JOHN J. ARCARI, HERBERT M. STEIN, ALAN ADES, BERNARD A. MARDEN, ALAN W. TUCK, NOVARTIS PHARMA AG and PRICE WATERHOUSECOOPERS LLP,<br><br>　　　　　　　　　Defendants. | C.A. No. 04-10027-JLT |

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW, this ____ day of _____, 2004, upon consideration of the Motion for Admission *Pro Hac Vice* seeking the admission of Attorney Vincent R. FitzPatrick, Jr. of the law firm White & Case LLP, and the Court finding that the Motion should be GRANTED, it is therefore:

ORDERED that Vincent R. FitzPatrick, Jr. shall be, and hereby is, authorized to appear *pro hac vice* in this action.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUNO HOFFMAN, Individually and on behalf of All Others Similarly Situated, Plaintiff, v. PHILIP LAUGHLIN, et al., Defendants. | C.A. No. 04-10027-JLT |

### CERTIFICATE OF SERVICE

I, Andrew C. Glass, do hereby certify that on this 30th day of September, I caused the foregoing Motion for Admission *Pro Hac Vice*, to be served by regular, first-class, United States mail upon the following:

| | |
|---|---|
| David Pastor<br>Peter A. Lagorio<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Breton T. Leone-Quick<br>Peter M. Saparoff<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 |
| Nancy F. Gans<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA 02109 | Jeffrey B. Rudman<br>Jonathan A. Shapiro<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| James R. Carroll<br>Skadden, Arps, Slate, Meagher & Flom<br>One Beacon Street<br>31st Floor<br>Boston, MA 02108 | Matthew J. Matule<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 |

KIRKPATRICK & LOCKHART LLP

By: _____
Rory FitzPatrick (BBO #169960)
Andrew C. Glass (BBO #638362)
75 State Street
KIRKPATRICK & LOCKHART LLP
Boston, Massachusetts 02109
(617) 261-3100

Attorneys for Novartis Pharma AG

BOS-701056 v1 0514010-0901