UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Organogenesis Sec. Litig. | No. 04-10027-JLT |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendants Bernard A. Marden, Philip Laughlin, Michael Sabolinski, Albert Erani, Donna Abelli Lopolito, John J. Arcari and Alan Ades.

Respectfully Submitted,

/s/ Daniel H. Gold_____
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)

Dated: October 22, 2004

CERTIFICATE OF SERVICE

      I, Daniel H. Gold, hereby certify that I caused a copy of the within document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109-4216 | Steven G. Schulman, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY 10119 |
| Glenn M. Kurtz, Esq.<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036<br>212-819-8200 | James R. Carroll, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 |
| Peter M. Saparoff, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111<br>617-542-6000 | Andrew C. Glass, Esq.<br>Kirkpatrick & Lockhart LLP<br>75 State Street<br>Boston, MA 02109<br>617-261-3107 |

      /s/ Daniel H. Gold_____
      Daniel H. Gold

Dated: October 22, 2004