UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 NOV -5  A 10: 59

DISTRICT COURT
DISTRICT OF MASS.

In re Organogenesis Sec. Litig.            No. 04-10027-JLT

## ASSENTED-TO MOTION FOR AN ORDER EXTENDING TIME TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants Philip Laughlin, Michael Sabolinski, Albert Erani, Donna Abelli Lopolito, John J. Arcari, Alan Ades, Herbert M. Stein and PricewaterhouseCoopers LLP hereby move for an order extending the time by which they may answer, move or otherwise respond to the Consolidated Amended Class Action Complaint in this action until January 14, 2005. Under the current Scheduling Order entered on August 30, 2004, defendants' responses would be due on Christmas Eve. In the event that any defendant moves for dismissal of the Consolidated Amended Class Action Complaint, the parties agree that plaintiffs' response to such motion shall be due forty-five days after the date on which such motion is served, and defendants' reply briefs shall be due twenty-one days after the date plaintiffs serve their response. Plaintiffs have assented to this motion.

Respectfully Submitted,

_____
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)

*Counsel for Defendants Philip Laughlin, Michael Sabolinski, Albert Erani, Donna Abelli Lopolito, John J. Arcari and Alan Ades*

_____
Peter M. Saparoff (BBO #4441740)
Breton T. Leone-Quick (BBO #655571)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC
One Financial Center
Boston, MA
(617) 542-6000
(617) 542-2241 (facsimile)

*Counsel for Defendant Herbert M. Stein*

_____
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
31st Floor
Boston, MA 02108
(617) 573-4800
(617) 573-4822 (facsimile)

*Counsel for Defendant PricewaterhouseCoopers LLP*

Dated: November 5, 2004

SO ORDERED:

Dated: _____          _____
                               The Honorable Joseph L. Tauro
                               United States District Judge

CERTIFICATE OF SERVICE

I, Daniel H. Gold, hereby certify that I caused a copy of the within document to be served by overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109-4216 | Steven G. Schulman, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY 10119 |
| Glenn M. Kurtz, Esq.<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036<br>212-819-8200 | James R. Carroll, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 |
| Peter M. Saparoff, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111<br>617-542-6000 | Andrew C. Glass, Esq.<br>Kirkpatrick & Lockhart LLP<br>75 State Street<br>Boston, MA 02109<br>617-261-3107 |

_____
Daniel H. Gold

Dated: November 5, 2004