UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-10027-JLT |
|---|---|

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, Jonathan A. Shapiro and Daniel Gold, Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of Defendant Alan W. Tuck.

Respectfully Submitted,

Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Daniel Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000
(617) 526-5000 (facsimile)

Dated:  January 12, 2005