UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE ORGANOGENESIS SECURITIES LITIGATION : MASTER FILE
: NO. 04-10027-JLT
:
**ORAL ARGUMENT REQUESTED**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, 78u-5 (1998), Defendant PricewaterhouseCoopers LLP ("PwC") hereby moves this Court to dismiss the Class Action Complaint with prejudice. The grounds for PwC's Motion To Dismiss are set out in the accompanying memorandum of law, and additional independently dispositive grounds for dismissal are set out in the memoranda submitted by the other defendants.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), PwC respectfully requests oral argument of this motion.

**CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)**

The undersigned hereby certifies that counsel for PwC contacted plaintiff's Massachusetts-based counsel in an attempt to confer regarding the relief sought by this motion but was unable to obtain counsel's consent.

Dated: January 14, 2005                                    /s/ Matthew J. Matule
                                                           Matthew J. Matule

Dated: January 14, 2005
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800

Counsel for Defendant
PricewaterhouseCoopers LLP