UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
IN RE ORGANOGENESIS SECURITIES LITIGATION   :   MASTER FILE
                                                          :   NO. 04-10027-JLT
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PRICEWATERHOUSECOOPERS LLP'S APPENDIX
OF EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS**

|  |  |
|---|---|
|  | James R. Carroll |
|  | Matthew J. Matule |
|  | SKADDEN, ARPS, SLATE, |
|  |    MEAGHER & FLOM LLP |
|  | One Beacon Street |
|  | Boston, Massachusetts  02108 |
|  | (617) 573-4800 |
| Dated: January 14, 2005 | Counsel for Defendant |
|     Boston, Massachusetts | PricewaterhouseCoopers LLP |

## TABLE OF CONTENTS

**EXHIBIT**

A.	Guerra v. Teradyne Inc., No. Civ. A. 01-11789-NG,
	2004 WL 1467065 (D. Mass. Jan. 16, 2004)

B.	In re Van Wagoner Funds, No. C. 02-03383,
	2004 WL 2623972 (N.D. Cal. Jul. 27, 2004)

C.	Excerpt of Organogenesis' 2001 Form 10-K filed 4/16/02

D.	Excerpts of Organogenesis' Form S-3 filed 10/31/01,
	Form S-3/A filed 11/20/01, Form S-3/A filed 1/30/02,
	Form S-3/A filed 2/7/02, and 2001 Form 10-K filed 4/16/02

E.	Excerpt of Organogenesis' 2000 Form 10-K filed 4/2/01

F.	Fin. Acquisition Partners, LP v. Blackwell, No. Civ. A. 3:02-CV-1586-K,
	2004 WL 2203253 (N.D. Tex. Sept. 29, 2004)