UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) )  No. 04-10027-JLT |

## DEFENDANT HERBERT M. STEIN'S MOTION TO DISMISS
## THE CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), defendant Herbert M. Stein respectfully requests that this Court dismiss all claims against him, with prejudice, in the Corrected Consolidated Amended Class Action Complaint for the above-captioned matter. Mr. Stein bases his request on the reasons set forth in his Memorandum in Support of this Motion, filed herewith.

Mr. Stein also requests a hearing for this motion, and submits that his oral argument will be brief, and is not expected to exceed ten minutes.

HERBERT M. STEIN,

By his attorneys,

          /s/  Breton Leone-Quick
Peter M. Saparoff (BBO#441740)
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel:  (617) 542-6000
Fax: (617) 542-2241

Dated: January 14, 2005

1

LIT 1499294v1