UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) No. 04-10027-JLT |

**APPENDIX IN SUPPORT OF
DEFENDANT HERBERT M. STEIN'S MOTION TO DISMISS
THE CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

A. Organogenesis, Form 10-K, March 29, 1996

B. Organogenesis Form 10-Q, November 16, 1998

C. Organogenesis Form 10-K, March 31, 1999

D. Organogenesis Form S-3, May 17, 1999

E. Organogenesis Form 10-Q, August 16, 1999

F. Organogenesis, Press Release, November 15, 1999

G. Organogenesis, Form 10-Q, November 15, 1999

H. Organogenesis, Form S-3, December 27, 1999