UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | C.A. No. 04-CV-10027 (JLT) |

**APPENDIX IN SUPPORT OF MOTION TO DISMISS
THE CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

**VOLUME I OF II**

DEFENDANTS

Alan Ades
John J. Arcari
Albert Erani
Donna Abelli Lopolito
Philip Laughlin
Michael Sabolinski
Alan W. Tuck

Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

January 14, 2005

## **CONTENTS**

| TAB | DOCUMENT |
|---|---|
| 1 | Press Release, November 15, 1999 |
| 2 | Form 10Q for Q3:99, November 15, 1999 |
| 3 | Press Release, December 2, 1999 |
| 4 | Amendment V to License and Supply Agreement by and between Organogenesis, Inc. and Novartis Pharma AG., formerly Sandoz Pharma Ltd., Form 8-KA, Ex-10.1, April 24, 2001 |
| 5 | The Wall Street Transcript, January 14, 2000 |
| 6 | Amended Form 10-Q for Q3:99, February 14, 2000 |
| 7 | Press Release, February 24, 2000 |
| 8 | Press Release, March 31, 2000 |
| 9 | Form 10-K for 1999, March 31, 2000 |
| 10 | Press Release, May 11, 2000 |
| 11 | Form 10-Q for 1Q:00, May 15, 2000 |
| 12 | CNBC Power Lunch Transcript, June 26, 2000 |
| 13 | Press Release, August 2, 2000 |
| 14 | Press Release, August 14, 2000 |
| 15 | Form 10-Q for Q2:00, August 14, 2000 |
| 16 | Press Release, October 3, 2000 |
| 17 | Press Release, November 14, 2000 |
| 18 | Form 10-Q for Q3:00, November 14, 2000 |
| 19 | Press Release, December 4, 2000 |
| 20 | Press Release, December 6, 2000 |
| 21 | Press Release, February 5, 2001 |

| | |
|---|---|
| 22 | CNBC Power Lunch Transcript, February 28, 2001 |
| 23 | Press Release, March 5, 2001 |
| 24 | Press Release, March 30, 2001 |
| 25 | Form 10-K for 2000, March 30, 2001 |
| 26 | Press Release, April 27, 2001 |
| 27 | Form 10-Q for Q1:01, April 27, 2001 |
| 28 | Press Release, June 5, 2001 |
| 29 | Press Release, August 2, 2001 |
| 30 | Press Release, August 7, 2001 |
| 31 | Press Release, August 13, 2001 |
| 32 | Form 10-Q for Q2:01, August 14, 2001 |
| 33 | Press Release, September 6, 2001 |
| 34 | Press Release, September 7, 2001 |
| 35 | Press Release, September 24, 2001 |
| 36 | Press Release, October 4, 2001 |
| 37 | Press Release, October 16, 2001 |
| 38 | Press Release, November 13, 2001 |
| 39 | Form 10-Q for Q3:01, November 14, 2001 |
| 40 | Securities Purchase Agreement by and between Organogenesis, Inc. and Novartis Pharma AG., formerly Sandoz Pharma Ltd., Form 8-KA, Ex-10.2, April 24, 2001 |
| 41 | Def. 14A, May 24, 2001 |
| 42 | Form 8-K, January 30, 2002 |
| 43 | Press Release, April 3, 2002 |
| 44 | In re Art Tech. Group, Inc. Sec. Litig., C.A. No. 01-11731-NG, slip op. (D. Mass. Sept. 4, 2003) |

| | |
|---|---|
| 45 | Form 4 for Michael Sabolinski, July 7, 2000 |
| 46 | Form S-3, December 27, 1999 |
| 47 | Form S-3/A, November 20, 2001 |
| 48 | Form S-3/A, January 30, 2002 |
| 49 | Form S-3/A, February 7, 2002 |
| 50 | Def. 14A, May 9, 2002 |
| 51 | License and Supply Agreement by and between Organogenesis, Inc. and Sandoz Pharma Ltd, Form 10-K for 1995, Ex-10.V, March 29, 1996 |
| 52 | Form 10-K for 2001, April 16, 2002 |
| 53 | Form 4 for Alan Tuck, February 1, 2000 |
| 54 | Def. 14A, GTC Biotherapeutics, Inc., April 23, 2003 |