UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Hofmann v. Laughlin, et al. | Civil Action No.: 04 CV 10027 |

**NOTICE OF CHANGE OF ADDRESS AND CHANGE OF LAW FIRM**

NOW COMES Peter A. Lagorio and respectfully requests this Honorable Court to note his change of address and change of law firm with regards to the above-captioned matter on behalf of the Plaintiff, Christopher Gerard Ahee.

                Peter A. Lagorio
                LAW OFFICE OF PETER A. LAGORIO
                63 Atlantic Avenue
                Boston, MA 02110
                (617) 367-4200
                Fax (617) 227-3384
                Email: plagorio@conversent.net

Dated: February 17, 2005                Respectfully submitted,

                By: /s/ Peter A. Lagorio
                Peter A. Lagorio
                LAW OFFICE OF PETER A. LAGORIO
                63 Atlantic Avenue
                Boston, MA 02110
                (617) 367-4200
                Fax (617) 227-3384
                Email: plagorio@conversent.net

2

**CERTIFICATE OF SERVICE**

      I, Peter A. Lagorio, do hereby certify that I have this day forwarded via first class mail, a true and correct copy of the above Notice upon the attorneys of record in this case:

Dated: February 17, 2005        /s/ Peter A. Lagorio_____
                                          Peter A. Lagorio