UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | : <br> : <br> : CA No.: 04-10027-JLT <br> : <br> : <br> : |

**UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Court-appointed Lead Plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan, and Richard Conen (collectively, "Lead Plaintiffs" or the "Hoffman Group"), by their counsel, respectfully submit this motion for modification of the Scheduling Order entered by this Court on August 26, 2004. Lead Plaintiffs request that the time for filing their Oppositions to the several Defendants' Motions to Dismiss be extended to March 25, 2005. As grounds for this motion, Lead Plaintiffs state that they require more time adequately to address the issues raised in three separate motions to dismiss. Defendant Stein requests that Defendants' time for filing replies be extended until March 26, 2005. All counsel approve of this Motion.

DATED: February 24, 2005

                                        Respectfully Submitted,

                                        **MOULTON & GANS, P.C.**

                                        By: /s/ Nancy Freeman Gans
                                               Nancy Freeman Gans
                                        33 Broad Street, Suite 1100
                                        Boston, MA 02109-4216
                                        (617) 369-7979

                                        **Liaison Counsel for Lead Plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan, and Richard Conen**

**MILBERG WEISS BERSHAD HYNES
 & LERACH LLP**
Steven G. Schulman
Elaine S. Kusel
Peter Sloane
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
(212) 594-5300

**Lead Counsel for Lead Plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan, and Richard Conen**

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, Liaison Counsel for Lead Plaintiffs, hereby state that I conferred February 18-23 by telephone and email, with Jonathan Shapiro, Esq. of Wilmer Cutler Pickering Hale and Dorr, LLP, counsel for individual Defendants Philip Laughlin, Michael Sabolinski, Albert Erani, Donna Abelli Lopolito, John J. Arcari, Alan Ades, and Alan Tuck;  with Peter M. Saparoff, Esq. of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for individual defendant Herbert M. Stein; and with Matthew J. Matule, Esq. of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for PricewaterhouseCoopers LLP. All counsel support this motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand and/or first class mail, postage prepaid, on February 24, 2005.

/s/ Nancy Freeman Gans
Nancy Freeman Gans