UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | CA No.: 04-10027-JLT |

## UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Court-appointed Lead Plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan, and Richard Conen (collectively, "Lead Plaintiffs" or the "Hoffman Group"), by their counsel, respectfully submit this motion for modification of the Scheduling Order entered by this Court on February 28, 2005. Lead Plaintiffs request that the time for filing their Oppositions to the several Defendants' Motions to Dismiss be extended two weeks to April 8, 2005. As grounds for this motion, Lead Plaintiffs state that Defendants' three briefs have 114 pages, with 80 pages of formal memoranda plus thirty-four pages of additional factual and legal arguments filed as attachments. In addition there are numerous attachments with other materials. Lead Plaintiffs therefore require more time adequately to address the issues raised. Defendants' counsel request that Defendants' time for filing replies be extended three weeks because of conflicts until May 17, 2005. All counsel approve of this Motion.

DATED:  March 23, 2005                Respectfully Submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
      Nancy Freeman Gans
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

**Liaison Counsel for Lead Plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan, and Richard Conen**

**MILBERG WEISS BERSHAD HYNES  
& LERACH LLP**  
Steven G. Schulman  
Elaine S. Kusel  
Peter Sloane  
One Pennsylvania Plaza, 49th Floor  
New York, NY  10119  
(212) 594-5300  

**Lead Counsel for Lead Plaintiffs Bruno Hoffman, John H. Bowie, Richard Madigan, and Richard Conen**

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, Liaison Counsel for Lead Plaintiffs, hereby state that I conferred March 22nd and 23rd by telephone and email, with Jonathan Shapiro, Esq. of Wilmer Cutler Pickering Hale and Dorr, LLP, counsel for individual Defendants Philip Laughlin, Michael Sabolinski, Albert Erani, Donna Abelli Lopolito, John J. Arcari, Alan Ades, and Alan Tuck; with Peter M. Saparoff, Esq. of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for individual defendant Herbert M. Stein; and with Matthew J. Matule, Esq. of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for PricewaterhouseCoopers LLP. All counsel support this motion.

/s/ Nancy Freeman Gans  
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid, on March 23, 2005.

/s/ Nancy Freeman Gans  
Nancy Freeman Gans