UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | : : : Case No.: 1:04cv10027-JLT : : : |

**LEAD PLAINTIFFS' UNOPPOSED MOTION
TO FILE MEMORANDA IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Lead Plaintiffs hereby move for leave to file a memoranda of law in response to the 9 Individual Defendants' and PricewaterhouseCoopers LLP's Motions to Dismiss, in excess of the twenty page limit. Together, the Defendants filed approximately 80 pages of briefing, plus an additional 33 pages of supplemental argument. Lead Plaintiffs submit herewith 2 briefs, each in excess of 20 pages, for a total of approximately 133 pages, which is less than the 200 pages Lead Plaintiffs would be allowed to submit in responding to 10 Defendants. Lead Plaintiffs believe that extending the page limits will allow it to make the submissions necessary to aid the court in its determination of the issues presented and will serve the interest of judicial economy and efficiency. Defendants do not oppose this Motion.

WHEREFORE, Lead Plaintiffs respectfully request this Honorable Court grant leave for it to file the accompanying memoranda.

Dated: April 8, 2005

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA  02109-4216
Telephone:  (617) 369-7979

-1-

        **Liaison Counsel and Local Counsel for Plaintiffs and the Class**

        **MILBERG WEISS BERSHAD**
         **& SCHULMAN LLP**
        Steven G. Schulman
        Elaine S. Kusel
        Peter Sloane
        One Pennsylvania Plaza
        New York, NY  10119
        (212) 594-5300

        **Lead Counsel for Plaintiffs and the Class**

        **LAW OFFICES OF MICHAEL A. SWICK**
         **PLLC**
        Michael A. Swick
        One William Street, Suite 900
        New York, NY 10004
        (212) 584-0770

        **Attorney for Plaintiffs and the Class**

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

     I, Nancy Freeman Gans, hereby certify that I spoke by telephone with Jonathan A. Shapiro, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Individual Defendants, and with Peter M. Saparoff, Esquire, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendant Herbert M. Stein, and with Matthew J. Matule, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant PricewaterhouseCoopers LLP, concerning the within Motion. Defendants do not oppose this Motion.

        /s/ Nancy Freeman Gans
        Nancy Freeman Gans

## CERTIFICATE OF SERVICE

     I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

        /s/ Nancy Freeman Gans

Nancy Freeman Gans