UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | ) ) ) ) ) ) ) | No. 04-10027-JLT |

## ASSENTED-TO MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

Defendants Herbert M. Stein, Alan Ades, John J. Arcari, Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski, Alan Tuck, and PricewaterhouseCoopers LLP (the "Defendants") respectfully request a minor modification of the Scheduling Order entered by this Court on March 23, 2005 (the "Order"). The Order granted the Unopposed Motion for Modification of Scheduling Order filed by the Plaintiffs in this action, and allowed Plaintiffs an extension of two weeks for filing their Oppositions to the Defendants' Motions to Dismiss. The Order also provided that the Defendants' Replies to the Plaintiffs' Oppositions would be due on May 17, 2005. In this Motion, the Defendants request that the Order be modified by extending the due date for their Replies by two weeks to May 31, 2005. Plaintiffs assent to this requested modification.

Respectfully submitted,

   /s/ Breton Leone-Quick
Peter M. Saparoff (BBO#441740)
Breton Leone-Quick (BBO#655571)
Dated: May 3, 2005           MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Herbert M. Stein*

1

   /s/  Jonathan A. Shapiro
Jeffrey B. Rudman (BBO#433380)
Jonathan A. Shapiro (BBO#567838)
Daniel H. Gold (BBO#654909)
WILMER CUTLER PICKERING
HALE & DORR, LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

*Counsel for Alan Ades, John J. Arcari, Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski and Alan Tuck*


   /s/  Matthew J. Matule
James R. Carroll (BBO#554426)
Matthew J. Matule (BBO#632075)
SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108
Tel:  (617) 573-4800
Fax:  (617) 573-4822

*Counsel for PricewaterhouseCoopers LLP*