UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re Organogenesis Sec. Litig. | No. 04-10027-JLT |
|---|---|

**ASSENTED-TO MOTION FOR LEAVE TO FILE
<u>REPLY MEMORANDUM IN EXCESS OF TWENTY PAGES</u>**

Defendants Alan Ades, John J. Arcari, Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski and Alan Tuck ("Defendants") move for leave to file a 30-page reply memorandum of law in further support of their Motion to Dismiss the Corrected Consolidated Amended Class Action Complaint, which exceeds the twenty page limit set forth in Local Rule 7.1(b)(4).

As grounds for this motion, Defendants respectfully submit that Plaintiffs' Opposition to the Motion to Dismiss is 58 pages and that a longer brief is necessary for each of the seven individual defendants to adequately address the issues raised by Plaintiffs' Opposition.

Pursuant to Local Rule 7.1(a)(2), counsel has conferred with Plaintiffs' counsel, who assents to the relief sought in this motion.

Wherefore, the undersigned defendants request that the Court allow Defendants to file a 30- page reply memorandum of law in further support their Motion to Dismiss.

        ALAN ADES, JOHN J. ARCARI,
        ALBERT ERANI, PHILIP LAUGHLIN,
        DONNA ABELLI LOPOLITO, MICHAEL
        SABOLINSKI AND ALAN TUCK

Respectfully Submitted,

/s/ Daniel H. Gold
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)

Dated:  May 31, 2005

SO ORDERED:

Dated: _____         _____
                                          The Honorable Joseph L. Tauro
                                          United States District Judge

CERTIFICATE OF SERVICE

      I, Daniel H. Gold, hereby certify that I caused a copy of the within document to be served on the following counsel:

| | |
|---|---|
| Nancy Freeman Gans, Esq. | Steven G. Schulman, Esq. |
| Moulton & Gans, P.C. | Milberg Weiss Bershad & Schulman LLP |
| 33 Broad Street, Suite 1100 | One Pennsylvania Plaza - 49th Floor |
| Boston, MA  02109-4216 | New York, NY  10119 |
| | |
| Peter M. Saparoff, Esq. | James R. Carroll, Esq. |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Financial Center | One Beacon Street |
| Boston, MA 02111 | Boston, MA  02108 |

      /s/ Daniel H. Gold
      Daniel H. Gold

Dated:  May 31, 2005