UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Organogenesis Sec. Litig. | No. 04-10027-JLT |

### NOTICE OF WITHDRAWAL OF DANIEL H. GOLD

Daniel H. Gold of Wilmer Cutler Pickering Hale and Dorr LLP hereby gives notice that he will no longer serve as counsel for defendants Bernard A. Marden, Philip Laughlin, Michael Sabolinski, Albert Erani, Donna Abelli Lopolito, John J. Arcari, Alan W. Tuck and Alan Ades in this action. The appearances of other attorneys from Wilmer Cutler Pickering Hale and Dorr LLP remain in effect and are not affected by this withdrawal.

Respectfully Submitted,

/s/ Daniel H. Gold_____
Daniel H. Gold (BBO #654909)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)

Dated: July 1, 2005