UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    *
IN RE ORGANOGENESIS                 *
SECURITIES LITIGATION               *     Civil Action No. 04-10027-JLT
_____*

ORDER

July 20, 2005

TAURO, J.

This court hereby orders that:

1.  For the reasons set forth in accompanying Memorandum, <u>PricewaterhouseCoopers LLP's Motion to Dismiss</u> [#60] is ALLOWED;

2.  <u>Defendant Herbert M. Stein's Motion to Dismiss the Corrected Consolidated Amended Class Action Complaint</u> [#63] is DENIED;

3.  <u>Motion of Defendants Alan Ades, John Arcari, Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, and Alan Tuck to Dismiss the Corrected Consolidated Amended Class Action Complaint</u> [#67] is ALLOWED with respect to Plaintiffs' claims against Defendant Alan Ades;

4.  Plaintiffs may amend the complaint, within thirty (30) days from the date of this order, to plead with particularity the fraudulent statements made during the Class Period for which Alan Ades is allegedly responsible; and

5.  <u>Motion of Defendants Alan Ades, John Arcari, Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, and Alan Tuck to Dismiss the Corrected Consolidated Amended Class Action Complaint</u> [#67] is otherwise DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
    United States District Judge