UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ORGANOGENESIS SECURITIES LITIGATION | Civil Action No. 04-10027 (JLT) |

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR FILING ANSWERS TO THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendants John Arcari, Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, Alan Tuck, and Herbert M. Stein respectfully request an extension of time until September 2, 2005, within which Defendants may answer the Consolidated Amended Class Action Complaint.

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants and Plaintiffs have conferred, and Plaintiffs assent to this Motion.

Respectfully Submitted,

Dated: July 27, 2005

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Counsel for John J. Arcari, Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, and Alan Tuck*

        /s/ Peter M. Saparoff
Peter M. Saparoff (BBO#441740)
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Herbert M. Stein*

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within document to be served on the following counsel:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109-4216 | Steven G. Schulman, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY 10119 |
| Peter M. Saparoff, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | James R. Carroll, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 |

        /s/ Jonathan A. Shapiro
Jonathan A. Shapiro

Dated: July 27, 2005