UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: ORGANOGENESIS SECURITIES LITIGATION | ) ) ) ) ) ) | No. 04-10027-JLT |

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR FILING ANSWERS TO THE CORRECTED CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendants John J. Arcari, Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, Alan Tuck, and Herbert M. Stein respectfully request an extension of time until September 16, 2005, within which Defendants may answer the Corrected Consolidated Amended Class Action Complaint.

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants and Plaintiffs have conferred, and Plaintiffs assent to this Motion.

HERBERT M. STEIN,

By his attorneys,

   /s/  Breton Leone-Quick
Peter M. Saparoff (BBO# 441740)
Breton Leone-Quick (BBO# 655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel:  (617) 542-6000
Fax:  (617) 542-2241

Dated: August 25, 2005

        JOHN J. ARCARI, ALBERT ERANI,
PHILIP LAUGHLIN, DONNA LOPOLITO,
MICHAEL SABOLINSKI, AND ALAN TUCK,

By their attorneys,

  /s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO# 433380)
Jonathan A. Shapiro (BBO# 567838)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated: August 25, 2005

2

LIT 1538622v.1