**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: ORGANOGENESIS SECURITIES LITIGATION | Civil Action No. 04-10027-JLT |

**ALAN ADES' ASSENTED-TO MOTION FOR ENTRY OF FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 54(b), defendant Alan Ades respectfully requests that the Court enter separate and Final Judgment with prejudice for him and against plaintiffs with respect to all claims asserted against him in the Corrected Consolidated Amended Class Action Complaint for the above-captioned matter.

The grounds for this motion and the Local Rule 7.1(A)(2) certification are set forth in the Memorandum in Support of Alan Ades' Assented-To Motion for Entry of Final Judgment, filed herewith.

Respectfully submitted,

**ALAN ADES**

By his attorneys,

/s/ Jonathan A. Shapiro_____
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Dated:  August 31, 2005                                Facsimile:    (617) 526-5000

**CERTIFICATE OF SERVICE**

      I, Jonathan A. Shapiro, hereby certify that I served a copy of Alan Ades' Assented-To Motion for Entry of Final Judgment on the following:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109-4216 | Steven G. Schulman, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza – 49th Floor<br>New York, NY 10119 |
| Peter M. Saparoff, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | James R. Carroll, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 |

      /s/ Jonathan A. Shapiro
      Jonathan A. Shapiro