## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ORGANOGENESIS SECURITIES LITIGATION | Civil Action No. 04-10027-JLT |

## [PROPOSED] ORDER

WHEREAS, on December 22, 2004, plaintiffs filed their Corrected Consolidated Amended Class Action Complaint ("Complaint");

WHEREAS, on January 14, 2005, defendant Alan Ades filed a motion to dismiss the Complaint;

WHEREAS, on July 5, 2005, the Court entered an Order dismissing plaintiffs' claims against Mr. Ades, but granting plaintiffs leave to amend their Complaint within thirty (30) days;

WHEREAS, plaintiffs did not file an amended complaint against Mr. Ades within the allotted time; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is "no just reason for delay" for entry of a separate and Final Judgment in favor of Mr. Ades and against plaintiffs.

IT IS THEREFORE ORDERED AND ADJUDGED THAT:

1. Pursuant to Fed. R. Civ. P. 54(b), all claims in this action asserted against Mr. Ades shall be dismissed with prejudice, and

2. Final Judgment shall be entered in favor of Mr. Ades and against plaintiffs on all counts of the Complaint.

DATED: _____          _____
                                                                                Joseph L. Tauro
                                                                                United States District Judge