UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re: ORGANOGENESIS SECURITIES LITIGATION | Civil Action No. 04-10027 (JLT) |
|---|---|

**ASSENTED-TO MOTION OF JOHN J. ARCARI AND ALBERT ERANI
TO EXTEND THE DEADLINE FOR FILING ANSWERS
TO THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendants John J. Arcari and Albert Erani respectfully request an extension of time until September 29, 2005, within which they may answer the Consolidated Amended Class Action Complaint. The other five defendants are filing their answers today.

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants and Plaintiffs have conferred. Plaintiffs assent to this Motion.

Respectfully Submitted,

**JOHN J. ARCARI** and
**ALBERT ERANI**

By their attorneys,

/s/ Jonathan A. Shapiro_____
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Kimberly Friday (BBO #660544)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated: September 16, 2005