UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:  ORGANOGENESIS SECURITIES
LITIGATION

Civil Action No. 04-10027 (JLT)

### ASSENTED-TO MOTION OF JOHN J. ARCARI AND ALBERT ERANI TO EXTEND THE DEADLINE FOR FILING ANSWERS TO THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants John J. Arcari and Albert Erani respectfully request an extension of time until October 20, 2005 to answer the Consolidated Amended Class Action Complaint.  In support of this motion, Mr. Arcari and Mr. Erani state the following:

(1)      Mr. Arcari is in the process of obtaining successor counsel, who requires additional time to file a substitution of appearance and become familiar with the case.

(2)      The completion of the Answer of Mr. Erani has been delayed due to scheduling conflicts; it will be filed shortly.

(3)      The requested extension of time will not delay the pretrial proceedings in this action.  The Answers of the other defendants already have been filed, and the parties are moving forward with their joint planning process under Rule 26(f) and Local Rule 16.1(b).

(4)      Pursuant to Local Rule 7.1(a)(2), counsel for defendants and plaintiffs have conferred.  Plaintiffs assent to this motion.

Respectfully Submitted,
**JOHN J. ARCARI** and
**ALBERT ERANI**

By their attorneys,
/s/ Jonathan A. Shapiro_____
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000

<u>CERTIFICATE OF SERVICE</u>

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within document to be served on the following counsel:

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109-4216

Steven G. Schulman, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza - 49th Floor
New York, NY  10119

Peter M. Saparoff, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

James R. Carroll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108

<u>/s/ Jonathan A. Shapiro</u>
Jonathan A. Shapiro

Dated:  September 29, 2005