UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Civ. No. 04-10027-JLT |

## NOTICE OF APPEARANCE ON BEHALF OF JOHN J. ARCARI

Pursuant to Local Rule 83.5.2, Sara Jane Shanahan of Griesinger, Tighe & Maffei, LLP hereby files her Notice of Appearance on behalf of defendant John J. Arcari.

Respectfully submitted,

JOHN J. ARCARI,

By his attorney,

__/s/_____
Sara Jane Shanahan (BBO#567837)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900

Dated: October 18, 2005

CERTIFICATE OF SERVICE

    I, Sara Jane Shanahan, hereby certify that I caused a copy of this document to be served upon the following counsel:

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216

Steven G. Schulman, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza – 49th Floor
New York, NY 10119

Peter M. Saparoff, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

James R. Carroll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

    /s/_____
Sara Jane Shanahan

Dated: October 18, 2005