UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Civ. No. 04-10027-JLT |

**ASSENTED-TO MOTION OF JOHN J. ARCARI
TO EXTEND THE DEADLINE FOR FILING AN ANSWER TO THE
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendant John J. Arcari respectfully requests an extension of time from October 20, 2005 until November 3, 2005 to answer the Consolidated Amended Class Action Complaint. In support of this motion, Mr. Arcari states as follows:

(1)     Mr. Arcari has recently retained successor counsel, who today has filed a notice of appearance and requires additional time to become familiar with the case.

(2)     The requested extension of time will not delay the pretrial proceedings in this action. The Answers of the other defendants, aside from the answer of Mr. Albert Erani, have been filed, and the parties are moving forward with their joint planning process under Rule 26(f) and Local Rule 16.1(b).

(3)     Pursuant to Local Rule 7.1(a)(2), counsel for Mr. Arcari has conferred with counsel for the other defendants and counsel for the plaintiffs. The other parties assent to this motion.

Respectfully submitted,
JOHN J. ARCARI,
By his attorney,
_/s/ _____
Sara Jane Shanahan (BBO#567837)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, Massachusetts  02110
(617) 542-9900

Dated:  October 18, 2005

<u>CERTIFICATE OF SERVICE</u>

I, Sara Jane Shanahan, hereby certify that I caused a copy of this document to be served upon the following counsel:

Nancy Freeman Gans, Esq.  
Moulton & Gans, P.C.  
33 Broad Street, Suite 1100  
Boston, MA  02109-4216

Steven G. Schulman, Esq.  
Milberg Weiss Bershad & Schulman LLP  
One Pennsylvania Plaza – 49th Floor  
New York, NY  10119

Peter M. Saparoff, Esq.  
Mintz, Levin, Cohn, Ferris,  
Glovsky & Popeo, PC  
One Financial Center  
Boston, MA  02111

James R. Carroll, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
One Beacon Street  
Boston, MA  02108

/s/_____  
Sara Jane Shanahan

Dated: October 18, 2005