UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Organogenesis Sec. Litig. | No. 04-10027-JLT |

## NOTICE OF WITHDRAWAL

Jeffrey B. Rudman, Jonathan A. Shapiro, and Kimberly I. Friday of Wilmer Cutler Pickering Hale and Dorr LLP hereby give notice that they will no longer serve as counsel for defendant John J. Arcari in this action.

        Respectfully Submitted,

        /s/ Kimberly Friday
        Jeffrey B. Rudman (BBO #433380)
        Jonathan A. Shapiro (BBO #567838)
        Kimberly I. Friday (BBO #660544)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street, Boston, MA  02109
        (617) 526-6000

Dated:  October 18, 2005

CERTIFICATE OF SERVICE

      I, Kimberly Friday, hereby certify that I caused a copy of the within document to be served on the following counsel:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA  02109-4216 | Steven G. Schulman, Esq.<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY  10119 |
| Peter M. Saparoff, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | James R. Carroll, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA  02108 |

      /s/ Kimberly Friday
      Kimberly Friday

Dated:  October 18, 2005