UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: ORGANOGENESIS SEC. LITIG. | ) C. A. NO. 04-10027-JLT<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective January 31, 2006, the address for Moulton & Gans, P.C. will change to the following:

> Moulton & Gans, P.C.
> 55 Cleveland Road
> Wellesley, MA 02481

Please take further notice that the firm's telephone and facsimile numbers will change as follows:

> Telephone Number:   781-235-2246
> Fax Number:         781-239-0353.

Dated: January 12, 2006                Respectfully submitted,


                                       /s/ Nancy Freeman Gans
                                       Nancy Freeman Gans, BBO #184540
                                       **MOULTON & GANS, P.C.**
                                       33 Broad Street, Suite 1100
                                       Boston, MA 02109
                                       (617) 369-7979

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing same, postage prepaid, on January 31, 2006

                                       /s/ Nancy Freeman Gans
                                       Nancy Freeman Gans