UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Civ. No. 04-10027-JLT |

## DEFENDANT JOHN ARCARI'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Defendant John Arcari and his undersigned counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____
John Arcari

_____
Sara Jane Shanahan (BBO#567837)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, Massachusetts  02110
(617) 542-9900

Dated: April 18, 2006

## CERTIFICATE OF SERVICE

I, Sara Jane Shanahan, hereby certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 18, 2006.

*/s/ Sara Jane Shanahan*
Sara Jane Shanahan