**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) | MASTER FILE NO. 04-10027 JLT |

**UNOPPOSED MOTION OF LEAD PLAINTIFFS**
**TO ADMIT ELAINE SIMEK KUSEL AND PETER SLOANE PRO HAC VICE**

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Elaine Simek Kusel, Esquire and Peter Sloane, Esquire, of Milberg Weiss Bershad & Schulman LLP, of New York, New York, for Lead Plaintiffs. Attorneys Kusel and Sloane each certify (see Certificates attached to this motion) that (1)s/ he is a member of the bar in good standing in all jurisdictions where s/he has been admitted to practice; (2) there are no disciplinary proceedings pending against her/him as a member of the bar in any jurisdiction; and (3) s/he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Counsel for all Defendants consent to this motion.

I have filed an appearance in the above-entitled action.

Dated: April 18, 2006        Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA 02481
781-235-2246
**Liaison Counsel for Lead Plaintiffs and the Class**

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Nancy Freeman Gans, Esquire, Liaison Counsel for Lead Plaintiffs and the Class, hereby certify that Peter Sloane, Esquire, Milberg Weiss Bershad & Schulman, LLP, Lead Counsel for Plaintiffs and the Class, communicated by email with Jonathan A. Shapiro, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Individual Defendants, with Peter M. Saparoff, Esquire, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendant Herbert M. Stein, and with Sara Shanahan, Griesinger, Tighe & Maffei, LLP, counsel for Defendant John J. Arcari.  Defendants do not oppose this Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Nancy Freeman Gans
Nancy Freeman Gans