UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) MASTER FILE NO. 04-10027 JLT<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Peter Sloane, hereby certify that:

1. I am a member in good standing of the bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 17, 2006

MILBERG WEISS BERSHAD &
SCHULMAN, LLP

By: /s/ Peter Sloane
Peter Sloane
One Pennsylvania Plaza
New York, New York 10119
212.594.5300