UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) ) ) | MASTER FILE NO. 04-10027 JLT<br><br>**JURY TRIAL DEMANDED** |

**LEAD PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Lead Plaintiffs Bruno Hofmann, John H. Bowie, Jr., Richard Madigan, Sr. and Dr. Richard Conen and Lead Counsel for Lead Plaintiffs certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution.

Dated: April 19, 2006

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN, LLP**

By: /s/ Peter Sloane
    Peter Sloane (*Pro Hac Vice* motion pending)
One Pennsylvania Plaza
New York, New York  10119
(212) 594.5300

Lead Counsel for Plaintiffs

By: /s/ Bruno Hofmann
    Bruno Hofmann


By: /s/ John H. Bowie, Jr.
    John H. Bowie, Jr.


By: /s/ Richard Madigan
    Richard Madigan


By: /s/ Dr. Richard Conen
    Dr. Richard Conen

Lead Plaintiffs


Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA  02481
781-235-2246

Liaison and Local Counsel for Plaintiffs