UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS<br>SECURITIES LITIGATION | No. 04-CV-10027 (JLT) |

## LOCAL RULE 16.1(D)(3) STATEMENT

Pursuant to Local Rule 16.1(D)(3), Albert Erani and his counsel hereby certify that they have conferred with the view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.


/s/ Albert Erani   [JAS w/ permission]
ALBERT ERANI

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO #632984)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Dated:  April 24, 2006                              (617) 526-6000


## CERTIFICATE OF SERVICE

I, Kimberly Friday, hereby certify that a true copy of this Local Rule 16.1(D)(3) Statement, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 24, 2006.


/s/ Kimberly Friday
Kimberly Friday