UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-CV-10027 (JLT) |
|---|---|

## LOCAL RULE 16.1(D)(3) STATEMENT

Pursuant to Local Rule 16.1(D)(3), Michael Sabolinski, M.D. and his counsel hereby certify that they have conferred with the view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

/s/ Michael Sabolinski, M.D.  [JAS w/permission]
MICHAEL SABOLINSKI, M.D.

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO #632984)
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: April 25, 2006

### CERTIFICATE OF SERVICE

I, Kimberly Friday, hereby certify that a true copy of this Local Rule 16.1(D)(3) Statement, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 25, 2006.

/s/ Kimberly Friday
Kimberly Friday

US1DOCS 5626078v1