UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                :
IN RE ORGANOGENESIS SECURITIES LITIGATION       :   Civil Action No. 04-10027-JLT
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

### PRICEWATERHOUSECOOPERS LLP'S *UNOPPOSED* MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54(b), defendant PricewaterhouseCoopers LLP ("PwC") respectfully requests that the Court enter a separate and final judgment in its favor with respect to all claims in the Corrected Consolidated Amended Class Action Complaint for the above-captioned matter (attached to Docket No. 58).  All claims against PwC were dismissed with prejudice pursuant to the Court's Memorandum and Order dated July 20, 2005.  (Docket Nos. 83, 84).

The grounds for this motion are set forth in the Memorandum of Law in Support of PwC's Unopposed Motion for Entry of Separate and Final Judgment, filed herewith.  As stated on the record at the status conference held April 25, 2006, plaintiffs do not oppose the relief sought by PwC's motion.

### CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for PwC contacted plaintiff's counsel regarding the relief sought by this motion by telephone on April 24, 2006.  As further discussed with such counsel and the Court on April 25, 2006, plaintiffs' counsel confirmed that they do not oppose the relief sought by this motion.

Dated: April 25, 2006
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
jcarroll@skadden.com
mmatule@skadden.com

Counsel for Defendant
PricewaterhouseCoopers LLP

## Certificate of Service

I, Matthew J. Matule, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2006.

Dated: April 25, 2006

/s/ Matthew J. Matule
Matthew J. Matule