UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRUNO HOFMANN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10027-JLT |
| | * | |
| PHILIP LAUGHLIN, et al. | * | |
| | * | |
| Defendants., | * | |
| | * | |

ORDER

April 26, 2006

TAURO, J.

After a Conference held on April 25, 2006, this court hereby orders that:

1. Parties must comply with this court's Rule 26 Order by May 25, 2006;

2. Plaintiff may depose the following: (1) Philip Laughlin; (2) Michael Sabolinksi; (3) Alan Tuck; (4) Donna Abelli Lopolito; (5) Albert Erani; (6) Herbert Stein; (7) John Arcari; and (8) Bernard Marden;

3. Defendant may depose the following: (1) Bruno Hofmann; (2) John Bowie; (3) Richard Conen; and (4) Richard Madigan;

4. Third-party Discovery is permitted as discussed in open court;

5. Except as otherwise modified by this Order, the Parties' Joint Statement [#103] is ADOPTED;

6. All discovery must be completed by April 25, 2007;

7. No extensions of time will be permitted;

8. No further discovery will be permitted without leave of this court; and

9. A Final Pre-trial Conference will be held on April 18, 2007.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                               United States District Judge