UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
                                      :
IN RE ORGANOGENESIS SECURITIES LITIGATION : Civil Action No. 04-10027-JLT
                                      :
                                      :
------------------------------------- x

## [PROPOSED] FINAL JUDGMENT AS TO PRICEWATERHOUSECOOPERS LLP

In accordance with this Court's July 20, 2005 allowance of a motion to dismiss as to all claims against defendant PricewaterhouseCoopers LLP ("PwC"), with prejudice and without leave to replead, pursuant to a Memorandum and separate Order (Docket Nos. 83, 84), and this Court's April 26, 2006 allowance of PwC's Unopposed Motion For Entry Of Separate And Final Judgment, and there being no just reason for delay, it is hereby ORDERED that separate and final judgment pursuant to Fed. R. Civ. P. 54(b) is entered in favor of PwC and against plaintiffs as to all counts and claims in the above-captioned action.

Dated: May 10, 2006

Joseph L. Tauro
United States District Judge