UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION ) ) ) ) ) ) ) ) | MASTER FILE NO. 04-10027 JLT |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | |
|---|---|
| **MOULTON & GANS, P.C.** | **MILBERG WEISS BERSHAD** |
| Nancy Freeman Gans | **& SCHULMAN LLP** |
| 55 Cleveland Road | Elaine S. Kusel |
| Wellesley, MA  02481 | Peter Sloane |
| (781) 235-2246 | One Pennsylvania Plaza |
| | New York, New York 10019 |
| | (212) 594-5300 |

Lead Plaintiffs Bruno Hofmann, John Bowie, Richard Madigan and Richard Conen (collectively "Lead Plaintiffs"), pursuant to Fed. R. Civ. P. 23, respectfully move this Court for an Order substantially in the form annexed as Exhibit A hereto, as follows:

    a.    Determining that Lead Plaintiffs have satisfied each of the requirements of class certification under Federal Rule of Civil Procedure ("Rule") 23;

    2.    Certifying a class consisting of all purchasers of the securities of Organogenesis, Inc. ("Organogenesis" or the "Company") between November 15, 1999 and February 7, 2002, inclusive ("Class Period"), and were damaged thereby (the "Class); excluded from the Class are Defendants, the officers and directors of Organogenesis at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest;

    3.    Certifying Lead Plaintiffs as representatives of the Class; and

    4.    Appointing Milberg Weiss Bershad & Schulman LLP as Lead Counsel for the Class and Moulton & Gans, P.C. as Liaison Counsel for the Class.

Lead Plaintiffs make this motion based upon the Corrected Consolidated Amended Class Action Complaint, the Memorandum of Law submitted contemporaneously herewith, and all other pleadings, motions, orders, and proceedings in this Action.

DATED:  May 15, 2006        Respectfully submitted,

        **MOULTON & GANS, P.C.**

        By:    */s/ Nancy Freeman Gans*
                Nancy Freeman Gans, BBO #184540
                55 Cleveland Road
                Wellesley, MA 02481
                Telephone:  (781) 235-2246
                Facsimile:  (781) 239-0353

*Liaison Counsel for Plaintiffs and the Class*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Elaine S. Kusel (Admitted *Pro Hac Vice*)
Peter Sloane (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300

*Lead Counsel for Plaintiffs and the Class*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

     I, Nancy Freeman Gans, Esquire, Liaison Counsel for Lead Plaintiffs, hereby certify that on May 10, 2006, Peter Sloane, Esquire, Milberg Weiss Bershad & Schulman LLP, Lead Counsel for Plaintiffs and the Class, conferred in good faith with Jonathan A. Shapiro, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, Bernard A. Marden and Alan W. Tuck, with Peter M. Saparoff, Esquire, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendant Herbert M. Stein, and with Sara Shanahan, Griesinger, Tighe & Maffei, LLP, counsel for Defendant John J. Arcari. This conference did not eliminate the need for this motion, nor did it narrow the issues raised.

                                              */s/ Nancy Freeman Gans*
                                              Nancy Freeman Gans

## **CERTIFICATE OF SERVICE**

I certify that on the 15th day of May, 2006 I caused a copy of Plaintiffs' Motion for Class Certification to be served via Email PDF and First Class Mail upon:

Jonathan A. Shapiro, Esq.
WILMER CUTLER PICKERING HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Jonathan.Shapiro@wilmerhale.com

*Counsel for Defendants Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, Bernard A. Marden and Alan W. Tuck*

Peter M. Saparoff, Esq.
Breton T. Leone-Quick, Esq.
MINTZ LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC
One Financial Center
Boston, MA  02111
psaparoff@mintz.com
BLeone-Quick@mintz.com

*Counsel for Defendant Herbert M. Stein*

Sara Jane Shanahan
GRIESINGER, TIGHE & MAFFIE, LLP
176 Federal Street
Boston, MA 02110
sshanahan@gtmllp.com

*Counsel for Defendant John J. Arcari*

                                              */s/  Nancy Freeman Gans*
                                              Nancy Freeman Gans