UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS<br>SECURITIES LITIGATION | No. 04-CV-10027 (JLT) |

### [PROPOSED] FINAL JUDGMENT AS TO ALAN ADES

On July 20, 2005, this Court allowed a motion to dismiss all claims against defendant Alan Ades, pursuant to a Memorandum and separate Order (Docket Nos. 83, 84), but granted plaintiffs leave to amend their Complaint within thirty (30) days. Plaintiffs did not file an amended complaint against Mr. Ades within the allotted time. In accordance with this Court's September 6, 2005 electronic order granting Mr. Ades' Motion for Entry of Judgment under Rule 54(b) (Docket Nos. 87, 88), and there being no just reason for delay, it is hereby ORDERED that separate and final judgment pursuant to Fed. R. Civ. P. 54(b) is entered in favor of Alan Ades and against plaintiffs as to all counts and claims in the above-captioned action.

Dated: May ___, 2006

_____
Joseph L. Tauro
United States District Judge