**MILBERG WEISS**

June 29, 2006

<u>VIA CM/ECF E-FILING</u>

Ms. Zita Lovett, Deputy Clerk
The Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

      Re:   <u>In re Organogenesis Securities Litigation, No. 04-10027-JLT</u>

Dear Ms. Lovett:

      I am a partner with Milberg Weiss Bershad & Schulman LLP, lead counsel for Plaintiffs in the above referenced action. I respectfully request that you bring this letter to Judge Tauro's attention.

      I write to inform the Court that we recently discovered that there may exist certain inadvertent errors in the lead plaintiff certifications of two of the four Lead Plaintiffs in this action — Richard J. Madigan, Sr. and John H. Bowie, Jr. — concerning the listing of their transactions in Organogenesis' stock. We are diligently looking into this issue and, in addition to reviewing the records that are in the Lead Plaintiffs' possession, have requested that their broker provide us on an expedited basis documents concerning their Organogenesis transactions so that we can ensure that if any correction needs to be made it is complete and accurate. After all of the requested documents are provided to us by the broker, and we have carefully reviewed them, we intend to apprise the Court and Defendants of any errors, and to file with the Court, on behalf of Messrs. Madigan and Bowie, amended certifications to correct any errors. In addition to producing to Defendants on June 30, 2006 all relevant documents (including trading records) in the Lead Plaintiffs' possession in accordance with the Court's Discovery order, we intend to produce to Defendants all trading records that we receive from the broker in response to our requests, some of which are expected after June 30, 2006.

      With respect to Lead Plaintiff Dr. Richard S. Conen, after carefully considering the impact of *Dura Pharms., Inc. v. Broudo*, 544 U.S. 336 (2005), we intend to move for the withdrawal of Dr. Conen as Lead Plaintiff and as proposed class representative.

**Milberg Weiss Bershad & Schulman LLP**

One Pennsylvania Plaza · New York, NY 10119 · 212-594-5300 · Fax 212-868-1229 · www.milbergweiss.com

NEW YORK · BOCA RATON · WILMINGTON · WASHINGTON, D.C. · LOS ANGELES

Ms. Zita Lovett
June 29, 2006
Page 2

      We conveyed yesterday the above information to Jonathan A. Shapiro, Esq. — counsel for Defendants Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, Bernard A. Marden and Alan W. Tuck — and he has indicated that he will convey it to counsel for the other defendants, Messrs. Arcari and Stein.

                                          Respectfully,

                                          Peter Sloane

cc:    All Counsel of Record via CM/ECF E-Filing and Email PDF

Milberg Weiss Bershad & Schulman LLP