UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-CV-10027 (JLT)

**STIPULATION TO EXTEND TIME**

Plaintiffs and Defendants Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski and Alan Tuck ("Defendants") hereby stipulate and agree that the time for Plaintiffs to respond to Defendants' Motion for Entry of Protective Order (filed June 15, 2006) is extended to and including July 11, 2006.

Plaintiffs and Defendants respectfully request that the Court approve their stipulation.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), counsel for defendants John Arcari and Herbert Stein have been advised of this extension, and agree to it.

MOULTON & GANS, P.C.

By: /s/ Nancy Freeman Gans (by permission)
Nancy Freeman Gans (BBO #184540)
55 Cleveland Road
Wellesley, MA 02481
(781) 235-2246

*Liaison Counsel and Local Counsel for Plaintiffs and the Class*

Dated: June 29, 2006

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Peter J. Kolovos
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO #632984)
60 State Street
Boston, MA 02109
(617) 526-6000

*Counsel for Defendants Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, and Alan Tuck*

Certificate of service

I, Peter J. Kolovos, hereby certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 29, 2006.

/s/ ___Peter J. Kolovos_____

US1DOCS 5727649v1