UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE ORGANOGENESIS
SECURITIES LITIGATION

No. 04-CV-10027 (JLT)

**STIPULATION FOR EXTENSION OF TIME**

Plaintiffs and Defendants Albert Erani, Philip Laughlin, Donna Abelli Lopolito,

Michael Sabolinski and Alan Tuck ("Defendants") hereby stipulate and agree that the

time for Plaintiffs to respond to Defendants' Motion for Entry of Protective Order (filed

June 15, 2006) is extended to and including July 25, 2006.

Plaintiffs and Defendants respectfully request that the Court approve their

stipulation.

July 7, 2006

Respectfully Submitted,

Plaintiffs,

By their attorneys,

___/s/ Nancy Freeman Gans
Nancy Freeman Gans (BBO #184540)
MOULTON & GANS, P.C.
55 Cleveland Road
Wellesley, MA  02481
(781) 236-2246

Respectfully Submitted,

Albert Erani, Donna Abelli Lopolito, Philip
Laughlin, Michael Sabolinski and Alan
Tuck,

By their attorneys,

/s/Jonathan A. Shapiro (by permission)

Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO #632984)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

**Error! Unknown document property name.**

-2-

Peter Sloane
MILBER, WEISS, BERSHAD
  & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, I, Nancy Freeman Gans, counsel for Plaintiffs, state that Jonathan A. Shapiro said today, July 7, 2006, in a telephone conference that he has authorization from counsel for defendants John Arcari and Herbert Stein to assent to this extension.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that counsel for all parties of record have been served this day via ECF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

-2-

**Error! Unknown document property name.**