UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) | MASTER FILE NO. 04-10027 JLT |

**PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF DR. RICHARD S. CONEN AS LEAD PLAINTIFF AND PROPOSED CLASS REPRESENTATIVE**


**MOULTON & GANS, P.C.**
Nancy Freeman Gans
55 Cleveland Road
Wellesley, MA  02481
(781) 235-2246

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Peter Sloane
One Pennsylvania Plaza
New York, New York 10019
(212) 594-5300

Lead Plaintiffs Bruno Hofmann, John Bowie, Richard Madigan and Richard Conen (collectively "Lead Plaintiffs"), hereby move this Court for an Order approving the withdrawal of Dr. Richard S. Conen as Lead Plaintiff and withdrawing his motion to be appointed class representative, dated May 15, 2006.  Dr. Conen was appointed Lead Plaintiff by Order of this Court dated July 21, 2004.  As grounds for this motion, Lead Plaintiffs state that, after counsel's careful consideration of the impact of the United States Supreme Court's ruling in <u>Dura Pharms., Inc. v. Broudo,</u> 544 U.S. 336 (2005), Dr. Conen's withdrawal both as Lead Plaintiff and as proposed Class Representative is appropriate.

DATED: July 7, 2006                                     Respectfully submitted,

                                                      **MOULTON & GANS, P.C.**

By:    <u>/s/  Nancy Freeman Gans</u>
       Nancy Freeman Gans, BBO #184540
       55 Cleveland Road
       Wellesley, MA 02481
       Telephone:  (781) 235-2246
       Facsimile:  (781) 239-0353

*Liaison Counsel for Plaintiffs and the Class*

**MILBERG WEISS BERSHAD**
  **& SCHULMAN LLP**
Peter Sloane (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300

*Lead Counsel for Plaintiffs and the Class*

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

  I, Nancy Freeman Gans, hereby certify that I conferred via telephone on July 7, 2006 with Jonathan A. Shapiro, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Donna Abelli Lopolito, Michael Sabolinski, Philip Laughlin, Albert Erani and Alan Ades, who, on behalf of all defendants assented to this motion.

                  /s/ Nancy Freeman Gans
                  Nancy Freeman Gans

## CERTIFICATE OF SERVICE

  I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

                  /s/ Nancy Freeman Gans
                  Nancy Freeman Gans

Case 1:04-cv-10027-JLT   Document 131   Filed 07/07/2006   Page 4 of 4