UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Civ. No. 04-10027-JLT |

**MOTION TO STRIKE LEAD PLAINTIFFS' SWORN CERTIFICATIONS AND PRECLUDE RELIANCE ON THEIR STOCK TRANSACTIONS**

Pursuant to this Court's inherent authority and Federal Rules of Civil Procedure 16, 23 and 37, Defendants Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski and Alan Tuck ("Defendants") move to strike the sworn Certifications signed by Lead Plaintiffs John H. Bowie, Jr. and Richard J. Madigan, Sr. and preclude their reliance on their alleged stock transactions.

The grounds for this motion are set forth in the accompanying Memorandum of Law and Exhibits thereto.

## REQUEST FOR ORAL ARGUMENT

Defendants Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski and Alan Tuck respectfully request oral argument pursuant to Local Rule 7.1(D).

WHEREFORE, the Defendants respectfully request that the Court:

1. Strike the sworn Certifications of Lead Plaintiffs John H. Bowie, Jr. and Richard J. Madigan, Sr.;

2. Preclude reliance by Lead Plaintiffs John H. Bowie, Jr. and Richard J. Madigan, Sr. on their alleged stock transactions; and

3. Award other relief as is fair and just.

        WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO #632984)
Sherry Hartel Haus (BBO# 663777)
Kimberly I. Friday (BBO # 660544)
60 State Street
Boston, MA 02109
(617) 526-6000

*Counsel for Defendants Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, and Alan Tuck*

Dated: July 10, 2006

## LOCAL RULE 7.1(A)(2) AND 37.1 CERTIFICATION

Counsel for defendants John Arcari and Herbert Stein have been advised of this motion, and assent to it.

Defendants' counsel has corresponded and held telephone conferences with Lead Counsel and Liaison Counsel on multiple occasions in an attempt in good faith to resolve or narrow the various issues addressed by this motion, including letters dated June 6, June 19, and and June 29, 2006 and telephone conferences on June 28 and July 7, 2006.

        /s/ Jonathan A. Shapiro
        Jonathan A. Shapiro

## Certificate of service

I, Kimberly I. Friday, hereby certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2006.

/s/ ___Kimberly I. Friday_____