UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civ. No. 04-10027-JLT

IN RE ORGANOGENESIS SECURITIES
 LITIGATION

**CERTIFICATE OF SERVICE**

I, Kimberly I. Friday, hereby certify that true copies of the documents filed through the ECF system today by Defendants Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski and Alan Tuck, Docket Numbers 133 and 134, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2006.

/s/ ___Kimberly I. Friday_____

Date: July 10, 2006