UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-CV-10027 (JLT) |
|---|---|

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs and Defendants have conferred regarding the terms of an appropriate proposed protective order for this action and jointly request that the Court enter the enclosed Joint [Proposed] Protective Order in this case. The parties have agreed upon the language of the enclosed Joint [Proposed] Protective Order.

Respectfully submitted,

Plaintiffs,

By their attorneys,

/s/ Nancy Freeman Gans
Nancy Freeman Gans (BBO # 184540)
MOULTON & GANS, P.C.
55 Cleveland Road
Wellesley, MA 02481
(781) 235-2246

*Local and Liaison Counsel for Plaintiffs and the Class*

Sanford P. Dumain, Esq.
Ariana J. Tadler, Esq.
Peter Sloane, Esq.
MILBERG, WEISS, BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10019
(212) 594-5300

*Lead Counsel for Plaintiffs and the Class*

Respectfully submitted,

Albert Erani, Donna Abelli Loplito, Philip Laughlin, Michael Sabolinski and Alan Tuck,

By their attorneys,

/s/ Peter J. Kolovos
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO #632984)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

John Arcari,

By his attorney,

/s/ Sara Jane Shanahan
Sara Jane Shanahan (BBO #567837)
GRIESINGER, TIGHE & MAFFIE, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Herbert Stein,

By his attorneys,

/s/ Peter M. Saparoff
Peter M. Saparoff (BBO #441740)
Breton Leone-Quick (BBO #655571)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
and POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: July 25, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), Defendants and Plaintiffs have conferred and jointly assent to this Motion.

## CERTIFICATE OF SERVICE

I, Kimberly I. Friday, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

/s/ Kimberly I. Friday
Kimberly I. Friday