UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                              )
IN RE ORGANOGENESIS SECURITIES LITIGATION    ) No. 04-10027-JLT
_____ )

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiff in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: July 28, 2006                             Respectfully submitted,


                                                 /s/ David Pastor
                                                 David Pastor (BBO # 391000)
                                                 GILMAN AND PASTOR, LLP
                                                 225 Franklin Street, 16th Floor
                                                 Boston, MA 02110
                                                 Telephone: (617) 742-9700
                                                 Facsimile: (617) 742-9701

                                                 Attorney for Plaintiff