UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) | MASTER FILE NO. 04-10027 JLT |

## DECLARATION OF JOHN H. BOWIE, JR. CONCERNING LEAD PLAINTIFF CERTIFICATION

I, John H. Bowie, Jr., hereby declare as follows:

1. I am one of the Court-appointed lead plaintiffs and a proposed class representative in this action.

2. I submit this Declaration to explain to the Court that the errors in the Certification Of Proposed Lead Plaintiff Pursuant To Federal Securities Laws, dated March 16, 2004 (the "Certification") that I submitted to the Court were the result of an honest mistake.

3. I honestly misunderstood which trades in Organogenesis stock were required to be included on the Certification form. I would swear on a stack of Bibles that I never intended to misstate my trades or mislead the Court. I am very sorry about the mistake.

4. It is my understanding that my counsel is diligently attempting to obtain from my stockbroker at AG Edwards & Sons a complete set of records relating to my Organogenesis trades so that I can correct the errors in the Certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of July, 2006.

_____
John H. Bowie, Jr.