UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) MASTER FILE NO. 04-10027 JLT |

DECLARATION OF RICHARD J. MADIGAN
CONCERNING LEAD PLAINTIFF CERTIFICATION

I, RICHARD J. MADIGAN, hereby declare as follows:

1. I am one of the Court-appointed lead plaintiffs and a proposed class representative in this action. I submit this declaration to notify the Court that I am aware of the recently discovered errors in the Certification Of Proposed Lead Plaintiff Pursuant To Federal Securities Laws, dated March 22, 2004 (the "Certification"), that these errors were inadvertent, and that I am working diligently with my lawyers to provide the Court with a complete and accurate account of my Organogenesis transactions.

2. I take very seriously the fact that there were errors in my Certification and my responsibility to provide accurate information to the Court. I very much regret the mistakes I made.

3. My recollection of what happened in March 2004 with respect to my preparation and submission of the Certification is incomplete. I first became aware that I had inadvertently failed to list on the Certification certain Organogenesis stock transactions, and that I had incorrectly reported others, in the course of complying with the Court's Discovery Order, which required production of certain documents by June 30, 2006.

4. The errors in the Certification were just that -- errors -- and frankly, I am embarrassed by them. While my recollection of the circumstances under which I filled out the Certification is vague, I am absolutely certain that I had no intention to mislead the Court.

5. It is my understanding that, with my authorization, my counsel are attempting to obtain from my stock brokers complete trading records to determine all of my transactions in Organogenesis stock since November 15, 1999 so that I can amend my Certification to correctly reflect all such transactions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of July, 2006.

_____ 7/26/06
Richard J. Madigan