UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |

**PLAINTIFFS' UNOPPOSED MOTION
TO SERVE THIRD PARTY SUBPOENA ON A.G. EDWARDS & SONS, INC.**

Pursuant to this Court's Discovery Order that "[n]o additional discovery shall take place without further order of the court", Plaintiffs respectfully move this Court for leave to serve a subpoena upon A.G. Edwards & Sons, Inc. ("A.G. Edwards"). As grounds for this motion, Plaintiffs state that A.G. Edwards is one of the stock brokers for Lead Plaintiffs John H. Bowie, Jr. and Richard J. Madigan. Despite Plaintiffs' counsel's repeated requests to a representative of A.G. Edwards to produce the trading records of Messrs. Bowie and Madigan, and a subpoena issued to A.G. Edwards by Defendants for similar records, Plaintiffs have not received all the requested records.

WHEREFORE, Plaintiffs respectfully request this Court grant leave for it to serve a subpoena upon A.G. Edwards that seeks production of specific trading records that have not been previously produced by A.G. Edwards.

Dated: August 2, 2006

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans

Nancy Freeman Gans, BBO #184540
55 Cleveland Road
Wellesley, MA 02481
Telephone: (781) 235-2246
**Liaison Counsel and Local Counsel for**

-2-

      **Plaintiffs and the Class**

      **MILBERG WEISS BERSHAD**
       **& SCHULMAN LLP**
      Sanford P. Dumain
      Ariana J. Tadler
      Peter Seidman
      Peter Sloane
      One Pennsylvania Plaza
      New York, NY  10119
      (212) 594-5300

      **Lead Counsel for Plaintiffs and the Class**

-3-

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

I, Nancy Freeman Gans, hereby certify that I conferred via email on July 31, 2006 with Peter Kolovos, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Donna Abelli Lopolito, Michael Sabolinski, Philip Laughlin, Albert Erani and Alan Ades, Peter Saparoff,, Esquire, Mintz, Levin, Cohn, Feris Glovsky and Popeo, P.C., counsel for Defendant Herbert M. Stein; and Sara Jane Shanahan, Esquire, Griesingr, Tighe & Maffei, LLP, counsel for Defendant John J. Arcari. Defendants assent to this Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans