UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Civ. No. 04-10027-JLT |

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE LEAD PLAINTIFFS' SWORN CERTIFICATIONS AND PRECLUDE RELIANCE ON THEIR STOCK TRANSACTIONS**

Pursuant to Local Rule 7.1(B)(3), Defendants Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski and Alan Tuck ("Defendants") respectfully request leave to file a reply memorandum in support of their Motion to Strike Lead Plaintiffs' Sworn Certifications and Preclude Reliance on Their Stock Transactions.

As grounds for this Motion, Defendants state that a short reply will aid the Court in its determination of the issues presented by the motion and is necessary to adequately address some of the issues raised in Plaintiffs' opposition papers.

Plaintiffs do not oppose this motion, and defendants John Arcari and Herbert Stein assent to it.

**WHEREFORE**, the Defendants respectfully request leave to file the Reply Memorandum that is being filed herewith.

                              WILMER CUTLER PICKERING HALE AND DORR LLP

                              By: /s/ Jonathan A. Shapiro_____
                              Jeffrey B. Rudman (BBO #433380)
                              Jonathan A. Shapiro (BBO #567838)
                              Peter J. Kolovos (BBO #632984)
                              Sherry Hartel Haus (BBO# 663777)
                              Kimberly I. Friday (BBO # 660544)
                              60 State Street
                              Boston, MA 02109
                              (617) 526-6000

                              *Counsel for Defendants Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, and Alan Tuck*

Dated: August 8, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      Counsel for defendants John Arcari and Herbert Stein have been advised of this motion, and assent to it. Counsel for Plaintiffs have been advised of this motion, and do not oppose it.

                              /s/ Jonathan A. Shapiro_____
                              Jonathan A. Shapiro

## CERTIFICATE OF SERVICE

I, Kimberly I. Friday, hereby certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kimberly I. Friday_____