# EXHIBIT B

## PART I



# A.G. Edwards & Sons, Inc.

*INVESTMENTS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E
JOHN H BOWIE JR
ACCOUNT #3

| | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|
| | ORANOGENESIS INC *DISCOUNT 50% | | 6859O6109 |
| | | | SYMBOL |
| | | | ORG |

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 02 17 00 | 02 23 00 |

| ACCOUNT NUMBER | | ID | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | | 390 | | 1 | 0 | 2 | 781-749-8010 |

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 3,500 | 15 1/8 | ORANOGENESIS INC | 6859O6109 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 52,937.50 | | | 341.63 | 1.77 | | 52,594.10 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.    RETAIN THIS COPY FOR YOUR TAX RECORDS

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 02 23 00 |

| AMOUNT |
|---|
| 52,594.10 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | ID | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | | 390 | | 1 | 0 | 2 | 781-749-8010 |

JOHN H BOWIE JR
ACCOUNT #3

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

UNSOLICITED

REDACTED

# A.G. Edwards & Sons, Inc.

ONE NORTH JEFFERSON          ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| SOLD | QUANTITY | | | | PRICE | | SECURITY DESCRIPTION | | | CUSIP NUMBER |
|------|----------|--|--|--|-------|--|----------------------|--|--|-------------|
| YOU | 1,500 | | | | 15 1/16 | | ORGANOGENESIS INC *DISCOUNT 50% | | | 685906109 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | | | SYMBOL |
|----------------|----|---|-----|-----|---------------------|--|--|--|--------|
| 390 | 1 | 0 | 2 | | 781-749-8010 | | | | ORG |

E    JOHN H BOWIE JR
     ACCOUNT #3

14

| | | | TRADE DATE | SETTLEMENT DATE |
|--|--|--|------------|-----------------|
| | | | 02 17 00 | 02 23 00 |

X

M 01

UNSOLICITED

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|-----------|-----------|------------------|------------|---------|--------------------|------------------------------------------|
| 22,593.75 | | | 145.81 | .75 | 4.00 | 22,443.19 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|------|----------|-------|----------------------|-------------|
| YOU | 1,500 | 15 1/16 | ORGANOGENESIS INC | 685906109 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| AMOUNT | | SETTLEMENT DATE |
|--------|--|-----------------|
| 22,443.19 | | 02 23 00 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|----------------|----|---|-----|-----|---------------------|
| 390 | 1 | 0 | 2 | | 781-749-8010 |

JOHN H BOWIE JR
ACCOUNT #3

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM        MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

**A.G. Edwards & Sons, Inc.**

MEMBERS SIPC 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| TRADE DATE | SETTLEMENT DATE | | CUSIP NUMBER |
|---|---|---|---|
| 03 07 00 | 03 10 00 | | 685906109 |

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 50%

SYMBOL
ORG

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| SOLD | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | |
| 390 | 1 | 0 | 2 | | 781-749-8010 | |

| YOU | QUANTITY |
|---|---|
| SOLD | 1,000 |

E

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

16-3134

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE |
|---|---|---|---|---|---|---|
| 22,125.00 | | | 121.58 | .73 | | 22,002.69 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 1,000 | 22 1/8 | ORGANOGENESIS INC | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER.

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 0 | 2 | | 781-749-8010 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE |
|---|---|
| | 03 10 00 |

AMOUNT
22,002.69

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X    P 17

A.G. Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION |
|---|---|
| | ORGANOGENESIS INC |
| | *DISCOUNT 50% |

| | SYMBOL | CUSIP NUMBER |
|---|---|---|
| ORG | | 685906109 |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 03 07 00 | 03 10 00 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | PRICE |
|---|---|
| SOLD | 21 1/4 |

| ACCOUNT NUMBER | ID | T | TRF | MKT OFFICE PHONE NUMBER |
|---|---|---|---|---|
| | 390 | 1 0 | 2 | 781-749-8010 |

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

96-3134

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|---|
| YOU | | | | 233.52 | 1.62 | PLEASE PAY OR DELIVER BY THIS DATE |
| SOLD | 42,500.00 | | | | | |

RETURN TPX'S COPY FOR YOUR TPX RECORDS

| | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| YOU | | | | |
| SOLD | 2,000 | 21 1/4 | ORGANOGENESIS INC | 685906109 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| | AMOUNT |
|---|---|
| SETTLEMENT DATE | |
| 03 10 00 | 42,265.06 |

• 42,265.06

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | ID | T | TRF | MKT OFFICE PHONE NUMBER |
|---|---|---|---|---|
| | 390 | 1 0 | 2 | 781-749-8010 |

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

0 17

A.G. Edwards & Sons, Inc.

ONE NORTH JEFFERSON          ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 50%

| | | | CUSIP NUMBER |
|---|---|---|---|
| | | | 685906109 |
| | | | SYMBOL |
| | | | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | QUANTITY | | | | | | PRICE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLD | 500 | | | | | | 20 3/4 | | | |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 0 | 2 | | 781-749-8010 |

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT
     6   ............TON AVE
     M

86-3134

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| | | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|---|---|
| | | 10,375.00 | | | 57.00 | .35 | |

| | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|
| | 03 | 07 | 00 | 03 | 10 | 00 |

PLEASE PAY OR DELIVER BY THIS DATE

AMOUNT

10,317.65

RETAIN THIS COPY FOR YOUR TAX RECORDS

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | QUANTITY | | | | PRICE | SECURITY DESCRIPTION | | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| SOLD | 500 | | | | 20 3/4 | ORGANOGENESIS INC | | | 685906109 |

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | | |
|---|---|---|
| 03 | 10 | 00 |

| AMOUNT |
|---|
| 10,317.65 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 0 | 2 | | 781-749-8010 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM        MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

N 17

A.G. Edwards & Sons, Inc.
INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
DISCOUNT 50%

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 03 07 00 | 03 10 00 |

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

X

M 17

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| SOLD | | |
|---|---|---|
| YOU | QUANTITY | PRICE |
| | 1,000 | 19 1/2 |

| ACCOUNT NUMBER | | | | | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | IB | T | TRF | | | |
| | 390 | 1 | 0 | 2 | | 781-749-8010 |

3134

E    A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | |
|---|---|---|---|---|---|---|
| 19,500.00 | | | 107.14 | .65 | | PLEASE PAY OR DELIVER BY THIS DATE |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.    RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | | |
|---|---|---|
| YOU | QUANTITY | PRICE |
| | 1,000 | 19 1/2 |

| | AMOUNT |
|---|---|
| | 19,392.21 |

SECURITY DESCRIPTION

ORGANOGENESIS INC

| CUSIP NUMBER |
|---|
| 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | IB | T | TRF | | | |
| | 390 | 1 | 0 | 2 | | 781-749-8010 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 03 10 00 |

| AMOUNT |
|---|
| 19,392.21 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

A.G. Edwards & Sons, Inc.

MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 50%

| CUSIP NUMBER |
|---|
| 68590610 9 |

| SYMBOL |
|---|
| ORG |

X

L 17

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | PRICE | | | | | TRADE DATE | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOLD | 500 | 18 | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | 03 07 00 | | 03 10 00 |
| | | 7/8 | 390 | 1 | 0 | 2 | 781-749-8010 | | | | |

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 9,437.50 | | | 51.85 | .32 | 4.00 | 9,381.33 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| | QUANTITY | | PRICE | SECURITY DESCRIPTION |
|---|---|---|---|---|
| SOLD | 500 | | 18 7/8 | ORGANOGENESIS INC |

| CUSIP NUMBER |
|---|
| 68590610 9 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER | PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶ | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|
| 390 | IB | T | TRF MKT | | | | |
| | 1 | 0 | 2 | 781-749-8010 | | 03 10 00 |

| | AMOUNT |
|---|---|
| | 9,381.33 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

**A.G. Edwards & Sons, Inc.**
MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|
| | | ORGANOGENESIS INC | | 68590610 9 |
| | | *DISCOUNT 35% | | SYMBOL |
| | | | | ORG |

| BOUGHT | | | | | | | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | QUANTITY | | PRICE | | | | | | 05 15 00 | 05 18 00 |
| 390 | 500 | 1 4 | T | TRF | MKT | OFFICE PHONE NUMBER | | | | |
| | | 1 4 | 2 | | | 508-830-6900 | | | | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 5,031.25 | | | 102.50 | .4.00 | | 5,137.75 |

10 1/16    134    10 1/16

E    A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TRX RECORDS

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| BOUGHT. | 500 | | 10 1/16 | ORGANOGENESIS INC | | 68590610 9 |

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER | SETTLEMENT DATE |
|---|---|---|---|---|---|
| 390 | I B | T | TRF | MKT | 05 18 00 |
| | | 1 4 | 2 | 508-830-6900 | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| AMOUNT |
|---|
| 5,137.75 |

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

X

G 12

REDACTED

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | SECURITY DESCRIPTION | | CUSIP NUMBER | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|
| | ORGANOGENESIS INC *DISCOUNT 35% | | 685906109 | | | 05 17 00 | 05 22 00 |
| | | | SYMBOL | | | | |
| | | | ORG | | | | |

**BOUGHT**

| ACCOUNT NUMBER | | IB | T | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
|---|---|---|---|---|---|---|---|
| 390 | | 1 | 4 | 2 | 508-830-6900 | | 9 9/16 |

86-3134

| QUANTITY | | | | | | |
|---|---|---|---|---|---|---|
| 500 | | | | | | |

E  A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 4,781.25 | | | 100.63 | 4.00 | | 4,885.88 |

**BOUGHT**

| YOU | QUANTITY | | | | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| | 500 | | | | 9 9/16 | ORGANOGENESIS INC | | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 4 | 2 | 508-830-6900 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 05 22 00 | 4,885.88 |

RETAIN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.


REDACTED

X

F 19

A.G. Edwards & Sons, Inc.

*INVESTORS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%

| | CUSIP NUMBER |
|---|---|
| | 685906109 |
| | SYMBOL |
| | ORG |

| | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|
| | 05 | 18 | 00 | 05 | 23 | 00 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

86-3134

| | ACCOUNT NUMBER | | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | | | | | | | | |
| YOU | 390 | | | 14 | 2 | | | 508-830-6900 |

| | QUANTITY | | | PRICE | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|---|---|
| | 500 | | 9 1/8 | | ORGANOGENESIS INC | | |

| | CUSIP NUMBER |
|---|---|
| | 685906109 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 4,562.50 | | | 98.55 | 4.00 | | 4,665.05 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| ACCOUNT NUMBER | | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| 390 | | | 14 | 2 | | | 508-830-6900 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE | | |
|---|---|---|---|
| | 05 | 23 | 00 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA  02360

| AMOUNT |
|---|
| 4,665.05 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

B. 20

**A.G. Edwards & Sons, Inc.**
INVESTORS SINCE 1887

ONE NORTH JEFFERSON     ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

ORGANOGENESIS INC

ORG

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| | | | 685906109 |
| | | | SYMBOL |
| | | | ORG |

*DISCOUNT 35%

**BOUGHT**

| ACCOUNT NUMBER | IB | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | 14 | 2 | | 508-830-6900 |

1,000     12 5/8

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    JOHN H BOWIE JR
     ACCOUNT #3
     AVE
     2186-3134

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 12,625.00 | | | 193.05 | 4.00 | | 12,822.05 |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 07 28 00 | 08 02 00 |

ORGANOGENESIS INC                            685906109

**BOUGHT**

1,000          12 5/8

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS SECURITIES SOLD BY ACCOUNT. PLEASE DISREGARD.

| ACCOUNT NUMBER | IB | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | 14 | 2 | | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

JOHN H BOWIE JR
ACCOUNT #3

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 07 28 00 | 08 02 00 |

AMOUNT

12,822.05

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC.

REDACTED

X

L 15

# A G Edwards & Sons, Inc.

INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 50%

| | CUSIP NUMBER |
| ORG | 685906109 |
| | SYMBOL |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| YOU | ACCOUNT NUMBER | | IB | T | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
| SOLD | 2,000 | 390 | 1 | 0 | 2 | 508-830-6900 | 14 1/2 |

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

6-3134

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| | QUANTITY | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
| SOLD | 2,000 | 29,000.00 | | | 269.30 | .97 | 4.00 | 28,725.73 |

| | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
| YOU | 14 1/2 | ORGANOGENESIS INC | 685906109 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| TRADE DATE | SETTLEMENT DATE |
| 08 04 00 | 08 09 00 |

| | SETTLEMENT DATE |
| | 08 09 00 |
| AMOUNT | |
| 28,725.73 | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
| 390 | 1 | 0 | 2 | 508-830-6900 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►  08 09 00

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.



X

G 15

A.G.Edwards & Sons, Inc.
INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%

| | CUSIP NUMBER |
|---|---|
| | 685906109 |
| | SYMBOL |
| | ORG |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 08 | 14 | 00 | 08 | 17 | 00 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | IB | 1 | 0 | 2 | 508-830-6900 |

| SOLD | YOU QUANTITY | PRICE | SECURITY DESCRIPTION |
|---|---|---|---|
| SOLD | 150 | 14 15/16 | ORGANOGENESIS INC |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 2,240.63 | | | 51.19 | .08 | 4.00 | 2,185.36 |

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT
   ̇VE
   12186-3134

RETAIN THIS COPY FOR YOUR TAX RECORDS

| | CUSIP NUMBER |
|---|---|
| | 685906109 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| SOLD | YOU QUANTITY | PRICE | SECURITY DESCRIPTION |
|---|---|---|---|
| SOLD | 150 | 14 15/16 | ORGANOGENESIS INC |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 08 | 17 | 00 | | | |

| AMOUNT |
|---|
| 2,185.36 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | IB | 1 | 0 | 2 | 508-830-6900 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

L 18

A.G.Edwards & Sons, Inc.

*MEMBERS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| | | ORGANOGENESIS INC | 685906109 |
| | | *DISCOUNT 35% | SYMBOL |
| | | | ORG |

| SOLD | QUANTITY | | PRICE | | | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | | 09 15 00 | 09 20 00 |
| | 400 | | 14 11/16 | | | | | | |
| 390 | 1 0 | 2 | 508-830-6900 | | | | | | |

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

    /E
    ?186-3134

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 5,875.00 | | | 78.74 | .20 | 4.00 | 5,792.06 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| SOLD | 400 | | 14 11/16 | ORGANOGENESIS INC | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE |
|---|---|
| AMOUNT | 09 20 00 |
| 5,792.06 | |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 0 | 2 | 508-830-6900 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

B 07

ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | T | TRF | MKT | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | CUSIP NUMBER | SYMBOL |
|---|---|---|---|---|---|---|---|---|
| 390 | 1B | 1 | 0 | 2 | 508-830-6900 | ORGANOGENESIS INC *DISCOUNT 35% | 685906109 | ORG |

| SOLD | QUANTITY | PRICE |
|---|---|---|
| | 1,000. | 15 |

X    C 07

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

J-3134

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 15,000.00 | | | 201.04 | .50 | | 14,798.46 |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 09 15 00 | 09 20 00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

SECURITY DESCRIPTION    CUSIP NUMBER

ORGANOGENESIS INC    685906109

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1B | 1 | 0 | 2 | 508-830-6900 |

| SOLD | QUANTITY | PRICE |
|---|---|---|
| | 1,000 | 15 |

YOU

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 09 20 00 |

| AMOUNT |
|---|
| 14,798.46 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

REDACTED

**A.G. Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON          ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

| SOLD | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
| 6 | 390 | 1 | 0 | 2 | 508-830-6900 | 13 15/16 |

ORGANOGENESIS INC
*DISCOUNT 35%

| CUSIP NUMBER | SYMBOL |
|---|---|
| 685906109 | ORG. |

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

14

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| QUANTITY | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|---|
| 1,350 | 18,815.63 | | | 261.28 | .63 | 4.00 |

TRADE DATE    SETTLEMENT DATE
09 20 00      09 25 00

PLEASE PAY OR DELIVER BY THIS DATE
AMOUNT    18,549.72

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | | | | QUANTITY | PRICE | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | 1,350 | 13 15/16 | | ORGANOGENESIS INC | 685906109 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 0 | 2 | 508-830-6900 | |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

SETTLEMENT DATE
09 25 00

AMOUNT
18,549.72

A.G. EDWARDS & SONS    INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02...1

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

Q 21

# A.G. Edwards & Sons, Inc.

INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 09 20 00 | 09 25 00 |

| CUSIP NUMBER |
|---|
| 685906139 |

| SYMBOL |
|---|
| ORG |

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 600 | 13 7/8 | | | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 8,325.00 | | | 132.34 | .28 | 4.00 | 09 25 00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

8,188.38

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

SOLD

| QUANTITY | PRICE |
|---|---|
| 600 | 13 7/8 |

SECURITY DESCRIPTION

ORGANOGENESIS INC

| CUSIP NUMBER |
|---|
| 685906109 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE |
|---|
| 09 25 00 |

| AMOUNT |
|---|
| 8,188.38 |

E  JOHN H BOWIE JR
   ACCOUNT #3

-3134

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 1 0 2 | | | | 508-830-6900 |

JOHN H BOWIE JR
ACCOUNT #3

□ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

L 22

*A.G. Edwards & Sons, Inc.*
INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |
| | *DISCOUNT 35% | SYMBOL |
| | | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | | | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| | | | | | 09 21 00 | 09 26 00 |

| SOLD | | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER | | | | PRICE |
| 390 | IB | 1 0 | T TRF | 13 7/16 |
| | | | MKT OFFICE PHONE NUMBER | |
| | | 2 | 508-830-6900 | |

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

86-3134

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 4,031.25 | | | 64.91 | .13 | 4.00 | 3,962.21 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| 300 | | 13 7/16 | ORGANOGENESIS INC | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | IB | 1 0 | T TRF MKT | 508-830-6900 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE |
|---|---|
| | 09 26 00 |
| | AMOUNT |
| | 3,962.21 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

C 08

# A.G. Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%

ORG

| | CUSIP NUMBER |
|---|---|
| | 685906109 |
| | SYMBOL |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | PRICE | | | TRADE DATE | | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLD | 300 | | 13 1/2 | | | | 09 | 21 00 | 09 | 26 00 |
| YOU | | | | | | | | | | |
| QUANTITY | | IB | T TRF MKT OFFICE PHONE NUMBER | | | | | | | |
| | 390 | 1 0 2 | 508-830-6900 | | | | | | | |

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

4

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR IF FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.
RETAIN THIS COPY FOR YOUR TAX RECORDS

| | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|---|
| SOLD | 4,050.00 | | | 65.21 | .14 | | 3,984.65 |
| YOU | | | | | | | |
| QUANTITY | | | PRICE | SECURITY DESCRIPTION | | | CUSIP NUMBER |
| 300 | | | 13 1/2 | ORGANOGENESIS INC | | | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | | | PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶ | | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|
| | 390 | IB | T TRF MKT OFFICE PHONE NUMBER | | | | 09 | 26 | 00 |
| | | 1 0 2 | 508-830-6900 | | | | | AMOUNT | |
| | | | | | | | | 3,984.65 | |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS ▶

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X

D 08

REDACTED

# A.G. Edwards & Sons, Inc.

INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

Q 12

X

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 09 22 00 | 09 27 00 |

| SECURITY DESCRIPTION |
|---|
| ORGANOGENESIS INC |
| *DISCOUNT  35% |

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | | | OFFICE PHONE NUMBER | PRICE |
|---|---|---|---|---|---|---|---|
| 390 | IB | 1 | 0 | 2 | 508-830-6900 | | 13 1/2 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

~-3134

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 4,725.00 | | | 90.34 | .16 | 4.00 | 4,630.50 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | QUANTITY | | | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| SOLD | 350 | | | | 13 1/2 | ORGANOGENESIS INC | 685906109 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| | SETTLEMENT DATE |
|---|---|
| | 09 27 00 |

| | AMOUNT |
|---|---|
| | 4,630.50 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 390 | IB | 1 | 0 | 2 | 508-830-6900 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS ...RED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON · ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | SOLD | | ACCOUNT NUMBER | | | | | | SECURITY DESCRIPTION | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|

| YOU | QUANTITY | | | | | | | | PRICE | | |

SOLD

ACCOUNT NUMBER: 390  1B  1  0  2  508-830-6900

QUANTITY: 600

PRICE: 14.50

OFFICE PHONE NUMBER

ORGANOGENESIS INC
*DISCOUNT 35%

TRADE DATE: 09 28 00
SETTLEMENT DATE: 10 03 00

CUSIP NUMBER: 685906109
SYMBOL: ORG

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

134

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 8,700.00 | | | 122.58 | .29 | | 8,577.13 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

SOLD

QUANTITY: 600

PRICE: 14.50

SECURITY DESCRIPTION
ORGANOGENESIS INC

CUSIP NUMBER: 685906109

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►  10 03 00

AMOUNT: 8,577.13

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1B | 1 | 0 | 2 | 508-830-6900 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

G 1 0

**A.G. Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON        ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| ACCOUNT NUMBER | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| SOLD | 550 | | 14.49 | ORGANOGENESIS INC | 685906109 |
| | lB | T TRF MKT OFFICE PHONE NUMBER | *508-830-6900 | *DISCOUNT 35% | SYMBOL |
| 390 | 1 0 2 | | | | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    A G EDWARDS &
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

14

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|
| 7,969.50 | | | 112.28 | .27 | 4.00 | 09 28 00 | 10 03 00 |
| | | | | | | PLEASE PAY OR DELIVER BY THIS DATE ► AMOUNT | |
| | | | | | | | 7,852.95 |

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 550 | 14.49 | ORGANOGENESIS INC | 685906109 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| ACCOUNT NUMBER | QUANTITY | | | OFFICE PHONE NUMBER | | | |
|---|---|---|---|---|---|---|---|
| 390 | lB | 1 0 2 | T TRF MKT | 508-830-6900 | | | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE |
|---|
| 10 03 00 |

| AMOUNT |
|---|
| 7,852.95 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH     MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X

F 10

REDACTED

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ON: NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    JOHN H BOWIE   JR

86-3134

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT 50% | SYMBOL |
| | ORG |

x

o 11

| TRADE DATE | | SETTLEMENT DATE | |
|---|---|---|---|
| 10 | 12 | 00 | 10 | 17 | 00 |

| | YOU | QUANTITY | | | PRICE |
|---|---|---|---|---|---|
| SOLD | | 1,000 | | | 11.75 |
| ACCOUNT NUMBER | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
| | 390 | 2 | 0 | 2 | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 11,750.00 | | | 121.02 | .40 | 4.00 | 11,624.58 |

RETAIN THIS COPY FOR YOUR TRX RECORDS

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| | YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| SOLD | | 1,000 | | 11.75 | ORGANOGENESIS INC | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 508-830-6900 |

JOHN H BOWIE   JR

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | |
|---|---|
| 10 | 17 | 00 |

AMOUNT

11,624.58

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH        MA 02360

▲ CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

*A.G. Edwards & Sons, Inc.*

MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 10 | 12 | 00 | 10 | 17 | 00 |

**SECURITY DESCRIPTION**

ORGANOGENESIS INC
*DISCOUNT 50%

| CUSIP NUMBER |
|---|
| 68590 6109 |
| SYMBOL |
| ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

X        P 11

E   JOHN H BOWIE JR
        /E
        2186-3134

| SOLD | | WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE. |
|---|---|---|

| | QUANTITY | | | PRICE |
|---|---|---|---|---|

| SOLD | 1,000 | | | |

| ACCOUNT NUMBER | | I8 | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 508-830-6900 | | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|
| 12,000.00 | | | 123.60 | .40 | |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

PLEASE PAY OR DELIVER BY THIS DATE

| AMOUNT |
|---|
| 11,876.00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| SOLD | 1,000 | | 12 | ORGANOGENESIS INC | 68590 6109 |

JOHN H BOWIE JR

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE |
|---|---|
| 10 | 17 | 00 |

| AMOUNT |
|---|
| 11,876.00 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | I8 | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 508-830-6900 | | |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

E   JOHN H BOWIE   JR

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 10 | 13 | 00 | 10 | 18 | 00 |

| CUSIP NUMBER |
|---|
| 6859O6109 |

| SYMBOL |
|---|
| ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | YOU | | | SECURITY DESCRIPTION |
|---|---|---|---|---|
| SOLD | QUANTITY | | PRICE | ORGANOGENESIS INC ◆DISCOUNT 35% |
| | 1,000 | IB | 11.93 | |

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 11,930.00 | | | 186.73 | .40 | 4.00 | 11,738.87 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| | YOU | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|
| SOLD | QUANTITY | PRICE | ORGANOGENESIS INC | | 6859O6109 |
| | 1,000 | 11.93 | | | |

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

JOHN H BOWIE JR

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 10 | 18 | 00 |

| AMOUNT |
|---|
| 11,738.87 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE - 210
PLYMOUTH        MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

X

Q 03

REDACTED

## A.G. Edwards & Sons, Inc.

*INCORPORATED SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| PRICE | ORGANOGENESIS INC | 685906109* |
| 11.75 | *DISCOUNT 35% | SYMBOL |
| | | ORG |

| | SOLD | ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| YOU | | | | | | | |
| | 1,000 | 390 | 1 | 0 | 2 | 508-830-6900 | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|---|
| SOLD | 11,750.00 | | | 185.09 | .60 | 4.00 | 11,560.51 |

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 10 26 00 | 10 31 00 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.    RETAIN THIS COPY FOR YOUR TAX RECORDS

| | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| YOU | | | | | |
| SOLD | 1,000 | | 11.75 | ORGANOGENESIS INC · | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE*JR
IRA ACCOUNT

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 0 | 2 | 508-830-6900 | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE |
|---|---|
| | 10 31 00 |

| | AMOUNT |
|---|---|
| | 11,560.51 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

N 01

A.G. Edwards & Sons, Inc.

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%
VS PURCHASE 5/26/1998

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 12 29 00 | 01 04 01 |

CUSIP NUMBER
685906109

SYMBOL
ORG

E    JOHN H BOWIE JR

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | YOU | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SOLD | QUANTITY | | | | | | PRICE | |
| | 1,200 | | | | | | 8.52 | |

| ACCOUNT NUMBER | | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 390 | 1B | | 2 | 0 | 2 | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 10,224.00 | | | 177.93 | .35 | 4.00 | 10,041.72 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS.

| | YOU | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 1,200 | 8.52 | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 390 | 1B | | 2 | 0 | 2 | 508-830-6900 |

JOHN H BOWIE JR

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 01 04 01 |

AMOUNT
10,041.72

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

G 13

**A.G. Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT 35% | |
| PREF RATE | SYMBOL |
| | ORG |

X

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 08 06 01 08 09 01 | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

JOHN H BOWIE JR.
ACCOUNT # 4

| ACCOUNT NUMBER | IB | IT | TRF | MKT | OFFICE PHONE NUMBER | PRICE | COMMISSION | SEC FEE | TRANSFER CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 390 | 1 | 4 | 2 | 508-830-6900 | 8.23 | 27.31 | | 4.00 | 854.31 |

| YOU BOUGHT | QUANTITY | PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| | 100 | 823.00 | | | 8.23 | ORGANOGENESIS INC | 685906109 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE |
|---|---|
| | 08 09 01 |

| | AMOUNT |
|---|---|
| | 854.31 |

JOHN H BOWIE JR.

| ACCOUNT NUMBER | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 4 | 2 | 508-830-6900 |

G WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

0
9
2


REDACTED

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 68590610 9 |
| *DISCOUNT 35% | |

| SYMBOL |
|---|
| ORG |

X

| YOU BOUGHT | QUANTITY | PRICE | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 100 | 4.14 | | | 508-830-6900 |

| ACCOUNT NUMBER | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 390 | 1 | 4 | 2 | 508-830-6900 |

E    JOHN H BOWIE JR.
     ACCOUNT # 4

                                -3134

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 414.00 | | | 27.30 | 4.00 | | 11 | 09 | 01 | 11 | 15 | 01 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | AMOUNT |
|---|---|---|---|---|---|
| | 100 | 4.14 | ORGANOGENESIS INC | 685906109 | 445.30 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| TRADE DATE | | | SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|---|---|---|
| 11 | 09 | 01 | 11 | 15 | 01 | 445.30 |

| ACCOUNT NUMBER | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 390 | 1 | 4 | 2 | 508-830-6900 |

 WITH US PLEASE  REFER TO YOUR ACCOUNT NUMBER

JOHN H BOWIE JR.

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE


REDACTED

**A.G. Edwards & Sons, Inc.** *INVESTMENTS SINCE 1887*   ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | SYMBOL |
| MINIMUM COMMISSION APPLIED | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E   JOHN H BOWIE JR
    ACCOUNT #3

    .86-3134

| YOU | QUANTITY | PRICE | T TRF MKT OFFICE PHONE NUMBER | SECURITY DESCRIPTION | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BOUGHT | 650 | 1.64 | 1 4 2  508-830-6900 | | 03 | 12 | 02 | 03 | 15 | 02 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1,066.00 | | | 1.64 | 42.95 | | | 1,108.95 |

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 03 | 15 | 02 | 1,108.95 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

| YOU | QUANTITY | PRICE | T TRF MKT OFFICE PHONE NUMBER |
|---|---|---|---|
| BOUGHT | 650 | 1.64 | 1 4 2  508-830-6900 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | B | T TRF MKT OFFICE PHONE NUMBER |
|---|---|---|
| | 225 | 1 4 2  508-830-6900 |

JOHN H BOWIE JR
ACCOUNT #3

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE


REDACTED

2
0
9
2

X



A.G.Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

X

| SECURITY DESCRIPTION |
|---|
| ORGANOGENESIS INC |
| DISCOUNT GIVEN OR |
| MINIMUM COMMISSION APPLIED |

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

2
0
9
1

**YOU BOUGHT** 1,000

| ACCOUNT NUMBER | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 |

| PRICE |
|---|
| 1.60 |

| TRADE DATE |
|---|
| 03 | 12 | 02 |

| SETTLEMENT DATE |
|---|
| 03 | 15 | 02 |

E    JOHN H BOWIE JR
     ACCOUNT #3

NTP

6-3134

| PRINCIPAL | QUANTITY | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1,600.00 | 1,000 | | | 1.60 | 64.46 | 4.00 | 1,668.46 |

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |

**IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.**

RETAIN THIS COPY FOR YOUR TAX RECORDS

**YOU BOUGHT** 1,000

| ACCOUNT NUMBER | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 |

**IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE**

| SETTLEMENT DATE |
|---|
| 03 | 15 | 02 |

| AMOUNT |
|---|
| 1,668.46 |

JOHN H BOWIE JR
ACCOUNT #3

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|
| | | | 685906109 |

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

SYMBOL
ORG

X

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 03 | 12 02 | 03 15 02 | | | |

2
0
9
3

E    JOHN H BOWIE JR
     ACCOUNT #3

5-3134

| | SECURITY DESCRIPTION | TRANSACTION | CUSIP NUMBER |
|---|---|---|---|
| | ORGANOGENESIS INC | | 685906109 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| BOUGHT | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1,000 | 1,670.00 | | | 67.28 | | | 1,737.28 |
| | PRICE | | | | | | |
| | 1.67 | | | | | | |

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| BOUGHT | 1,000 | | 1.67 | ORGANOGENESIS INC | | 685906109 |

DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

SYMBOL
ORG

| | TRADE DATE | | SETTLEMENT DATE | | AMOUNT |
|---|---|---|---|---|---|
| | 03 12 02 | 03 15 02 | 03 15 02 | | 1,737.28 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | |
|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE ☐

JOHN H BOWIE JR
ACCOUNT #3

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

A.G.  EDWARDS & SONS,  INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS


REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887  ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.



| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |
| | DISCOUNT GIVEN OR | |
| | MINIMUM COMMISSION APPLIED | SYMBOL |
| | | ORG |

X

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 03 | 19 | 02 | 03 | 22 | 02 |

E    JOHN H BOWIE JR
     ACCOUNT #3

2
5
6

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | 225 | | 1 | 4 | 2 | 508-830-6900 |

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| | 2,000 | 1.80 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 3,600.00 | | | 145.31 | 4.00 | | 3,749.31 |

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| YOU BOUGHT | ORGANOGENESIS INC | 685906109 |

| QUANTITY | PRICE |
|---|---|
| 2,000 | 1.80 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 03 | 22 | 02 | 3,749.31 |

| ACCOUNT NUMBER | | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | 225 | | 1 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

JOHN H BOWIE JR
ACCOUNT #3

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

SIPC

| SECURITY DESCRIPTION |
|---|
| ORGANOGENESIS INC |

| CUSIP NUMBER |
|---|
| 685906109 |

| | |
|---|---|
| DISCOUNT GIVEN OR | SYMBOL |
| MINIMUM COMMISSION APPLIED | ORG |

X

WHICH COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    JOHN H BOWIE JR
     ACCOUNT #3
     ¡                    .VE
                          2186-3134

| YOU | QUANTITY | | | | | | | PRICE |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 3,000 | IB | 1 | 4 | 2 | 508-830-6900 | | 1.35 |

| ACCOUNT NUMBER | | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 225 | IB | 1 | 4 | 2 | | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION PRICE |
|---|---|---|---|---|---|
| 4,050.00 | | | 184.03 | 4.00 | |

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| BOUGHT | 3,000 | | 1.35 | ORGANOGENESIS INC | 685906109 |

| TRADE DATE | | | | | |
|---|---|---|---|---|---|
| 04 | 05 | 02 | 04 | 10 | 02 |

| | AMOUNT |
|---|---|
| | 4,238.03 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | AMOUNT |
|---|---|---|
| 04 | 10 | 02 |
| | | 4,238.03 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH                    MA 02360

JOHN H BOWIE JR
ACCOUNT #3

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2
0
3
5



**A.G.Edwards & Sons, Inc.** ONE NORTH JEFFERSON   ST. LOUIS, MISSOURI 63103   (314) 955-3000

INVESTMENTS SINCE 1887

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| SECURITY DESCRIPTION | CUSIP NUMBER |
| --- | --- |
| ORGANOGENESIS INC | 685906109 |
| *DISCOUNT   35% | SYMBOL |
| | ORG |

| TRADE DATE | SETTLEMENT DATE |
| --- | --- |
| 05 03 02 | 05 08 02 |

X

2
4
1
0

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E   A  G  EDWARDS  &  SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     ⊄
     IRA ACCOUNT
     Ł

3134

| YOU BOUGHT | QUANTITY | PRICE | | | | SECURITY DESCRIPTION | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 300 | .59 | | | | | |

| ACCOUNT NUMBER | IB | T TRF MKT OFFICE | PHONE NUMBER |
| --- | --- | --- | --- |
| 225 | 1 4 2 | 508-830-6900 | |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 177.00 | | | 16.23 | 4.00 | | 197.23 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
| --- | --- | --- | --- | --- |
| YOU BOUGHT | 300 | .59 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | AMOUNT |
| --- | --- |
| 05 08 02 | 197.23 |

A  G  EDWARDS  &  SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| ACCOUNT NUMBER | IB | T TRF MKT OFFICE | PHONE NUMBER |
| --- | --- | --- | --- |
| 225 | 1 4 2 | 508-830-6900 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G.  EDWARDS  &  SONS,  INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH       MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐  IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE



REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887   ONE NORTH JEFFERSON   ST. LOUIS, MISSOURI 63103   (314) 955-3000   SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

### SECURITY DESCRIPTION

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

X

1
5
5
3

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

5-3134

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 |

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| | 3,000 | .51 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | | TRADE DATE |
|---|---|---|---|---|---|---|---|
| 1,530.00 | | | 76.50 | 4.00 | | | 05 29 02 06 03 02 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| | 3,000 | .51 | ORGANOGENESIS INC | 685906109 | 1,610.50 | 06 03 02 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE.

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 |

5 WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| AMOUNT |
|---|
| 1,610.50 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH MA 02360

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

**REDACTED**

**A.G. Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | CLISIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 68506109 |
| | DISCOUNT GIVEN OR | |
| | MINIMUM COMMISSION APPLIED | SYMBOL |
| | | ORG |

X

1
7
8
4

WHEN ~~~~~~~~~ ~NG WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT
    ~~~~~~~~~ ~TE
    2186-3134

| ACCOUNT NUMBER | | | | | |
|---|---|---|---|---|---|

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | AMOUNT |
|---|---|---|---|---|---|---|
| 2,600.00 | | | 130.00 | | | 2,730.00 |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 05 | 30 | 02 | 06 | 04 | 02 |

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 68506109 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE.

| SETTLEMENT DATE | | |
|---|---|---|
| 06 | 04 | 02 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

| AMOUNT |
|---|
| 2,730.00 |

| | SECURITY DESCRIPTION | PRICE |
|---|---|---|
| YOU BOUGHT | QUANTITY | |
| | 5,000 | .52 |

| ACCOUNT NUMBER | | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 |

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| | 5,000 | .52 |

| ACCOUNT NUMBER | | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

## A.G.Edwards & Sons, Inc.
### INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| BOUGHT | 5,000 | .51 | ORGANOGENESIS INC | 685906109 |

DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

SYMBOL
ORG

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 |

A G EDWARDS &
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

E  A G EDWARDS &  SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

36-3134

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE | TRANSACTION CHARGE | TRADE DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2,550.00 | | | .51 | 127.50 | | | 05 30 02 | 2,677.50 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| BOUGHT | 5,000 | .51 | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE.

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 06 04 02 | 2,677.50 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1
7
8
3

X


REDACTED

**A.G. Edwards & Sons, Inc.** INVESTMENTS SINCE 1887    ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| | | ORGANOGENESIS INC | 685906109 |
| | | DISCOUNT GIVEN OR | |
| | | MINIMUM COMMISSION APPLIED | |

| | SYMBOL |
|---|---|
| | ORG |

X

WHEN ............... IT US PLEASE REFER TO YOUR ACCOUNT NUMBER

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

&
186-3134

1
7
8
2

**YOU** | **QUANTITY** | | | **PRICE** | |
|---|---|---|---|---|---|
| | | T | TBF | MKT | OFFICE PHONE NUMBER |
| BOUGHT | 3,500 | 1 | 4 | 2 | 508-830-6900 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSFER TAX | AMOUNT |
|---|---|---|---|---|---|---|
| 1,750.00 | | .50 | 87.50 | 4.00 | | 1,841.50 |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 05 | 30 | 02 | 06 | 04 | 02 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

**YOU** | **QUANTITY** | | | **PRICE** | **SECURITY DESCRIPTION** | **CUSIP NUMBER** |
|---|---|---|---|---|---|---|
| BOUGHT | 3,500 | | | .50 | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | | IB | T | TBF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 06 | 04 | 02 | 1,841.50 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS


REDACTED

**A.G.Edwards & Sons, Inc.** ONE NORTH JEFFERSON     ST LOUIS, MISSOURI 63103     (314) 955-3000     SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| | | | | | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ORGANOGENESIS INC | | 68590G109 |
| | | | | | | DISCOUNT GIVEN OR | | |
| | | | | | | MINIMUM COMMISSION APPLIED | | SYMBOL |
| | | | | | | | | ORG |

| ACCOUNT NUMBER | | | | | PRICE |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | .50 |

YOU BOUGHT     QUANTITY 700     PRICE .50

**WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER**

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

86-3134

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | TRADE DATE | | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 350.00 | | .50 | 17.50 | | | 05 | 31 | 02 | 06 05 02 |

YOU BOUGHT     QUANTITY 700     PRICE .50

ORGANOGENESIS INC

68590G109

**IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO YOUR LOCAL OFFICE**

**RETAIN THIS COPY FOR YOUR TAX RECORDS**

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 | ORGANOGENESIS INC | 68590G109 |

**WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER**

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

**IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE**

| | TRADE DATE | | | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|---|---|
| | 05 31 02 | | | 06 05 02 | 367.50 |

**IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE**

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

**CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS**

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON     ST LOUIS, MISSOURI 63103     (314) 955-3000     SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| YOU BOUGHT | 10,000 | .50 | ORGANOGENESIS INC DISCOUNT GIVEN OR MINIMUM COMMISSION APPLIED | 685906109 |
| | | | | SYMBOL |
| | | | | ORG |

ACCOUNT NUMBER    IB    T TRF MKT    OFFICE PHONE NUMBER
225    1 4 2    508-830-6900

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

186-3134

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 05 | 31 | 02 | 06 | 05 | 02 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL AMOUNT AMOUNT |
|---|---|---|---|---|---|
| 5,000.00 | | | 250.00 | 4.00 | 5,254.00 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| YOU BOUGHT | 10,000 | .50 | ORGANOGENESIS INC | 685906109 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

ACCOUNT NUMBER    IB    T TRF MKT    OFFICE PHONE NUMBER
225    1 4 2    508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 06 | 05 | 02 | 5,254.00 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1
6
3
1

X

REDACTED

**A.G.Edwards & Sons Inc.**  ONE NORTH JEFFERSON   ST. LOUIS, MISSOURI 63103   (314) 955-3000   SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

SECURITY DESCRIPTION

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

X

| | YOU | QUANTITY | PRICE | | | |
|---|---|---|---|---|---|---|
| BOUGHT | | 2,000 | .42 | | | |

| ACCOUNT NUMBER | | IB | | I T | RR | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | 225 | | 1 | 4 | 2 | 508-830-6900 |

UNTIL... COMPLETING ...ITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

16-3134

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | TRANSACTION CHARGE | | TRADE DATE | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 840.00 | | | 42.00 | | | | | 06 | 03 | 02 | 882.00 |

SECURITY DESCRIPTION
ORGANOGENESIS INC

| CUSIP NUMBER |
|---|
| 685906109 |

1
6
9
6

| | YOU | QUANTITY | PRICE | | | |
|---|---|---|---|---|---|---|
| BOUGHT | | 2,000 | .42 | | | |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 06 | 06 | 02 | 882.00 |

| ACCOUNT NUMBER | | IB | | I T | RR | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | 225 | | 1 | 4 | 2 | 508-830-6900 |

I WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

**REDACTED**

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | SYMBOL |
| MINIMUM COMMISSION APPLIED | ORG |

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| | 1,000 | .42 |

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| | 225 | 1 4 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS &
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

1134

| TRADE DATE | | | | SETTLEMENT DATE |
|---|---|---|---|---|
| 06 | 03 | 02 | 06 06 02 | |

---

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 420.00 | | | 21.00 | | | 441.00 |

| YOU BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| | 1,000 | .42 | ORGANOGENESIS INC | 685906109 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

RETAIN THIS COPY FOR YOUR TAX RECORDS

---

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| | 225 | 1 4 2 | 508-830-6900 |

NO WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 06 06 02 | 441.00 |

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA   02360

CHECKS SHOULD BE MADE PAYABLE TO A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1 6 9 5

X

**REDACTED**