# EXHIBIT B

## PART II

# A.G.Edwards & Sons, Inc.

WESTWARD SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | SYMBOL |
| MINIMUM COMMISSION APPLIED | ORG |

X

1
6
9
4

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

| YOU BOUGHT | QUANTITY | | | IB | T TRF MKT | OFFICE PHONE NUMBER | PRICE | | TRADE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,000 | 225 | 1 | 4 | 2 | 508-830-6900 | .42 | | 06 | 03 | 02 |

| ACCOUNT NUMBER | | | IB | T TRF MKT | OFFICE PHONE NUMBER | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | | 06 | 06 | 02 |

| YOU BOUGHT | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | POSTAGE/ HANDLING CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1,000 | 420.00 | | | 21.00 | 4.00 | | 445.00 |

| QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| 1,000 | | .42 | ORGANOGENESIS INC | 685906109 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 06 | 06 | 02 | 445.00 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | IB | T TRF MKT | OFFICE PHONE NUMBER | | |
|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | | |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

**REDACTED**

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | SYMBOL |
| MINIMUM COMMISSION APPLIED | ORG |

X

1 9 5 3

...FIN US PLEASE REFER TO YOUR ACCOUNT NUMBER

E  A G EDWARDS &  SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

:6-3134

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 |

:FIN US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|
| | 06 | 04 | 02 | 06 | 07 | 02 |

| YOU BOUGHT | QUANTITY | PRICE | | | |
|---|---|---|---|---|---|
| | 4,000 | .41 | | | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION AMOUNT |
|---|---|---|---|---|---|
| 1,640.00 | | | 82.00 | 4.00 | 1,726.00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| YOU BOUGHT | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| | 4,000 | .41 | 1,726.00 |

| | SETTLEMENT DATE | | |
|---|---|---|---|
| | 06 | 07 | 02 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 |

A  G EDWARDS &  SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

**REDACTED**

**A.G. Edwards & Sons Inc.** WESTWARD SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000

SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | | | TRADE DATE | | | | | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOUGHT | 4,000 | .44 | ORGANOGENESIS INC | | | 06 | 05 | 02 | 06 | 10 | 02 | 685906109 |
| | | | DISCOUNT GIVEN OR | | | | | | | | | SYMBOL |
| | | | MINIMUM COMMISSION APPLIED | | | | | | | | | ORG |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE | PHONE NUMBER | | |
|---|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | | | | |

X

1
5
6
6

E   A G EDWARDS &
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

"E.
186-3134

IF US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1,760.00 | | | .44 | 88.00 | 4.00 | | 1,852.00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| 4,000 | .44 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE.

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 06 10 02 | 1,852.00 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

| YOU | ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE | PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| BOUGHT | 225 | 1 | 4 | 2 | 508-830-6900 | | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

☐  IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

A.G.Edwards & Sons, Inc.    ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| | | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| | | | ORGANOGENESIS INC | 68590G109 |
| | | | DISCOUNT GIVEN OR | |
| | | | MINIMUM COMMISSION APPLIED | SYMBOL |
| | | | | ORG |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT
'VE
I2186-3134

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| YOU | 225 | 1 4 2 | 508-830-6900 |
| BOUGHT | | | |

QUANTITY 5,000    PRICE .40

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE | | TRADE DATE |
|---|---|---|---|---|---|---|---|
| 2,000.00 | | | | 100.00 | 4.00 | | 06 07 02 06 12 02 |

BOUGHT    QUANTITY 5,000    PRICE .40    SECURITY DESCRIPTION    ORGANOGENESIS INC

SETTLEMENT DATE

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| | | AMOUNT |
|---|---|---|
| | | 2,104.00 |

CUSIP NUMBER    68590G109

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| | 225 | 1 4 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G.  EDWARDS  &  SONS,  INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 06 12 02 | 2,104.00 |

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

2
0
1
0

x

REDACTED

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887
ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | | | | | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ORGANOGENESIS INC | 685906109 |
| | | | | | | | DISCOUNT GIVEN OR | SYMBOL |
| | | | | | | | MINIMUM COMMISSION APPLIED | ORG |

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT
                    E
                186-3134

WHEN _____

AT US PLEASE REFER TO YOUR ACCOUNT NUMBER

| YOU BOUGHT | QUANTITY | IB | T | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
|---|---|---|---|---|---|---|---|
| | 4,000 | 225 | 1 | 4 | 2 | 508-830-6900 | .39 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | | TRADE DATE | |
|---|---|---|---|---|---|---|---|---|
| 1,560.00 | | .39 | 78.00 | 4.00 | | | 06 11 02 06 14 02 | |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | | AMOUNT |
|---|---|---|---|---|---|---|
| | 4,000 | .39 | ORGANOGENESIS INC | 685906109 | | 1,642.00 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE:

| SETTLEMENT DATE | | AMOUNT |
|---|---|---|
| 06 14 02 | | 1,642.00 |

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH  MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1
8
5
0

X

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887    ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| ACCOUNT NUMBER | IB | T | TRP | MKT | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 | ORGANOGENESIS INC | 685906109 |

| YOU | QUANTITY | | | | PRICE | | SYMBOL |
|---|---|---|---|---|---|---|---|
| BOUGHT | 3,800 | | | | .33 | DISCOUNT GIVEN OR | ORG |

MINIMUM COMMISSION APPLIED

E    A G EDWARDS &
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

;134

1 7 8 7

X

WRE...........8 WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | TRADE DATE | |
|---|---|---|---|---|---|---|---|
| 1,254.00 | | | 71.36 | | | 06 | 12 | 02 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU | QUANTITY | | | | PRICE | SECURITY DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| BOUGHT | 3,800 | | | | .33 | ORGANOGENESIS INC | |

| | CUSIP NUMBER | SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|---|---|
| | 685906109 | 06 | 17 | 02 | 1,325.36 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

| | AMOUNT |
|---|---|
| | 1,325.36 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

| ACCOUNT NUMBER | IB | T | TRP | MKT | CHECK PHONE NUMBER |
|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons, Inc.** ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000

MEMBER SINCE 1887

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 68590G109 |
| DISCOUNT GIVEN OR | |
| MINIMUM COMMISSION APPLIED | SYMBOL |
| | ORG |

X

1
7
8
6

WHEN CONTACTING US PLEASE REFER TO YOUR ACCOUNT NUMBER

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

| | | | | | | | | TRADE DATE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 06 | 12 | 02 | 06 | 17 | 02 |

| YOU BOUGHT | QUANTITY | | | PRICE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 200 | | | .32 | | | | | |

OFFICE PHONE NUMBER: 508-830-6900

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|---|
| 64.00 | | .32 | 3.64 | 4.00 | | 71.64 |

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| 225 | 1 4 2 | 508-830-6900 | ORGANOGENESIS INC | 68590G109 |

| YOU BOUGHT | QUANTITY | PRICE | | SETTLEMENT DATE | |
|---|---|---|---|---|---|
| | 200 | .32 | | 06 | 17 | 02 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE, OR DELIVER SECURITIES BY THIS DATE

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA 02360

AMOUNT
71.64

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards&Sons.Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

X    1    8    3    1

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|-----|----------|--|-------|---------------------|-------------|
| BOUGHT | 5,000 | | .30 | ORGANOGENESIS INC | 68590 6109 |
| | | | | DISCOUNT GIVEN OR | SYMBOL |
| | | | | MINIMUM COMMISSION APPLIED | ORG |

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER | TRADE DATE | | | SETTLEMENT DATE | | |
|----------------|-----|-----------|---------------------|-----------|--|--|-----------------|--|--|
| | 225 | 1 4 2 | 508-830-6900 | 06 13 02 | 06 | 18 02 | | | |

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

AS WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| BOUGHT | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL CHARGE | AMOUNT |
|--------|-----------|-----------|------------------|------------|---------|------------------|--------|
| 5,000 | 1,500.00 | | | 75.00 | | | 1,575.00 |

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|-----|----------|--|-------|---------------------|-------------|
| BOUGHT | 5,000 | | .30 | ORGANOGENESIS INC | 68590 6109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER | SETTLEMENT DATE | | | AMOUNT |
|----------------|-----|-----------|---------------------|-----------------|--|--|--------|
| | 225 | 1 4 2 | 508-830-6900 | 06 | 18 02 | | 1,575.00 |

AS WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

**REDACTED**

**A.G.Edwards & Sons, Inc.**
TRADITION SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| CUSIP NUMBER | SYMBOL |
|---|---|
| 685906109 | ORG |

X    1 8 3 0

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|---|---|---|
| IB | 225 | 1 | 4 | 2 | 508-830-6900 | ORGANOGENESIS INC |

DISCOUNT GIVEN OR MINIMUM COMMISSION APPLIED

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

j-3134

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| 10,000 | | .30 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | TRADE DATE | |
|---|---|---|---|---|---|---|---|
| 3,000.00 | | .30 | 150.00 | 4.00 | | 06 13 02 | 06 18 02 |

AMOUNT
3,154.00

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

SECURITY DESCRIPTION

ORGANOGENESIS INC

CUSIP NUMBER
685906109

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| IB | 225 | 1 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| 10,000 | | .30 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE |
|---|---|
| ▼ | 06 18 02 |

| AMOUNT |
|---|
| 3,154.00 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360
▲

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

**REDACTED**

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887
ONE NORTH JEFFERSON   ST. LOUIS, MISSOURI 63103   (314) 955-3000   SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| | | ORGANOGENESIS INC | 685906109 |
| | | DISCOUNT GIVEN OR | |
| | | MINIMUM COMMISSION APPLIED | SYMBOL |
| | | | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

-3314

| | YOU | QUANTITY | | | | PRICE |
|---|---|---|---|---|---|---|
| BOUGHT | 10,000 | | | | | .32 |

| ACCOUNT NUMBER | | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| 225 | | | 1 | 4 | 2 | 508-830-6900 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETAIN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | TRADE DATE | |
|---|---|---|---|---|---|---|---|---|
| | 3,200.00 | | | 160.00 | 4.00 | | 06 18 02 | 06 21 02 |

| BOUGHT | QUANTITY | | PRICE | | SECURITY DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 10,000 | | .32 | | ORGANOGENESIS INC | | | 3,364.00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

CUSIP NUMBER  685906109

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE.

| | | | | | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | 06 21 02 | 3,364.00 |

| ACCOUNT NUMBER | | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| 225 | | | 1 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

X

2 1 2 9

**A.G.Edwards & Sons,Inc.**
MEMBERS SIPC SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | |
| MINIMUM COMMISSION APPLIED | SYMBOL |
| | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

6-3134

E    A G EDWARDS &
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| | QUANTITY | PRICE | SECURITY DESCRIPTION | TRADE DATE |
|---|---|---|---|---|
| YOU BOUGHT | 4,000 | .26 | ORGANOGENESIS INC | 06 27 02 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE
RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 1,040.00 | | | 75.00 | 4.00 | 1,119.00 | 07 02 02 |

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER | CUSIP NUMBER |
|---|---|---|---|---|
| 225 | 1 4 2 | 508-830-6900 | 685906109 | |

| | QUANTITY | PRICE | SECURITY DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| YOU BOUGHT | 4,000 | .26 | ORGANOGENESIS INC | 1,119.00 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2
0
7
3

X



REDACTED

**A.G. Edwards & Sons, Inc.**

INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON   ST. LOUIS, MISSOURI 63103   (314) 955-3000   SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| | SECURITY DESCRIPTION | CUSIP NUMBER | SYMBOL |
|---|---|---|---|
| | ORGANOGENESIS INC | 68590G109 | ORG |

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER | | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 | | 06 | 28 | 02 | 07 | 03 | 02 |

| | YOU | QUANTITY | | | PRICE | | | |
|---|---|---|---|---|---|---|---|---|
| | BOUGHT | 1,000 | | | .27 | | | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION AMOUNT |
|---|---|---|---|---|---|
| 270.00 | | | 20.74 | | 290.74 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

G WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

---

| | YOU | QUANTITY | | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| | BOUGHT | 1,000 | | | .27 | ORGANOGENESIS INC | 68590G109 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| | | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | 290.74 |

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 |

G WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

X

2
0
3
6

REDACTED

**A.G.Edwards & Sons, Inc.** *INVESTMENTS SINCE 1887*   ONE NORTH JEFFERSON   ST LOUIS, MISSOURI 63103   (314) 955-3000   SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

**SECURITY DESCRIPTION**

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| CUSIP NUMBER | 685906109 |
| SYMBOL | ORG |

X
2 0 3 5

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

| | QUANTITY | | | | | PRICE |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 500 | | | | | .27 |

| ACCOUNT NUMBER | | IB | T | TBF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|
| 135.00 | | | 10.37 | | |

| TRADE DATE | | | SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|---|---|---|
| 06 | 28 | 02 | 07 | 03 | 02 | 145.37 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

---

| | QUANTITY | | | | | PRICE |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 500 | | | | | .27 |

**SECURITY DESCRIPTION**

ORGANOGENESIS INC

| CUSIP NUMBER | 685906109 |

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 07 | 03 | 02 | 145.37 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| ACCOUNT NUMBER | | IB | T | TBF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons, Inc.**
*INVESTMENTS SINCE 1887*

ONE NORTH JEFFERSON   ST. LOUIS, MISSOURI 63103   (314) 955-3000

SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| YOU | QUANTITY | | | | | SECURITY DESCRIPTION | CUSIP NUMBER |
|-----|----------|---|---|---|---|--------------------|--------------|
| BOUGHT | 1,000 | | | | PRICE .27 | ORGANOGENESIS INC | 685906109 |

DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| ACCOUNT NUMBER | IB | | T TRF MKT | OFFICE PHONE NUMBER | SYMBOL |
|----------------|----|----|-----------|--------------------|--------|
| | 225 | 1 4 2 | 508-830-6900 | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

                                    ;134

| | TRADE DATE | SETTLEMENT DATE |
|---|-----------|------|
| | 06 28 02 07 03 02 | |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|-----------|-----------|------------------|------------|---------|-------------------|--------|
| 270.00 | | | 20.73 | 4.00 | | 294.73 |

SECURITY DESCRIPTION
ORGANOGENESIS INC

CUSIP NUMBER
685906109

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| BOUGHT | QUANTITY | | | | PRICE | |
|--------|----------|---|---|---|-------|---|
| | 1,000 | | | | .27 | |

| ACCOUNT NUMBER | IB | | T TRF MKT | OFFICE PHONE NUMBER |
|----------------|----|----|-----------|---------------------|
| | 225 | 1 4 2 | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE:

| SETTLEMENT DATE | AMOUNT |
|-----------------|--------|
| 07 03 02 | 294.73 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

X

2
0
3
4

REDACTED

**A.G.Edwards & Sons Inc.**
MEMBERS SIPC SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| | | ORGANOGENESIS INC | 685906109 |
| | | DISCOUNT GIVEN OR | SYMBOL |
| | | MINIMUM COMMISSION APPLIED | ORG |

X

| ACCOUNT NUMBER | IB | | T | TRF | MKT | OFFICE PHONE NUMBER | TRADE DATE | | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | 07 | 01 | 02 | 07 | 05 | 02 |

| YOU | QUANTITY | PRICE | | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| BOUGHT | 1,600 | .23 | | | ORGANOGENESIS INC | 685906109 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 368.00 | | .23 | 27.87 | | | 395.87 |

1 9 4

14

E  A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

We confirm the following transaction WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| BOUGHT | 1,600 | .23 | ORGANOGENESIS INC | 395.87 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | AMOUNT |
|---|---|---|
| | 07 05 02 | 395.87 |

| ACCOUNT NUMBER | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH  MA 02360

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons, Inc.**
*INVESTMENTS SINCE 1887*

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | |
| MINIMUM COMMISSION APPLIED | SYMBOL |
| | ORG |

| | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|
| | 07 | 01 | 02 | 07 | 05 | 02 |

X

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

14

1
9
3
3

WHEN            ING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | I.B. | T | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
|---|---|---|---|---|---|---|---|---|
| | 225 | | 1 | 4 | 2 | 508-830-6900 | .21 |

YOU
BOUGHT

| QUANTITY | PRICE |
|---|---|
| 1,000 | .21 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | POSTAGE HANDLING | AMOUNT |
|---|---|---|---|---|---|---|
| 210.00 | | | 15.91 | | | 225.91 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

YOU
BOUGHT

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| 1,000 | .21 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | | |
|---|---|---|---|
| | 07 | 05 | 02 |

AMOUNT
225.91

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

AS WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE □

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887  **ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC**

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| YOU BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| | 1,400 | .19 | ORGANOGENESIS INC | 68590G109 |
| | | | DISCOUNT GIVEN OR | SYMBOL |
| | | | MINIMUM COMMISSION APPLIED | ORG |

ACCOUNT NUMBER    225    1  4  2    508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

WHICH

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

-3134

TRADE DATE  07  01  02    07  05  02
SETTLEMENT DATE

1 9 3 2

x

---

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 266.00 | | | 20.14 | 4.00 | | 290.14 |

QUANTITY    PRICE    SECURITY DESCRIPTION    CUSIP NUMBER

BOUGHT    1,400    .19    ORGANOGENESIS INC    68590G109

---

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

TRADE DATE

SETTLEMENT DATE    07  05  02

AMOUNT    290.14

| ACCOUNT NUMBER | IB | IT | RE | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION |
|---|
| ORGANOGENESIS INC |
| DISCOUNT GIVEN OR |
| MINIMUM COMMISSION APPLIED |

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

X

2
4
1
9

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| $ | 1,000 | .22 |

| ACCOUNT NUMBER | IB | I T | TYPE | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E A G EDWARDS & SONS
  CUSTODIAN FOR
  JOHN H BOWIE JR
  IRA ACCOUNT

86-3134

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 07 02 02 07 | 07 08 02 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 220.00 | | .22 | 16.91 | | | 236.91 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| | 1,000 | .22 |

| ACCOUNT NUMBER | IB | I T | TYPE | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | AMOUNT |
|---|---|---|
| | 07 08 02 | 236.91 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

**REDACTED**

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER | | | | |
|---|---|---|---|---|
| YOU BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
| | 1,000 | .23 | ORGANOGENESIS INC DISCOUNT GIVEN OR MINIMUM COMMISSION APPLIED | 685906109 |
| ACCOUNT NUMBER | IB | T/ TRF/ MKT | OFFICE PHONE NUMBER | SYMBOL |
| | 225 | 1 4 2 | 508-830-6900 | ORG |

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

186-3134

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | TRADE DATE | |
|---|---|---|---|---|---|---|---|
| 230.00 | | .23 | 17.66 | | | 07 02 07 | |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| | AMOUNT |
|---|---|
| | 247.66 |

| YOU BOUGHT | QUANTITY | PRICE | | |
|---|---|---|---|---|
| | 1,000 | .23 | | |

| ACCOUNT NUMBER | IB | T/ TRF/ MKT | OFFICE PHONE NUMBER | |
|---|---|---|---|---|
| | 225 | 1 4 2 | 508-830-6900 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE.

| | SETTLEMENT DATE | AMOUNT |
|---|---|---|
| | 07 08 02 | 247.66 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

A.G.  EDWARDS  &  SONS,  INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

X

2
4
2
0

**REDACTED**

**A.G.Edwards & Sons, Inc.** ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E  A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

E
186-3134

| ACCOUNT NUMBER | | IB | | I T TRF MKT | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | CUSIP NUMBER | SYMBOL |
|---|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 | ORGANOGENESIS INC | 685906109 | ORG |

MINIMUM COMMISSION APPLIED

DISCOUNT GIVEN OR

| YOU BOUGHT | QUANTITY | PRICE | | TRADE DATE | | | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,000 | .22 | | 07 | 02 | 02 | 07 | 08 | 02 | | |

x  2 4 1 8

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 220.00 | | .22 | 16.91 | 4.00 | | 240.91 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | AMOUNT |
|---|---|---|---|---|---|
| | 1,000 | .22 | ORGANOGENESIS INC | 685906109 | 240.91 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT.
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE ▼

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 07 | 08 | 02 | 240.91 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360 ▲

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887   ONE NORTH JEFFERSON   ST LOUIS, MISSOURI 63103   (314) 955-3000   SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| *DISCOUNT 35% | SYMBOL |
| | ORG |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 07 02 02 07 08 02 | |

E   JOHN H BOWIE JR
    ACCOUNT #4

X

2
4
2
4

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | TI TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| 225 | 1 4 2 | 508-830-6900 | |

| QUANTITY | PRICE | SECURITY DESCRIPTION | AMOUNT |
|---|---|---|---|
| 400 | .22 | ORGANOGENESIS INC | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL AMOUNT |
|---|---|---|---|---|---|
| 88.00 | | .22 | 9.15 | 4.00 | 101.15 |

BOUGHT

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | AMOUNT |
|---|---|---|---|---|
| 400 | .22 | ORGANOGENESIS INC | 685906109 | 101.15 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

| ACCOUNT NUMBER | IB | TI TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| 225 | 1 4 2 | 508-830-6900 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

JOHN H BOWIE JR
ACCOUNT #4

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 07 08 02 | 101.15 |

**REDACTED**

**A.G.Edwards&Sons,Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | SYMBOL |
| MINIMUM COMMISSION APPLIED | ORG |

X

2
1
6
1

134

E   A G EDWARDS & SONS
    CUSTODIAN FOR
    JOHN H BOWIE JR
    IRA ACCOUNT

| | YOU | QUANTITY | | IB | | T TPE | MKT | Office Phone Number | PRICE |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | | | | | | | |
| BOUGHT | | 2,100 | | 225 | 1 4 | 4 | | 508-830-6900 | .20 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | TRADE DATE | |
|---|---|---|
| | 07 03 02 | 07 09 02 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | AMOUNT |
|---|---|---|---|---|---|
| 420.00 | | .20 | 21.00 | | 441.00 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| | YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | | 2,100 | | .20 | ORGANOGENESIS INC | 685906109 | | 07 09 02 |

| | | AMOUNT |
|---|---|---|
| | | 441.00 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| | ACCOUNT NUMBER | IB | T TPE | MKT | Office Phone Number |
|---|---|---|---|---|---|
| | | 225 | 1 4 | 4 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

When you

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons Inc.** MEMBERS SINCE 1887    ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | SYMBOL |
| MINIMUM COMMISSION APPLIED | ORG |

3134

E    A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| | TRADE DATE | | |
|---|---|---|---|
| | 07 | 03 02 | 07 |

| YOU | QUANTITY | | | | | | PRICE |
|---|---|---|---|---|---|---|---|
| BOUGHT | 10,000 | B | T | TRF | MKT | OFFICE PHONE NUMBER | .20 |
| ACCOUNT NUMBER | 225 | 1 | 4 | 4 | 508-830-6900 | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 2,000.00 | | | 100.00 | 4.00 | | 2,104.00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| BOUGHT | 10,000 | | .20 | ORGANOGENESIS INC | 685906109 |

| | SETTLEMENT DATE | |
|---|---|---|
| | 07 | 09 02 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| AMOUNT |
|---|
| 2,104.00 |

| ACCOUNT NUMBER | B | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 4 | 508-830-6900 |

IF WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH         MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2
1
6
0

x

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| BOUGHT | 1,000 | | .21 | ORGANOGENESIS INC | | 68590G109 |
| | | | | DISCOUNT GIVEN OR | | SYMBOL |
| | | | | MINIMUM COMMISSION APPLIED | | ORG |

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER | | | |
|---|---|---|---|---|---|---|
| 225 | 1 4 2 | | 508-830-6900 | | | X |

® WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    A G EDWARDS &
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

I

34

| | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL AMOUNT | TRADE DATE |
|---|---|---|---|---|---|---|---|
| | 210.00 | | .21 | 10.50 | | | 07 03 02 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | AMOUNT |
|---|---|---|---|---|---|---|
| BOUGHT | 1,000 | | .21 | ORGANOGENESIS INC | 68590G109 | 220.50 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | AMOUNT |
|---|---|---|
| | 07 09 02 | 220.50 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| 225 | 1 4 2 | | 508-830-6900 |

® US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2
1
6
2

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887    ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | TRADE DATE | | | SETTLEMENT DATE | |
|---|---|---|---|---|---|
| | 07 | 03 | 02 | 07 | 09 | 02 |

**SECURITY DESCRIPTION**
ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

CUSIP NUMBER: 685906109
SYMBOL: ORG

WHEN CORRESPONDING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E A G EDWARDS &
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT
AVE
02186-3134

| | QUANTITY | | PRICE | | | |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 1,000 | | .22 | | | |

| ACCOUNT NUMBER | | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 225 | | 1 | 4 | 2 | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 220.00 | | | 11.00 | | | 231.00 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | AMOUNT |
|---|---|---|---|---|
| 1,000 | .22 | ORGANOGENESIS INC | 685906109 | 231.00 |

| | SETTLEMENT DATE | |
|---|---|---|
| | 07 | 09 | 02 |

| YOU BOUGHT | QUANTITY | | | | PRICE | |
|---|---|---|---|---|---|---|

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE ▼

AMOUNT: 231.00

| ACCOUNT NUMBER | | IB | IT | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 225 | | 1 | 4 | 2 | 508-830-6900 |

IF WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH MA 02360

▲ CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2
1
6
3

X

**REDACTED**

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION |
|---|---|---|---|
| BOUGHT | 1,000 | .23 | ORGANOGENESIS INC |

CUSIP NUMBER: 685906109

DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

SYMBOL: ORG

ACCOUNT NUMBER: 225  14 2  508-830-6900

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

TRADE DATE: 07 03 02 07 09 02

X

2
1
6
5

34

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 230.00 | | | 11.50 | | | 241.50 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | SETTLEMENT DATE |
|---|---|---|---|---|---|
| BOUGHT | 1,000 | .23 | ORGANOGENESIS INC | 685906109 | 07 09 02 |

ACCOUNT NUMBER: 225  14 2  508-830-6900

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

AMOUNT: 241.50

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

**REDACTED**

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| YOU BOUGHT | QUANTITY | | | | | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | 1,000 | | | | | .22 | ORGANOGENESIS INC | | 685906109 |

DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| ACCOUNT NUMBER | | IB | | T | TRF | MKT | OFFICE PHONE NUMBER | SYMBOL |
|---|---|---|---|---|---|---|---|---|
| | | 225 | | 1 | 4 | 2 | 508-830-6900 | ORG |

| TRADE DATE | | | | | |
|---|---|---|---|---|---|
| 07 | 03 | 02 | 07 | 09 | 02 |

SETTLEMENT DATE

X

E    A G EDWARDS & SONS
      CUSTODIAN FOR
      JOHN H BOWIE JR
      IRA ACCOUNT

186-3134

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | THRU/FROM DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 220.00 | | | 11.00 | | | 231.00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

2
1
6
4

---

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU BOUGHT | QUANTITY | | | | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| | 1,000 | | | | | .22 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | |
|---|---|---|
| 07 | 09 | 02 |

| ACCOUNT NUMBER | | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | | 225 | | 1 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A    A G EDWARDS & SONS
      CUSTODIAN FOR
      JOHN H BOWIE JR
      IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH          MA 02360

| AMOUNT |
|---|
| 231.00 |

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

**REDACTED**

**A.G.Edwards & Sons, Inc.**  ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| DISCOUNT GIVEN OR | |
| MINIMUM COMMISSION APPLIED | SYMBOL |
| | ORG |

| ACCOUNT NUMBER | IB | T TPE MKT | OFFICE PHONE NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|
| 225 | 1 4 2 | 508-830-6900 | | 07 05 02 07 10 02 | |

**YOU**

| | QUANTITY | | PRICE | |
|---|---|---|---|---|
| BOUGHT | 1,000 | | .21 | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 210.00 | | .21 | 11.17 | | | 221.17 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

E  A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

6-3134

When communicating with us please refer to your account number

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |

**YOU**

| | QUANTITY | | PRICE | |
|---|---|---|---|---|
| BOUGHT | 1,000 | | .21 | |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE ▶

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 07 10 02 | 221.17 |

| ACCOUNT NUMBER | IB | T TPE MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| 225 | 1 4 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360
▲

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887  ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | CUSIP NUMBER | SYMBOL |
|---|---|---|
| SECURITY DESCRIPTION | 685906109 | ORG |

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| ACCOUNT NUMBER | IB | TT TRF MKT OFFICE PHONE NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|
| 225 | 1 4 4 | 508-830-6900 | 07 05 02 | 07 10 02 |

BOUGHT

| YOU | QUANTITY | PRICE | | |
|---|---|---|---|---|
| 5,000 | .20 | | | |

WHEN ___ WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

34

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL & INT | AMOUNT |
|---|---|---|---|---|---|---|
| 1,000.00 | | | 53.19 | | | 1,053.19 |

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 68590 6109 |

BOUGHT

| YOU | QUANTITY | PRICE |
|---|---|---|
| 5,000 | .20 | |

| ACCOUNT NUMBER | IB | TT TRF MKT OFFICE PHONE NUMBER | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|---|
| 225 | 1 4 4 | 508-830-6900 | 07 10 02 | 1,053.19 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE ►

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

0 9 7 8

x

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| | | ORGANOGENESIS INC | 68590G109 |

DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| | SYMBOL |
|---|---|
| | ORG |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 07 | 05 | 02 | 07 | 10 | 02 |

X

907

| YOU | QUANTITY | | | | PRICE |
|---|---|---|---|---|---|
| BOUGHT | 1,000 | IB | 1 4 2 | T T MKT OFFICE PHONE NUMBER 508-830-6900 | .20 |

ACCOUNT NUMBER    225

WHEN... ...WRITING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E  A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | AMOUNT |
|---|---|---|---|---|---|---|
| 200.00 | | | 10.64 | 4.00 | POSTAGE/
HANDLING | 214.64 |

SECURITY DESCRIPTION
ORGANOGENESIS INC

CUSIP NUMBER
68590G109

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | | PRICE |
|---|---|---|---|
| BOUGHT | 1,000 | | .20 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | | |
|---|---|---|---|
| | 07 | 10 | 02 |

AMOUNT
214.64

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

| ACCOUNT NUMBER | IB | T T MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| 225 | 1 4 2 | | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G. Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | QUANTITY | | PRICE | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| BOUGHT | 4,000 | | .20 | | ORGANOGENESIS INC | 685906109 |

DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

SYMBOL
ORG

x

| ACCOUNT NUMBER | IB | TY | TRF | MKT | OFFICE PHONE NUMBER | | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 | | 07 | 08 | 02 | 07 | 11 | 02 |

3134

E    A G EDWARDS &  SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT
     €

WHEN _____ G WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | AMOUNT |
|---|---|---|---|---|---|---|
| 800.00 | | | 52.63 | | | 852.63 |

| | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| BOUGHT | 4,000 | | .20 | ORGANOGENESIS INC | 685906109 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| ACCOUNT NUMBER | IB | TY | TRF | MKT | OFFICE PHONE NUMBER | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 | | | 07 | 11 | 02 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE ☐

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| | AMOUNT |
|---|---|
| | 852.63 |

A.G.  EDWARDS  &  SONS,  INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

1
9
1
1

REDACTED

**A.G. Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |
| | DISCOUNT GIVEN OR | SYMBOL |
| | MINIMUM COMMISSION APPLIED | ORG |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
|---|---|---|---|---|---|---|
| 225 | | 1 | 4 | 2 | 508-830-6900 | .20 |

YOU BOUGHT — QUANTITY 1,700

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E A G EDWARDS & SONS
  CUSTODIAN FOR
  JOHN H BOWIE JR
  IRA ACCOUNT
  6
  N:                    -3134

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | TRADE DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 340.00 | | | 22.37 | 4.00 | AMOUNT | 07 | 08 | 02 | 07 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

YOU BOUGHT — QUANTITY 1,700

| | PRICE | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| | .20 | | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | | 1 | 4 | 2 | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | AMOUNT |
|---|---|---|---|---|---|---|
| 340.00 | .20 | | 22.37 | 4.00 | | 366.37 |

| | | SETTLEMENT DATE |
|---|---|---|
| | | 07  11  02 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

A G EDWARDS & SONS
  CUSTODIAN FOR
  JOHN H BOWIE JR
  IRA ACCOUNT

IF COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

AMOUNT 366.37

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1
9
1
0

x

REDACTED

**A.G.Edwards & Sons, Inc.**
*INVESTMENTS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| YOU BOUGHT | QUANTITY | | | | PRICE | SECURITY DESCRIPTION |
|---|---|---|---|---|---|---|
| | 3,000 | | | | .19 | ORGANOGENESIS INC |

DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

| | | CUSIP NUMBER | SYMBOL |
|---|---|---|---|
| | | 68590 6109 | ORG |

X

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 |

WHEN COMMUNICATING ...TH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E A G EDWARDS &
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

3134

| | TRADE DATE |
|---|---|
| | 07 09 02 07 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | AMOUNT |
|---|---|---|---|---|---|---|
| 570.00 | | .19 | 37.50 | | | 607.50 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER | |
|---|---|---|---|---|---|
| | 3,000 | .19 | ORGANOGENESIS INC | 68590 6109 | |

| | SETTLEMENT DATE |
|---|---|
| | 07 12 02 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 |

"H US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | AMOUNT |
|---|---|
| | 607.50 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

W...

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1
7
6
3

**REDACTED**

**A.G.Edwards & Sons, Inc.** ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| CUSIP NUMBER | SYMBOL |
|---|---|
| 685906109 | ORG |

**SECURITY DESCRIPTION**

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T TYPE | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 225 | 1 4 | 2 | | 508-830-6900 |

| YOU | QUANTITY | PRICE |
|---|---|---|
| BOUGHT | 3,000 | .19 |

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

   36-3134

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 07 09 02 07 | 07 12 02 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 570.00 | | .19 | 37.50 | 4.00 | | 611.50 |

SECURITY DESCRIPTION

ORGANOGENESIS INC

CUSIP NUMBER

685906109

**REDACTED**

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| | | | SETTLEMENT DATE | |
|---|---|---|---|---|
| | | | 07 12 02 | |

| | AMOUNT |
|---|---|
| | 611.50 |

| ACCOUNT NUMBER | IB | T TYPE | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 225 | 1 4 | 2 | 508-830-6900 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| YOU | QUANTITY | PRICE |
|---|---|---|
| BOUGHT | 3,000 | .19 |

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE



A.G.Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 68590G109 |
| DISCOUNT GIVEN OR | SYMBOL |
| MINIMUM COMMISSION APPLIED | ORG |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 07 | 11 | 02 | 07 | 16 | 02 |

X

2 2
2 4
4 9

**YOU BOUGHT**

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | .18 |

| QUANTITY |
|---|
| 10,000 |

WHEN /          rm US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

\           >E
\           >186-3134

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | amount AMOUNT |
|---|---|---|---|---|---|
| 1,800.00 | | | 90.00 | 4.00 | 1,894.00 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

**YOU BOUGHT**

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| 10,000 | .18 | ORGANOGENESIS INC | 68590G109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | AMOUNT |
|---|---|---|
| 07 | 16  02 | 1,894.00 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 |

$ WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G. Edwards & Sons, Inc.** MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | ORGANOGENESIS INC | 685906109 |

YOU BOUGHT    10,000    QUANTITY    PRICE    .10

DISCOUNT GIVEN OR MINIMUM COMMISSION APPLIED

SYMBOL
ORG

WHEN CORRESPONDING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E    A G EDWARDS & SONS
     CUSTODIAN FOR
     JOHN H BOWIE JR
     IRA ACCOUNT

3134

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU BOUGHT | QUANTITY | PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | 10,000 | 1,000.00 | | | .10 | 50.00 | | | 1,050.00 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | ORGANOGENESIS INC | 07 12 02 | 07 17 02 |

PRINCIPAL    1,000.00

RETAIN THIS COPY FOR YOUR TAX RECORDS

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

CUSIP NUMBER
685906109

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 07 17 02 | 1,050.00 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

A.G.  EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

1
8
3
9

**REDACTED**

**A.G.Edwards & Sons, Inc.**
INCORPORATED 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | SYMBOL |
|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | ORGANOGENESIS INC DISCOUNT GIVEN OR MINIMUM COMMISSION APPLIED | ORG |

CUSIP NUMBER: 685906109

| | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|
| | 07 | 12 02 | 07 | 17 | 02 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| YOU BOUGHT | QUANTITY | PRICE | |
|---|---|---|---|
| | 10,000 | .10 | |

E  A G EDWARDS & SONS
   CUSTODIAN FOR
   JOHN H BOWIE JR
   IRA ACCOUNT

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | SECURITY DESCRIPTION | CUSIP NUMBER | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1,000.00 | | | 50.00 | 4.00 | | ORGANOGENESIS INC | 685906109 | 1,054.00 |

| YOU BOUGHT | QUANTITY | PRICE | |
|---|---|---|---|
| | 10,000 | .10 | |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | SETTLEMENT DATE | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | 508-830-6900 | | 07 | 17 02 | | 1,054.00 |

IR US PLEASE REFER TO YOUR ACCOUNT NUMBER

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1
8
3
8

X

REDACTED

**A.G. Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| | | ORGANOGENESIS INC | 685906109 |
| | | DISCOUNT GIVEN OR | SYMBOL |
| | | MINIMUM COMMISSION APPLIED | ORG |

| YOU | QUANTITY | PRICE | |
|---|---|---|---|
| BOUGHT | 30,000 | .10 | |

ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER
225 | 1 | 4 | 2 | 508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

E A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

5-3134

| TRADE DATE |
|---|
| 08 | 15 | 02 | 08 | 20 | 02 |

X

2
3
7
8

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3,000.00 | | | .10 | 150.00 | 4.00 | | 3,154.00 |

| YOU | QUANTITY | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| BOUGHT | 30,000 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE |
|---|
| 08 | 20 | 02 |

AMOUNT
3,154.00

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER
225 | 1 | 4 | 2 | 508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED



REDACTED



A.G.Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON ST. LOUIS, MISSOURI 63103 (314)955-3000 SIPC

ORGANOGENESIS INC
*DISCOUNT 35%

685906109

ORGG

WHEN COMMUNICATING WITH US, PLEASE REFER TO YOUR ACCOUNT NUMBER.

E A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

BOUGHT    5,000    225    C    4    3    .04    508-830-6900

|||.||..|||.|.|||.|.|||.|.|||.||..|||.|.|||.|.|||.|.|||.||

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.

BOUGHT    200.00    5,000    .04    17.87    5.00    04 24 03    222.87

RETAIN THIS COPY FOR YOUR TAX RECORDS

ORGANOGENESIS INC    685906109

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE.    04 29 03    222.87

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH  MA 02360

CHECKS SHOULD BE MADE PAYABLE
TO A.G. EDWARDS & SONS INC. AND SENT TO THIS ADDRESS.
REVERSE

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT
666 CANTON AVE

WHEN COMMUNICATING WITH US, PLEASE REFER TO YOUR ACCOUNT NUMBER.

225    C    4    3    508-830-6900

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HER E AND COMPLETE REVERSE

REDACTED



A.G.Edwards & Sons, Inc.

ONE NORTH JEFFERSON ST. LOUIS, MISSOURI 63103 (314)955-3000 SIPC

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

685906109    ORGG

SOLD    15,000    225    C 0 3    .15    508-830-6900

WHEN COMMUNICATING WITH US, PLEASE REFER TO YOUR ACCOUNT NUMBER.

E A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

*3134

SOLD    15,000    .15    112.50    0.11    5.00    2,132.39

ORGANOGENESIS INC    685906109

06 18 03    06 23 03    2,132.39

2,280.00

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.

RETAIN THIS COPY FOR YOUR TAX RECORDS

225    C 0 3    508-830-6900

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT
656 CANTON AVE

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE, OR
DELIVER SECURITIES BY THIS DATE.

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
222 WATER ST SUITE C-210
PLYMOUTH MA 02360

2,132.39

IF CHANGE OF ADDRESS REQUIRED), PLEASE CHECK HER E AND COMPLETE REVERSE CHECKS SHOULD BE MADE PAYABLE TO A.G. EDWARDS & SONS INC. AND SENT TO THIS ADDRESS.

REDACTED



A.G.Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314)955-3000    SIPC

ORGANOGENESIS INC
DISCOUNT GIVEN OR
MINIMUM COMMISSION APPLIED

ORGG    685906109

SOLD    50,000    .06    508-830-6900

225    C    0    3

E A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

SOLD    50,000    .06    ORGANOGENESIS INC    685906109

3,000.00        150.00    0.15    5.00    2,844.85

06 24 03        06 27 03

134

WHEN COMMUNICATING WITH US, PLEASE REFER TO YOUR ACCOUNT NUMBER.

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE, OR
DELIVER SECURITIES BY THIS DATE.

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT
656 CANTON AVE

225    C    0    3    508-830-6900

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

2,844.85

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HER E AND COMPLETE REVERSE. CHECKS SHOULD BE MADE PAYABLE TO A.G. EDWARDS & SONS INC. AND SENT TO THIS ADDRESS.

REDACTED



A.G.Edwards&Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON ST. LOUIS, MISSOURI 63103 (314)955-3000 SIPC
SEE REVERSE SIDE

**SOLD**    225    C 0 3    508-830-6900    ORGANOGENESIS INC *DISCOUNT 35%    685906109    ORGG

WHEN COMMUNICATING WITH US, PLEASE REFER TO YOUR ACCOUNT NUMBER.

E A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT

||..|||..|||.|..|||.|||.||.||||.|.|||.|.|.|||.||.||.|.||||

34

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE.

**SOLD**    360.00    5,000    .07    28.60    0.02    5.00    ORGANOGENESIS INC    06 25 03    316.38    685906109

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE, OR DELIVER SECURITIES BY THIS DATE.    08 30 03    316.38

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS INC. AND SENT TO THIS ADDRESS.

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH MA 02360

WHEN COMMUNICATING WITH US, PLEASE REFER TO YOUR ACCOUNT NUMBER.

225    C 0 3    508-830-6900

A G EDWARDS & SONS
CUSTODIAN FOR
JOHN H BOWIE JR
IRA ACCOUNT
696 CANTON AVE

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HER E AND COMPLETE REVERSE

REDACTED



REDACTED