# EXHIBIT C

## PART I

# A.G. Edwards & Sons, Inc.
*Members Since 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

| | | | | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|---|
| YOU | QUANTITY | | OFFICE PHONE NUMBER | ORGANOGENESIS INC | | CUSIP NUMBER |
| SOLD | 2,500 | 12 | ** DISCOUNT 35% | | | 685906109 |
| ACCOUNT NUMBER | IB | T TRF MKT | 781-749-8010 | PFD RATE | | SYMBOL |
| 390 | 2 0 2 | | | | | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

| | | | | | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|
| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | | 12 02 99 | 12 07 99 |
| 30,000.00 | | | 286.21 | 1.00 | 4.00 | | PLEASE PAY OR DELIVER BY THIS DATE | |
| | | | | | | | AMOUNT | |
| | | | | | | | 29,708.79 | |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 2,500 | 12 | ORGANOGENESIS INC | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER | | PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶ | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|
| 390 | 2 0 2 | 781-749-8010 | | | | | 12 07 99 |
| | | | | | | AMOUNT | |
| | | | | | | 29,708.79 | |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM        MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X    D 17

A.G. Edwards & Sons, Inc.

*MEMBERS SINCE 1887*

ONE NORTH JEFFERSON          ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |
| | *DISCOUNT 3.5% | SYMBOL |
| | PFD RATE | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

X                    E 17

RICHARD J MADIGAN

| SOLD | | | | | PRICE |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | | | |

| YOU | QUANTITY | | | | | PRICE |
|---|---|---|---|---|---|---|
| SOLD | 2,500 | | | | | 12 1/8 |

| ACCOUNT NUMBER | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 0 | 2 | | | 781-749-8010 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|
| 30,312.50 | | | 289.20 | 1.02 | |

UNSOLICITED

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 12 02 99 | 12 07 99 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

PLEASE PAY OR DELIVER BY THIS DATE
30,022.28

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | AMOUNT |
|---|---|
| | 12 07 99 |

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM        MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND S W TO THIS ADDRESS

| | AMOUNT |
|---|---|
| | 30,022.28 |

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

A.G. Edwards & Sons, Inc.

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | | | | SECURITY DESCRIPTION | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | ORGANOGENESIS INC | | 12 03 99 | 12 08 99 |
| | | | | | *DISCOUNT 35% | | | |
| | | | | | ** PFD RATE | | CUSIP NUMBER | |
| | | | | | | | 68590610 9 | |
| | | | | | | | SYMBOL | |
| | | | | | | | ORG | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

| YOU | QUANTITY | | | PRICE | | | PLEASE PAY OR DELIVER BY THIS DATE ▶ | 12 08 99 |
|---|---|---|---|---|---|---|---|---|
| SOLD | 2,500 | | | 12 | | | AMOUNT | 29,621.58 |
| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | | |
| 390 | | 2 0 | 2 | | 781-749-8010 | | | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | | |
|---|---|---|---|---|---|---|---|
| 30,000.00 | | | 373.42 | 1.00 | 4.00 | | |

UNSOLICITED

RETAIN THIS COPY FOR YOUR TAX RECORDS

29,621.58

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| SOLD | 2,500 | | 12 | ORGANOGENESIS INC | 68590610 9 |

PLEASE PAY OR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | AMOUNT |
|---|---|
| 12 08 99 | |
| SETTLEMENT DATE | 29,621.58 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | | 2 0 | 2 | | 781-749-8010 |

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

J 20

A.G. Edwards & Sons, Inc.

*INVESTORS SINCE 1887*

ONE NORTH JEFFERSON ... ... ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

SECURITY DESCRIPTION

ORGANOGENESIS INC
**DISCOUNT 35%
** PFD RATE

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 12 23 99 | 12 29 99 |

CUSIP NUMBER: 685906109
SYMBOL: ORG

RICHARD J MADIGAN

| ACCOUNT NUMBER | | | TRF | MKT | OFFICE PHONE NUMBER | PRICE | | TRANSACTION CHARGE |
|---|---|---|---|---|---|---|---|---|
| | IB | | | | | 10 1/4 | | |

PRIC

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SOLD | 2,500 | 25,625.00 | | | 336.02 | .86 | | 25,288.12 |

UNSOLICITED

PLEASE PAY OR DELIVER BY TRADE DATE

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RICHARD J MADIGAN

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 2,500 | 10 1/4 | ORGANOGENESIS INC | 685906109 |

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 12 29 99 |

AMOUNT: 25,288.12

| ACCOUNT NUMBER | | | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | IB | 2 0 | 2 | | 781-749-8010 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM        MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X

A 09

REDACTED

# A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
**DISCOUNT 35%
** PFD RATE

| | CUSIP NUMBER |
|---|---|
| 685906109 | |
| * SYMBOL | |
| ORG | |

X

Q 08

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 12 23 99 | 12 29 99 |

**YOU:**

| QUANTITY | PRICE |
|---|---|
| SOLD | |
| 300 | |

| ACCOUNT NUMBER | | | | | TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| .4 | 390 | 2 0 | 2 | | 10 | 781-749-8010 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN
4D
:334

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 3,000.00 | | | 39.34 | .10 | 4.00 | 2,956.56 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

**UNSOLICITED**

| | PLEASE PAY OR DELIVER BY THIS DATE ▶ | AMOUNT |
|---|---|---|
| | 12 29 99 | 2,956.56 |

| YOU | QUANTITY | PRICE |
|---|---|---|
| SOLD | 300 | 10 |

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |

**REDACTED**

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 12 29 99 | 2,956.56 |

| ACCOUNT NUMBER | | | | | TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 390 | 2 0 | 2 | | | 781-749-8010 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON          ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION |
|---|---|
| | ORGANOGENESIS INC |
| | *DISCOUNT 35% |
| | VSP 6/1/98 |
| | ** PFD RATE |

CUSIP NUMBER: 685906109
SYMBOL: ORG

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 12 29 99 | 01 03 00 |

X
M 09

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

| SOLD | QUANTITY | | | | | PRICE |
|---|---|---|---|---|---|---|
| YOU | 2,000 | IB | I | TRF | MKT | OFFICE PHONE NUMBER |
| ACCOUNT NUMBER | 390 | IB | 2 0 | 2 | 781-749-8010 | ** |
| | | | | | | 8 1/4 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR RECEIVE BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 16,500.00 | | | 188.85 | .56 | | 16,310.59 |

UNSOLICITED

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR IF FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

SOLD
YOU

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| 2,000 | 8 1/4 | ORGANOGENESIS INC | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | I | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 0 | 2 | | | 781-749-8010 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM          MA 02043

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE |
|---|
| 01 03 00 |

| AMOUNT |
|---|
| 16,310.59 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

A.G. Edwards & Sons, Inc.
_MEMBERS SINCE 1887_

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |
| | *DISCOUNT 35% | SYMBOL |
| | VSP 6/1/98 | ORG |
| | ** PFD RATE | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

34

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 781-749-8010 | 12 29 99 | 01 03 00 |

| | QUANTITY | | PRICE | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| SOLD | 2,000 | | 8 1/4 | | ORGANOGENESIS INC | | 685906109 |

UNSOLICITED

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 16,500.00 | | | 188.85 | .55 | 4.00 | 16,306.60 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 781-749-8010 |

| | QUANTITY | | PRICE | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| SOLD | 2,000 | | 8 1/4 | | ORGANOGENESIS INC | | 685906109 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| | SETTLEMENT DATE |
|---|---|
| PLEASE PAY OR DELIVER BY THIS DATE | 01 03 00 |
| AMOUNT | |
| | 16,306.60 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A. G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM        MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE. ☐

REDACTED

X

L 09

## A.G.Edwards & Sons, Inc.
INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION, SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

RICHARD J MADIGAN

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 12 29 99 | 01 03 00 |

| | | | | | SECURITY DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | ORGANOGENESIS INC |

SECURITY DESCRIPTION

| YOU | ACCOUNT NUMBER | | | | PRICE |
|---|---|---|---|---|---|
| SOLD | 390 | 20 | 2 | 781-749-8010 | 8 3/8 |

ACCOUNT NUMBER    IB    1    TRF MKT OFFICE PHONE NUMBER

*DISCOUNT 35%
VSP 6/1/98
** PFD RATE

CUSIP NUMBER
685906109

SYMBOL
ORG

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | UNSOLICITED | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|---|
| 16,750.00 | | | 191.72 | | .55 | | 16,557.73 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SO | 2,000 | 8 3/8 | ORGANOGENESIS INC | 685906109 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM    MA 02043

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | |
|---|---|
| 01 | 03 | 00 |

AMOUNT
16,557.73

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

N 09

REDACTED

A.G. Edwards & Sons, Inc.

*MEMBERS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| ACCOUNT NUMBER | | | | | PRICE | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | | | |
| 390 | 2 | 0 | 2 | 781-749-8010 | | | ORGANOGENESIS INC | | 685906109 |

YOU SOLD

| QUANTITY | | | | |
|---|---|---|---|---|
| 3,750 | | | 15 1/2 | |

**DISCOUNT 35%
VSP 2/24/98
** PFD RATE

| | | | | | | | SYMBOL |
|---|---|---|---|---|---|---|---|
| | | | | | | | ORG |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 02 18 00 02 24 00 | |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 58,125.00 | | | 407.00 | 1.94 | 4.00 | 57,712.06 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RICHARD J MADIGAN

JAD
-1334

YOU SOLD

| QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| 3,750 | | 15 1/2 | ORGANOGENESIS INC | 685906109 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| | SETTLEMENT DATE | AMOUNT |
|---|---|---|
| | 02 24 00 | 57,712.06 |

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | IB | T | TRF | MKT | |
| 390 | 2 | 0 | 2 | 781-749-8010 | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

P 12

**A.G. Edwards & Sons, Inc.**
*MEMBERS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 68590G109 |
| | *DISCOUNT 35% | SYMBOL |
| | VSP 1/30/98 | ORG |
| | ** PFD RATE | |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 02 18 00 | 02 24 00 |

**YOU SOLD**

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 330 | | 2 | 0 | 2 | 781-749-8010 ** |

| QUANTITY | PRICE |
|---|---|
| 2,500 | 16 1/4 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSAC. FEE/ SERV. CHARGE |
|---|---|---|---|---|---|
| 40,625.00 | | | 284.47 | 1.36 | |

PLEASE PAY OR DELIVER BY THIS DATE
AMOUNT
40,339.17

**RETAIN THIS COPY FOR YOUR TAX RECORDS**

---

RICHARD J MADIGAN
5
N                              )
                              534

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

---

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

**YOU SOLD**

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| 2,500 | 16 1/4 | ORGANOGENESIS INC | 68590G109 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| | SETTLEMENT DATE |
|---|---|
| | 02 24 00 |

| | AMOUNT |
|---|---|
| | 40,339.17 |

---

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | | 2 | 0 | 2 | 781-749-8010 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER.

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM         MA 02043

▲
CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

**REDACTED**

X
Q 12

A.G. Edwards & Sons, Inc.
INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION |
|---|---|
| SOLD | ORGANOGENESIS INC |
| | **DISCOUNT 35%** |
| | VSP 6/1/98 |
| | ** PFD RATE |

X    A 13

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 02 18 00 | 02 24 00 |

| CUSIP NUMBER |
|---|
| 685906109 |
| SYMBOL |
| ORG |

| ACCOUNT NUMBER | | QUANTITY | | | PRICE |
|---|---|---|---|---|---|
| 1B | | 4,050 | | | 16 5/8 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL CREDIT |
|---|---|---|---|---|---|
| 67,331.25 | | | 471.66 | 2.24 | |

PLEASE PAY OR DELIVER BY THIS DATE
AMOUNT
66,857.55

RETAIN THIS COPY FOR YOUR TAX RECORDS

RICHARD J MADIGAN
JAD
1334

WHEN CONTACTING .... ITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| SOLD | | | | | |
| 4,050 | | | | | |

| ACCOUNT NUMBER | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 0 | 2 | | | 781-749-8010 |

| QUANTITY | | | PRICE | | SECURITY DESCRIPTION |
|---|---|---|---|---|---|
| 4,050 | | | 16 5/8 | | ORGANOGENESIS INC |

CUSIP NUMBER
685906109

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| | SETTLEMENT DATE |
|---|---|
| ► | 02 24 00 |

| AMOUNT |
|---|
| 66,857.55 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

A.G. Edwards & Sons, Inc.

INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

RICHARD J MADIGAN

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 03 06 00 | 03 09 00 |

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

**SECURITY DESCRIPTION**

ORGANOGENESIS INC
** DISCOUNT 35%.
PFD RATE

X

M 11

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| SOLD | ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
|---|---|---|---|---|---|---|---|
| 5,000 | | 18 | 2 | 0 | 2 | 781-749-8010 | 18 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 90,000.00 | | | 689.06 | 3.00 | 4.00 | 89,303.94 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

RICHARD J MADIGAN

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| | 5,000 | 18 | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 781-749-8010 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

PLEASE PAY FOR PURCHASE OF
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE |
|---|
| 03 09 00 |

| AMOUNT |
|---|
| 89,303.94 |

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM        MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

**A.G. Edwards & Sons, Inc.**
*INVESTORS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 03 07 00 | 03 10 00 |

| CUSIP NUMBER |
|---|
| 685906109 |

SECURITY DESCRIPTION

ORGANOGENESIS INC
**DISCOUNT 35%
** PFD RATE

SYMBOL:
ORG

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 21 | 781-749-8010 |

**SOLD**

| QUANTITY | PRICE |
|---|---|
| 1,700 | 21 |

RICHARD J MADIGAN

RETAIN THIS COPY FOR YOUR TAX RECORDS

SECURITY DESCRIPTION

ORGANOGENESIS INC

| CUSIP NUMBER |
|---|
| 685906109 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|
| 35,700.00 | | | 285.35 | 1.19 | |

| PLEASE PAY OR DELIVER BY THIS DATE | AMOUNT |
|---|---|
| 03 10 00 | 35,413.46 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 03 10 00 | 35,413.46 |

**SOLD**

| QUANTITY | PRICE |
|---|---|
| 1,700 | 21 |

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 781-749-8010 |

NG WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
101 DERBY STREET

HINGHAM    MA 02043

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X    J 18

REDACTED

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

RICHARD J MADIGAN

| VOL. | QUANTITY | | | PRICE | SECURITY DESCRIPTION | | TRADE DATE | SETTLEMENT DATE |
|------|----------|--|--|-------|---------------------|--|------------|-----------------|

SOLD    1,700    19 7/8    ANOGENESIS INC    03 07 00 03 10 00

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | SCOUNT 35% | CUSIP NUMBER |
|----------------|----|---|-----|-----|---------------------|------------|--------------|

390   2 0 2   781-749-801 ▽   P'D RATE   685906109   X

SYMBOL

ORG

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PRINCIPAL | STATE . X | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR REMIT BY THIS DATE AMOUNT |
|-----------|-----------|------------------|------------|---------|--------------------|------------------------------------------|

33,787.50    270.06   1.13  4.00    33,512.31    03 10 00 ◆

RETAIN THIS COPY FOR YOUR TAX RECORDS

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|-----|----------|-------|---------------------|--------------|

SOLD    1,700    19 7/8    ORGANOGENESIS INC    685906109

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|----------------|----|---|-----|-----|---------------------|

390   2 0 2   781-749-8010

RICHARD J MADIGAN

DELIVER SECURITIES SOLD BY THIS DATE ▶    PLEASE PAY FOR PURCHASE OR

03 10 00

A.G. EDWARDS & SONS, INC
101 DERBY STREET
HINGHAM    MA 02043

AMOUNT    33,512.31

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

REDACTED

I 18

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|
| | ORGANOGENESIS INC | 685906109 |
| | **DISCOUNT 35% | SYMBOL |
| | ** PFD RATE | OK3 |

TRADE DATE 04 05 00   SETTLEMENT DATE 04 10 00

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN
AD
1334

| YOU | QUANTITY | | | | | PRICE |
|---|---|---|---|---|---|---|
| BOUGHT | 2,000 | | | | | 10 5/8 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 4 | 2 | | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 21,250.00 | | | 302.74 | 4.00 | | 21,556.74 |

UNSOLICITED

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR IN FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| BOUGHT | 2,000 | | 10 5/8 | ORGANOGENESIS INC | 685906109 |

PLEASE PAY ON OR DELIVER BY THIS DATE ▶ 04 10 00

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 04 10 00 | | | 21,556.74 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 1 | 4 | 2 | | 508-830-6900 |

RICHARD J MADIGAN

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

J 03

# A.G. Edwards & Sons, Inc.

MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

34

| BOUGHT | | | | | | SECURITY DESCRIPTION |
|---|---|---|---|---|---|---|
| | QUANTITY | | | | PRICE | |

| ACCOUN NUMBER | | | OFFICE PHONE NUMBER | | | ORGANOGENESIS INC |
| 390 | 1B | T TRF MKT | 508-830-6900 | | | **DISCOUNT 35% |
| | | 2 4 2 | | | | ** PFD RATE |

| | | | | | | 685906109 CUSIP NUMBER |
| | | | | | | ORG SYMBOL |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 04 06 00 04 | 11 00 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE |
|---|---|---|---|---|---|---|
| 24,000.00 | | | 319.54 | 4.00 | | |

UNSOLICITED

PLEASE PAY OR DELIVER BY THIS DATE

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR IF FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS.

| BOUGHT | | | | SECURITY DESCRIPTION | CC IP NUMBER |
|---|---|---|---|---|---|
| | QUANTITY | | PRICE | | |
| | 2,000 | | 12 | ORGANOGENESIS INC | 685906109 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | | | OFFICE PHONE NUMBER | | PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| 390 | 1B | T TRF MKT | 508-830-6900 | | | 04 11 00 |
| | | 2 4 2 | | | | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

| AMOUNT |
|---|
| 24,323.54 |

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

1 03

A.G. Edwards & Sons, Inc.

*MEMBERS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJEC. TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|
| | ORGANOGENESIS INC | CUSIP NUMBER | 04 14 00 | 04 19 00 |
| | ** DISCOUNT 35% | 685906109 | | |
| | ** PFD RATE | SYMBOL | PLEASE PAY OR DELIVER BY THIS DATE | AMOUNT |
| | | ORG | PAYMENT | 9,794.75 |

| BOUGHT | | | | | | |
|---|---|---|---|---|---|---|
| YOU | PRICE | | | | |
| ACCOUNT NUMBER | 9 5/8 | | | | |

**YOU**

| BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | |
|---|---|---|---|---|
| | 1,000 | 9 5/8 | ORGANOGENESIS INC | CUSIP NUMBER |
| | | | | 685906109 |

RICHARD J MADIGAN
334

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PRINCIP-L | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | |
|---|---|---|---|---|---|---|
| 9,625.00 | | | 165.75 | 4.00 | | 9,794.75 |

UNSOLICITED

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 390 | 1 | 4 | 2 | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ►

| | SETTLEMENT DATE |
|---|---|
| | 04 19 00 |
| AMOUNT | |
| | 9,794.75 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH          MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

REDACTED

X

H 21

A.G. Edwards & Sons, Inc.
INVESTORS SINCE 1887

ONE NORTH JEFFERSON     ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CC- RM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | SECURITY DESCRIPTION |
|---|---|---|
| YOU | | ORGANOGENESIS INC |
| | | **DISCOUNT 35% |
| | | ** PFD RATE |

| | QUANTITY | | | | | | | | PRICE |
|---|---|---|---|---|---|---|---|---|---|
| SOLD | 1,000 | | | | | | | | 13 1/2 |

| ACCOUNT NUMBER | 15 | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | | 508-830-6900 |

RICHARD J MADIGAN
ROAD
36-1334

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | | | TRADE DATE | | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|
| | | | 07 | 21 | 00 | 07 | 26 | 00 |

| | CUSIP NUMBER |
|---|---|
| | 6859 06109 |
| | SYMBOL |
| | ORG |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 13,500.00 | | | 120.39 | .65 | | 13,379.16 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| | QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| SOLD | 1,000 | | 13 1/2 | ORGANOGENESIS INC | 6859 06109 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | | 508-830-6900 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE |
|---|---|
| | 07 | 26 | 00 |

| | AMOUNT |
|---|---|
| | 13,379.16 |

RICHARD J MADIGAN

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH     MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

E 11

**A.G. Edwards & Sons, Inc.**
INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 2,000 | 13 1/2 | ORGANOGENESIS INC | 685906109 |

ACCOUNT NUMBER    I B    T  TRF  MKT  OFFICE PHONE NUMBER
390    2  0    2    508-830-6900

** DISCOUNT 35%
** PFD RATE

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 07 21 00 | 07 26 00 |

SYMBOL  ORG

X    D 11

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

4

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 27,000.00 | | | 240.79 | .90 | 4.00 | 07 26 00    26,754.31 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 2,000 | 13 1/2 | ORGANOGENESIS INC | 685906109 |

ACCOUNT NUMBER    I B    T  TRF  MKT  OFFICE PHONE NUMBER
390    2  0    2    508-830-6900

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

PLEASE PAY FOR PURCHASE OF
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE |
|---|
| 07 26 00 |

AMOUNT
26,754.31

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED