# EXHIBIT C

## PART II

A.G. Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| | 07 21 00 | 07 26 00 |

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%
** PFD RATE

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN
334

| YOU | QUANTITY | | | | | | PRICE |
|---|---|---|---|---|---|---|---|
| SOLD | 1,000 | | | | | | 13 5/8 |

| ACCOUNT NUMBER | | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 677 040-882 | 390 | 1B | T | TRF | MKT | 2 0 2 | 508-830-6900 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | |
|---|---|---|---|---|---|---|
| 13,625.00 | | | 121.51 | .46 | | PLEASE PAY OR DELIVER BY THIS DATE |

SECURITY DESCRIPTION

ORGANOGENESIS INC

| CUSIP NUMBER |
|---|
| 685906109 |

RETAIN THIS COPY FOR YOUR TRX RECORDS

| AMOUNT |
|---|
| 13,503.03 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| YOU | QUANTITY | PRICE |
|---|---|---|
| SOLD | 1,000 | 13 5/8 |

| ACCOUNT NUMBER | | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 390 | 1B | T | TRF | MKT | 2 0 2 | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

□ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 07 26 00 |

| AMOUNT |
|---|
| 13,503.03 |

A.G. EDWARDS & SONS, INC.
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

REDACTED

X

G 11

*A.G. Edwards & Sons, Inc.*
INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | | SECURITY DESCRIPTION |
|---|---|---|---|

ORGANOGENESIS INC

**DISCOUNT 35%**
** PFD RATE

| | | | | CUSIP NUMBER |
|---|---|---|---|---|
| | | | | 685906109 |
| | | | | SYMBOL |
| | | | | ORG |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 07 21 00 | 07 26 00 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

'D
34

| ACCOUNT NUMBER | | | OFFICE PHONE NUMBER |
|---|---|---|---|
| SOLD | 390 | 2 0 2 | 508-830-6900 |
| YOU 1,000 | | | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 13,562.50 | | | 120.95 | .65 | | 13,441.10 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| SOLD 1,000 | 13 9/16 | ORGANOGENESIS INC | 685906109 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE | |
|---|---|
| 07 26 00 | |
| AMOUNT | |
| 13,441.10 | |

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| SOLD | 390 | 1B | 2 0 2 | 508-830-6900 |
| YOU | 1,000 | | | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

**REDACTED**

X

F 11

*A.G. Edwards & Sons, Inc.*
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON                    ST. LOUIS, MISSOURI 63103 (314) .5.-3LJO

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| | | | | ORGANOGENESIS INC | | 685906109 |
| | | | | *DISCOUNT 35% | | SYMBOL |
| | | | | ** PFD RATE | | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN
AD
1334

| | | | | | | | TRADE DATE | | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 08 | 03 00 | 08 08 | 00 |

| SOLD | QUANTITY | | | | PRICE | | |
|---|---|---|---|---|---|---|---|
| | 1,100 | | | | 13 3/8 | | |

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER | | |
|---|---|---|---|---|---|---|
| 390 | 2 0 2 | | | 508-830-6900 | | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE PLEASE PAY OR DELIVER BY THIS DATE | AMOUNT |
|---|---|---|---|---|---|---|
| 14,712.50 | | | 132.39 | .49 | | 14,579.62 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| SOLD | QUANTITY | | | PRICE | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| | 1,100 | | | 13 3/8 | | ORGANOGENESIS INC | | 685906109 |

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER | | |
|---|---|---|---|---|---|---|
| 390 | 2 0 2 | | | 508-830-6900 | | |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE | |
|---|---|---|
| | 08 08 | 00 |

| AMOUNT |
|---|
| 14,579.62 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

N 20

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

RICHARD J MADIGAN

ORGANOGENESIS INC
*DISCOUNT 35%
** PFD RATE

SECURITY DESCRIPTION

| CUSIP NUMBER | 685906109 |
| SYMBOL | ORG |

| TRADE DATE | SETTLEMENT DATE |
| 08 03 00 | 08 08 00 |

| YOU | QUANTITY | ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
| SOLD | 3,900 | 390 | 2 0 2 | 508-830-6900 |

PRICE
13 5/16

**PRINCIPAL** 51,918.75

| STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
| | | 467.21 | 1.74 | 4.00 |

PLEASE PAY OR DELIVER BY THIS DATE
AMOUNT  51,445.80

RETURN THIS COPY FOR YOUR TAX RECORDS

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
| SOLD | 3,900 | 13 5/16 | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
| 390 | 2 0 2 | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▸

| SETTLEMENT DATE | 08 08 00 |
| AMOUNT | 51,445.80 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED



A.G. Edwards & Sons, Inc.
INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | | | | |
|---|---|---|---|---|---|
| **SOLD** | | | | SECURITY DESCRIPTION: | |
| **YOU** | QUANTITY | | | PRICE | |
| | 2,000 | | | 14 1/2 | ORGANOGENESIS INC |
| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER | | *DISCOUNT 35% |
| | 390 | 2 0 2 | 508-830-6900 | | ** PFD RATE |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | | |
|---|---|---|
| | CUSIP NUMBER | 68590G109 |
| | SYMBOL | ORG |

RICHARD J MADIGAN
AD
1334

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 08 04 00 | 08 09 00 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC. FEE | TRANSACTION CHARGE | PLEASE PAY OR RECEIVE BY THE DATE AMOUNT |
|---|---|---|---|---|---|---|
| 29,000.00 | | | 350.09 | .97 | 4.00 | 28,644.94 |

| | | | |
|---|---|---|---|
| **SOLD** | QUANTITY | PRICE | SECURITY DESCRIPTION |
| **YOU** | 2,000 | 14 1/2 | ORGANOGENESIS INC |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| CUSIP NUMBER |
|---|
| 68590G109 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | IB | T TRF MKT | OFFICE PHONE NUMBER |
|---|---|---|---|
| | 390 | 2 0 2 | 508-830-6900 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 08 09 00 |

| AMOUNT |
|---|
| 28,644.94 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH       MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

J 15

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

ORGANOGENESIS INC
**DISCOUNT 35%
** PFD RATE

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 08 11 00 | 08 16 00 |

CUSIP NUMBER: 685906109
SYMBOL: ORG

RICHARD J MADIGAN
1334

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | 1 0 | 2 | 508-830-6900 | |

14 13/16
PAI.

| SOLD | QUANTITY | | | | |
|---|---|---|---|---|---|
| | 1,000 | 1B | T | TRF MKT | 508-830-6900 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PROCESSING CHARGES | PLEASE PAY OR DELIVER BY THIS DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 14,812.50 | | | 212.96 | .50 | .00 | 14,595.04 | |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| | 1,000 | 14 13/16 | ORGANOGENESIS INC | 685906109 |

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 08 16 00 | 14,595.04 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH        MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

UNLESS INSTRUCTED, PLEASE REFER TO YOUR ACCOUNT NUMBER

REDACTED

X

C 21

A.G. Edwards & Sons, Inc.

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

MEMBERS SIPC / NYSE

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|
| | 2,000 | 14 7/8 | ORGANOGENESIS INC | | 6859061J9 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | ** DISCOUNT 35% | SYMBOL |
|---|---|---|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 | | ** PFD RATE | ORG |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 09 13 00 | 09 18 00 |

RICHARD J MADIGAN
JAD
-1334

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 29,750.00 | | | 354.67 | 1.00 | 4.00 | 29,390.33 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS.

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| | 2,000 | 14 7/8 | ORGANOGENESIS INC | 6859061J9 |

YOU

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| | SETTLEMENT DATE |
|---|---|
| | 09 18 00 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 | | | 29,390.33 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

A.G.Edwards & Sons, Inc.

MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

**ORGANOGENESIS INC**
**DISCOUNT 35%**
**PFD RATE**

SECURITY DESCRIPTION

| C'SIP NUMBER | 685906109 |
| SYMBOL | |
| ORG | |

RICHARD J MADIGAN

| YOU | QUANTITY | | | | | PRICE |
| SOLD | 830 | | | | | 14 7/8 |

ACCOUNT NUMBER

| | 18 | T | TRF | MKT | OFFICE PHONE NUMBER |
| | 390 | 2 | 0 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
| 11,900.00 | | | 155.41 | .40  4.00 | |

| TRADE DATE | SETTLEMENT DATE |
| 09 15 00  09 20 00 | |

| PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
| 11,740.19 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

RICHARD J MADIGAN

| YOU | QUANTITY | | PRICE |
| SOLD | 830 | | 14 7/8 |

SECURITY DESCRIPTION

ORGANOGENESIS INC

| CUSIP NUMBER |
| 685906109 |

ACCOUNT NUMBER

| | 18 | T | TRF | MKT | OFFICE PHONE NUMBER |
| | 390 | 2 | 0 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE

| SETTLEMENT DATE |
| 09 20 00 |

| AMOUNT |
| 11,740.19 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH        MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

**REDACTED**

X

F 07

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON          ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| TRADE DATE | SETTLEMENT DATE | CUSIP NUMBER |
|---|---|---|
| 09 15 00 | 09 20 00 | 685906109 |

SYMBOL

ORG

**WE** SOLD

ORGANOGENESIS INC
**DISCOUNT 35%**
PFD RATE

| ACCOUNT NUMBER | QUANTITY | | | | PRICE | SECURITY DESCRIPTION |
|---|---|---|---|---|---|---|
| | IB | T | TRF | MKT | | |
| 390 | 700 | 2 | 0 | 2 | 15 | |

OFFICE PHONE NUMBER
508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| PLEASE PAY OR DELIVER BY THIS DATE | AMOUNT |
|---|---|
| 09 20 00 | 10,362.52 |

RICHARD J MADIGAN

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| 10,500.00 | | | 137.13 | .35 | | ORGANOGENESIS INC | 685906109 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR IF FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

**WE** SOLD

| ACCOUNT NUMBER | QUANTITY | | | | PRICE | SECURITY DESCRIPTION |
|---|---|---|---|---|---|---|
| | IB | T | TRF | MKT | | |
| 390 | 700 | 2 | 0 | 2 | 15 | |

OFFICE PHONE NUMBER
508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

| PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE | SETTLEMENT DATE | AMOUNT |
|---|---|---|
| | 09 20 00 | 10,362.52 |

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

G 07

A.G. Edwards & Sons, Inc.

INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENTS ON THE
REVERSE SIDE.

CUSIP NUMBER    685906109

SYMBOL    ORG

| SOLD | ACCOUNT NUMBER | PRICE | SECURITY DESCRIPTION |
|------|----------------|-------|----------------------|
| 1,000 | 390 2 0 2 508-830-6900 | 13 3/4 | ORGANOGENESIS INC |

**DISCOUNT- 35%**
** PFT RATE

PRINCIPAL    13,750.00

STATE TAX

ACCRUED INTEREST

COMMISSION    170.46

SEC. FEE    .46

TRANSACTION CHARGE

TRADE DATE    09 20 00

SETTLEMENT DATE    09 25 00

PLEASE PAY OR RECEIVE BY THIS DATE
AMOUNT    13,579.08

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION |
|------|----------|-------|----------------------|
| | 1,000 | 13 3/4 | ORGANOGENESIS INC |

CUSIP NUMBER    685906109

RICHARD J MADIGAN
334

ACCOUNT NUMBER    390 2 0 2 MKT/OFFICE PHONE NUMBER 508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ►    09 25 00

SETTLEMENT DATE

AMOUNT    13,579.08

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X    C 22

A.G. Edwards & Sons, Inc.
INCORPORATED SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SOLD | | | | | | SECURITY DESCRIPTION | | TRADE DATE | SETTLEMENT DATE |
|------|--|--|--|--|--|---------------------|--|------------|-----------------|
| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | ORGANOGENESIS INC | | 09 20 00 | 09 25 00 |

PRICE

| | | | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|--|--|--|--|--------------------|--|--------------|
| 390 | 2 0 | 2 | 508-830-6900 | 13 5/4 | ** DISCOUNT 35% | 685906109 |
| | | | | ** PFD RATE | |

RICHARD J MADIGAN

** PLEASE REFER TO YOUR ACCOUNT NUMBER.

| SOLD | | | | | ORGANOGENESIS INC | SYMBOL |
|------|--|--|--|--|-------------------|--------|
| QUANTITY | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC. FEE | | ORG |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| YOU | | | | | PRICE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|-----|--|--|--|--|-------|-------------------|-------------------------------------------|
| 1,000 | | | | | 13 3/4 | 4.00 | 13,575.08 |

PRINCIPAL

| 13,750.00 | 170.46 | .46 |
|-----------|--------|-----|

RETAIN THIS COPY FOR YOUR TAX RECORDS.

| SOLD | | | | | SECURITY DESCRIPTION | CUSIP NUMBER |
|------|--|--|--|--|---------------------|--------------|
| 1,000 | | | | | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | PLEASE PAY FOR PURCHASE OR | SETTLEMENT DATE |
|----------------|----|---|-----|-----|---------------------|--|----------------------------|-----------------|
| 390 | 2 0 | 2 | 508-830-6900 | | | DELIVER SECURITIES SOLD BY THIS DATE ▶ | 09 25 00 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | AMOUNT |
|--|--------|
| | 13,575.08 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, & 'E SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

RI[...] J MADIGAN

4

REDACTED

X

B 22

A.G. Edwards & Sons, Inc.

ONE NORTH JEFFERSON,    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION:

ORGANOGENESIS INC
* DISCOUNT    35%
** PFD RATE

| CUSIP NUMBER |
| --- |
| 685906109 |

SYMBOL: ORG

| SOLD | ACCOUNT NUMBER | IR | TRF | MKT | OFFICE PHONE NUMBER | PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 1,000 | 390 | 2 | 0 | 2 | 508-830-6900 | 14.52 |

RICHARD J MADIGAN

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 14,520.00 | | | 210.29 | .49 | 4.00 | |

| TRADE DATE | SETTLEMENT DATE |
| --- | --- |
| 09 29 00 | 10 04 00 |

RETURN THIS PORTION WITH YOUR REMITTANCE IF OUR OFFICE IF ALREADY PAID OR FUNDS, SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS.

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
| --- | --- | --- | --- | --- |
| 1,000 | | 14.52 | ORGANOGENESIS INC | 685906109 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | IR | TRF | MKT | OFFICE PHONE NUMBER |
| --- | --- | --- | --- | --- |
| 390 | 2 | 0 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE | AMOUNT |
| --- | --- |
| 10 04 00 | 14,305.22 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

K 02

## A.G. Edwards & Sons, Inc.

MEMBER SINCE 1887

ONE NORTH JEFFERSON        ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | | | | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | | ORGANOGENESIS INC | | 685906109 |
| | | | | | ** DISCOUNT   35% | | SYMBOL |
| | | | | | PFD RATE | | ORG |

| | | | | | | | TRADE DATE | | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10 | 02 00 | 10 05 | 00 |

**SOLD**

| ACCOUNT NUMBER | | | | | | PRICE |
|---|---|---|---|---|---|---|
| QUANTITY | | | | | | |
| 1,000 | 390 | 2 0 | I T | TRF MKT | 14 | OFFICE PHONE NUMBER **  ** |
| | | | | | | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 14,000.00 | | | 205.56 | .47 | 4.00 | 13,789.97 |
| | | | | | | 10 05 00 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

**SOLD**

| | QUANTITY | | | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| | 1,000 | | | | 14 | ORGANOGENESIS INC | 685906109 |

RICHARD J MADIGAN

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE | | AMOUNT |
|---|---|---|
| 10 05 | 00 | 13,789.97 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH        MA 02360

▲
CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

| ACCOUNT NUMBER | | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 390 | 2 0 | I T | TRF MKT | 2 | 508-830-6900 |

...ING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

Q 03

*A.G. Edwards & Sons, Inc.*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| ** DISCOUNT 35% | SYMBOL |
| ** PFD RATE | ORG |

| SOLD | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | | PRICE | | | |
| 390 | 1B | 1 | TRF | MKT | OFFICE PHONE NUMBER | | |

YOU

| QUANTITY | PRICE |
|---|---|
| 2,000 | 12.05 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

334

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 24,100.00 | | | 320.15 | .81 | 4.00 | | 23,775.04 |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 10 12 00 | 10 17 00 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |

SOLD

| QUANTITY | PRICE |
|---|---|
| 2,000 | 12.05 |

SECURITIES SOLD BY THIS DATE ▶

| 10 17 00 |

YOU

| PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶ | AMOUNT |
|---|---|
| | 23,775.04 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | 1B | 1 | TRF MKT | 508-830-6900 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

▲
CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X

Q 11

REDACTED

A.G. Edwards & Sons, Inc.

*MEMBERS SINCE 1887*

ONE NORTH JEFFERSON  ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE PRESIDENT ON THE REVERSE SIDE.

| | QUANTITY | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|
| YOU | | | | | 685906109 |
| SOLD | 2,500 | 12.20 | ORGANOGENESIS INC | | SYMBOL |
| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | **DISCOUNT 35% | |
| | 390 | 2 | 0 | 2 | 508-830-6900 | ** PFD RATE | ORG |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN
AD
1334

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|
| 30,500.00 | | | 289.72 | 1.02 | | 10 17 00 | 10 20 00 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS.

PLEASE PAY OR DELIVER BY THIS DATE ► AMOUNT

30,209.26

| | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 2,500 | 12.20 | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA  02360

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 10 20 00 | 30,209.26 |

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS / SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X

E 20

REDACTED

A.G. Edwards & Sons, Inc.

MEMBERS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|
| YOU | QUANTITY | | ORGANOGENSIS INC | 685906109 |
| SC:D | 2,500 | | *DISCOUNT  35% | SYMBOL |
| ACCOUNT NUMBER | IB | T TRF MKT OFFICE PHONE NUMBER | ** PFD RATE | ORG |
| 390 | 2 0 2 | 508-830-6900 | | |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 10 17 00 | 10 20 00 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

4

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE |
|---|---|---|---|---|---|---|
| 30,250.00 | | | 287.36 | 1.01 | 4.00 | 29,957.63 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| | | | RETAIN THIS COPY FOR YOUR TAX RECORDS |
|---|---|---|---|
| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
| | 2,500 | 12.10 | ORGANOGENESIS INC | 685906109 |

YOU

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 10 20 00 |

| AMOUNT |
|---|
| 29,957.63 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | IB | T TRF MKT OFFICE PHONE NUMBER |
|---|---|---|
| 390. | 2 0 2 | 508-830-6900 |

: WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X

D 20

REDACTED

A.G. Edwards & Sons, Inc.

INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|
| | ORGANOGENESIS INC | | 685906109 |
| | ** DISCOUNT 35% | | SYMBOL |
| | ** PFD RATE | | ORG |

RICHARD J MADIGAN

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 01 03 01 | 01 08 01 |

BOUGHT

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 18 | 1 | TRF | MKT | 508-830-6900 |
| | 2 | 4 | 2 | | |

| QUANTITY | PRICE | TRANSACTION CHARGE |
|---|---|---|
| 1,250 | 8.36 | |

PLEASE PAY OR DELIVER BY THIS DATE  AMOUNT

| | | |
|---|---|---|
| | 10,612.46 | 01 08 01 |

PRINCIPAL

| PRINCIPAL | STATE TAX | ACCRUED INTEREST |
|---|---|---|
| 10,450.00 | | 8.36 |

UNSOLICITED

| COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|
| 158.46 | 4.00 | |

RETAIN THIS COPY FOR YOUR TAX RECORDS

10,612.46

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

YOU

| | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|
| | ORGANOGENESIS INC | | 685906109 |

BOUGHT

| QUANTITY | PRICE |
|---|---|
| 1,250 | 8.36 |

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 01 08 01 | 10,612.46 |

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 18 | 1 | TRF | MKT | 508-830-6900 |
| | 2 | 4 | 2 | | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X

J 08

REDACTED

A.G. Edwards & Sons, Inc.

INVESTORS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

RICHARD J MADIGAN

| | | | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| **YOU** | | | | ORGANOGENESIS INC | | 685906109 |
| BOUGHT | | | | **DISCOUNT** 35% | | SYMBOL |
| | | | | ** PFD RATE | | ORG |

| ACCOUNT NUMBER | | | | | PRICE | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 1,250 | 18 | T | TRF | MKT | 8.44 | 508-830-6900 |
| 390 | 2 | 4 | 2 | | | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | TRADE DATE | SETTLEMENT DATE |
|---|---|---|
| 01 | 03 01 01 | 01 08 01 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | |
|---|---|---|---|---|---|---|
| 10,550.00 | | | 159.97 | | | 10,709.97 |

UNSOLICITED

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| BOUGHT | 1,250 | 8.44 | ORGANOGENESIS INC | 685906109 |

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ▶

| | |
|---|---|
| SETTLEMENT DATE | 01 08 01 |
| AMOUNT | 10,709.97 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 18 | T | TRF | MKT | 508-830-6900 |
| | 2 | 4 | 2 | | |

S WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X

K 08

REDACTED

A.G. Edwards & Sons, Inc.
MEMBERS SINCE 1887

ONE NORTH JEFFERSON · ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%
** PFD RATE

| CUSIP NUMBER |
| --- |
| 685906109 |

SYMBOL: ORG

RICHARD J MADIGAN

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

**BOUGHT**

| | ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER | | | PRICE | UNSOLICITED | | | | TRADE DATE | | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| YOU | QUANTITY | | | | | | PRICE | | SECURITY DESCRIPTION | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BOUGHT | 2,500 | | | | | | 7.51 | | ORGANOGENESIS INC | | | |

ACCOUNT NUMBER: 390  24  2   OFFICE PHONE NUMBER: 508-830-6900

PRINCIPAL: 18,775.00

STATE TAX    ACCRUED INTEREST    COMMISSION: 300.53    SEC FEE: 4.00    TRANSACTION CHARGE

PLEASE PAY OR DELIVER BY THIS DATE    AMOUNT: 19,079.53

TRADE DATE: 01 09 01 01 12 01    SETTLEMENT DATE: 01 12 01

CUSIP NUMBER: 685906109

AMOUNT: 19,079.53

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

YOU    QUANTITY    PRICE    SECURITY DESCRIPTION
BOUGHT    2,500    7.51    ORGANOGENESIS INC

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE

ACCOUNT NUMBER: 390  24  2    OFFICE PHONE NUMBER: 508-830-6900

RICHARD J MADIGAN

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

REDACTED

X    K 09

# A.G. Edwards & Sons, Inc.

*MEMBER S.I.P.C. 1967*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| TRADE DATE | | SETTLEMENT DATE | |
|---|---|---|---|
| 02 | 27 | 01 03 | 02 01 |

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

X    P 17

## SOLD

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%
VS PURCHASE 4/6/00
** PFD RATE

| YOU | | | | | SECURITY DESCRIPTION |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | QUANTITY | PRICE | | | |
| 390 2 0 | 200 | 12.02 | | 508-830-6900 | |

| ACCOUNT NUMBER | | | | | | | | | PLEASE PAY OR DELIVER BY THIS DATE |
|---|---|---|---|---|---|---|---|---|---|
| 390 | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | | | AMOUNT |
| | 2 0 | 2 | | | 508-830-6900 | | | | 2,379.23 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 2,404.00 | | | 24.69 | .08 | | 2,379.23 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

C WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER.

RICHARD J MADIGAN
S                    D
H              334

---

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

## SOLD

| YOU | | | SECURITY DESCRIPTION |
|---|---|---|---|
| QUANTITY | PRICE | | |
| 200 | 12.02 | ORGANOGENESIS INC | ORGANOGENESIS INC |

| CUSIP NUMBER |
|---|
| 685906109 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 03 02 01 |

| AMOUNT |
|---|
| 2,379.23 |

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | IB | T | TRF | MKT | 508-830-6900 |
| | 2 0 | 2 | | | |

C WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER.

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

A.G. Edwards & Sons, Inc.

MEMBERS SINCE 1887

ONE NORTH JEFFERSON     ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 02 27 01 | 03 02 01 |

**SECURITY DESCRIPTION**

ORGANOGENESIS INC
DISCOUNT 3.5%
VS PURCHASE 4/6/00
** PFD RATE

| CUSIP NUMBER |
|---|
| 68590 6109 |

SYMBOL

ORG

| SOLD | ACCOUNT NUMBER | | | | | | | QUANTITY | | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| YOU | 390 | 1B | T | TRF | MKT | OFFICE PHONE NUMBER | | 1,800 | | 12.01 |
| | | | 2 | 0 | 2 | 508-830-6900 | ** | | | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE |
|---|---|---|---|---|---|---|
| 21,618.00 | | | 222.05 | .72 | 4.00 | 03 02 01 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| YOU | 1,800 | 12.01 | ORGANOGENESIS INC | 21,391.23 |

CUSIP NUMBER
68590 6109

RICHARD J MADIGAN

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE

| SETTLEMENT DATE |
|---|
| 03 02 01 |

AMOUNT

21,391.23

A.G.  EDWARDS & SONS,  INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH     MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

| ACCOUNT NUMBER | 1B | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | | 2 | 0 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

0 17

A.G. Edwards & Sons, Inc.
(MEMBERS SIPC 1887)

ONE NORTH JEFFERSON          ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION |
|---|
| ORGANOGENESIS INC |
| *DISCOUNT 35% |
| VS PURCHASE 4/5/00 |
| ** PFD RATE |

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

RICHARD J MADIGAN

: WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| SOLD | | | | | | PRICE |
|---|---|---|---|---|---|---|
| 2,000 | | | | | | 12.05 |

| ACCOUNT NUMBER | | T | TRF | MKT | OFFICE PHONE NUMBER | |
|---|---|---|---|---|---|---|
| 390 | 18 | 2 | 0 | 2 | 508-830-6900 | |

| TRADE DATE | | SETTLEMENT DATE | |
|---|---|---|---|
| 02 27 01 | | 03 02 01 | |

| PLEASE PAY OR DELIVER BY THIS DATE |
|---|

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|
| 24,100.00 | | | 247.55 | .81 | |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU | | | | |
|---|---|---|---|---|
| SOLD | | | | |

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| 2,000 | 12.05 | ORGANOGENESIS INC | 685906109 |

| | | | |
|---|---|---|---|
| | | | 23,851.64 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 03 02 01 |

| AMOUNT |
|---|

| ACCOUNT NUMBER | | T | TRF | MKT | OFFICE PHONE NUMBER | |
|---|---|---|---|---|---|---|
| 390 | 18 | 2 | 0 | 2 | 508-830-6900 | |

: WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

| AMOUNT |
|---|
| 23,851.64 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH          MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

Q 17

# A.G. Edwards & Sons, Inc.

ONE NORTH JEFFERSON

ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 03 15 01 | 03 20 01 |

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

SOLD
ACCOUNT NUMBER: 390 2 0 2 508-830-6900

| QUANTITY | PRICE | SECURITY DESCRIPTION |
|---|---|---|
| 1,000 | 9.99 | ORGANOGENESIS INC |
| | | DISCOUNT 35% |
| | | ** PFD RATE |

RICHARD J MADIGAN
S
M                                    ID
                                     :334

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 9,990.00 | | | 169.07 | .34 | 4.00 | 03 20 01 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.    RETAIN THIS COPY FOR YOUR TAX RECORDS

SOLD

| QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|
| 1,000 | 9.99 | ORGANOGENESIS INC | 685906109 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | TE | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | 2 0 | 2 | | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE |
|---|
| 03 20 01 |

| AMOUNT |
|---|
| 9,816.59 |

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

H 09

A.G. Edwards & Sons, Inc.

INCORPORATED SINCE 1887

ONE NORTH JEFFERSON        ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION

ORGANOGENESIS INC
**DISCOUNT  35%
**   PFD  RATE

| TRADE DATE | | | SETTLEMENT DATE | |
|---|---|---|---|---|
| 03 | 20 | 01 | 03 | 23 | 01 |

CUSIP NUMBER
6859 06109

SYMBOL
ORG

RICHARD J MADIGAN

**SOLD**

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 |

**YOU**

| QUANTITY | | PRICE |
|---|---|---|
| 3,000 | | 8.90 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER.

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 26,709.00 | | | 290.63 | .89 | 4.00 | 26,404.48 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

**YOU**

| QUANTITY | | PRICE |
|---|---|---|
| 3,000 | | 8.90 |

**SOLD**  ORGANOGENESIS INC

SECURITY DESCRIPTION

CUSIP NUMBER
6859 06109

RICHARD J MADIGAN

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| SETTLEMENT DATE | |
|---|---|
| 03 | 23 | 01 |

AMOUNT
26,404.48

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH   MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

H 06

# A.G. Edwards & Sons, Inc.
*MEMBERS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION |
|---|
| ORGANOGENESIS INC |
| *DISCOUNT 35%* |
| ** PFD RATE |

| CUSIP NUMBER |
|---|
| 685906109 |
| SYMBOL |
| ORG |

| TRADE DATE | | SETTLEMENT DATE |
|---|---|---|
| 03 | 20 | 01 | 03 | 23 | 01 |

**YOU SOLD**

| ACCOUNT NUMBER | | QUANTITY | | | | | | PRICE |
|---|---|---|---|---|---|---|---|---|
| 3,000 | 1B | 390 | 1B | T | TRF | MKT | OFFICE PHONE NUMBER | 9 |
| | | | | 2 | 0 | 2 | 508-830-6900 | 26,705.19 |

...ING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

34

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | | PLEASE PAY OR DELIVER BY THIS DATE |
|---|---|---|---|---|---|---|---|
| 27,000.00 | | | 293.91 | .90 | | | |

**YOU SOLD**

| QUANTITY | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| 3,000 | 9 | ORGANOGENESIS INC | | 685906109 |

26,705.19

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ►

| | SETTLEMENT DATE | |
|---|---|---|
| 03 | 23 | 01 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | 1B | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 390 | 2 | | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

▲ CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC.

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

| | AMOUNT |
|---|---|
| | 26,705.19 |

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

X    1 06

REDACTED



**A.G.Edwards & Sons, Inc.**
*INVESTMENTS SINCE 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

SOLD    YOU    WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

SECURITY DESCRIPTION
CUSIP NUMBER

| ACCOUNT NUMBER | QUANTITY | | | | PRICE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,500 | | | | 8.27 | | | | | | |
| | lb | T | TRF | MKT | OFFICE PHONE NUMBER | | | | | | |
| | 390 | 2 | 0 | 2 | 508-830-6900 | | | | | | |

O'JANOGENE IS INC
**DISCOUNT 35%
** PFD RATE

| | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|
| | | | 03 | 28 | 01 | 04 | 02 | 01 |

ORG

:: WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN
4D
1334

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | PLEASE PAY OR DELIVER BY THIS DATE AMOUNT |
|---|---|---|---|---|---|---|
| 12,405.00 | | | 208.11 | .42 | 4.00 | 12,192.47 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE. IF ALREADY PAID OR FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

RETAIN THIS COPY FOR YOUR TAX RECORDS

| SOLD | YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|
| | 1,500 | | 8.27 | ORGANOGENESIS INC | 68590610 9 |

| ACCOUNT NUMBER | | | | OFFICE PHONE NUMBER | SETTLEMENT DATE |
|---|---|---|---|---|---|
| | 390 | 2 | 0 | 2 | 508-830-6900 | 04 | 02 | 01 |

S WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES SOLD BY THIS DATE ►

| AMOUNT |
|---|
| 12,192.47 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

**REDACTED**

X

G 04

**A.G. Edwards & Sons, Inc.**
*MEMBER SIPC 1887*

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103 (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 06 29 01 | 07 05 01 |

| CUSIP NUMBER |
|---|
| 6859061109 |

| SYMBOL |
|---|
| ORG |

SECURITY DESCRIPTION

ORGANOGENESIS INC
**DISCOUNT 35%
PFD RATE

| BOUGHT | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | | | | I | MKT | OFFICE PHONE NUMBER |
| | 3 | | 24 | 2 | | 508-830-6900 |

QUANTITY    PRICE

7.75

G WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN
AD
1334

RETAIN THIS COPY FOR YOUR TAX RECORDS

PLEASE PAY OR DELIVER BY THIS DATE ▶

| AMOUNT |
|---|
| 9,060.77 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE |
|---|---|---|---|---|---|
| 8,912.50 | | | 164.27 | 4.00 | |

SECURITY DESCRIPTION

ORGANOGENESIS INC

| CUSIP NUMBER |
|---|
| 6859061109 |

RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE, IF ALREADY PAID OR IF FUNDS/SECURITIES SOLD BY ACCOUNT, PLEASE DISREGARD.

| BOUGHT | | |
|---|---|---|
| YOU | QUANTITY | PRICE |
| | 1,150 | 7.75 |

PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES SOLD BY THIS DATE ▶

| SETTLEMENT DATE |
|---|
| 07 05 01 |

| AMOUNT |
|---|
| 9,060.77 |

| ACCOUNT NUMBER | | I B | I | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | | 390 | 2 4 | 2 | | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC, AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE.

REDACTED

X

I 17

A.G.Edwards & Sons, Inc.    ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

INVESTMENTS SINCE 1887

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| YOU SOLD | QUANTITY | | | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| | 500 | | | 9.05 | ORGANOGENESIS INC | | 685906109 |
| | | | | | *DISCOUNT  35% | | SYMBOL |
| | | | | | **  PFD RATE | | ORG |

ACCOUNT NUMBER

| | IB | T | TRF | MKT | OFFICE PHONE NUMBER | |
|---|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 | |

-Ω WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN
ROAD
5-1334

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | | | | TRADE DATE | | | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4,525.00 | | 9.05 | 69.41 | .15 | | | | | 08 | 10 | 01 | 08 | 15 | 01 |

| YOU SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | | CUSIP NUMBER | AMOUNT |
|---|---|---|---|---|---|---|
| | 500 | 9.05 | ORGANOGENESIS INC | | 685906109 | 4,455.44 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

ACCOUNT NUMBER

| | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 |

-Ω WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | AMOUNT |
|---|---|---|
| 08 | 15 | 01 | 4,455.44 |

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2 7 2
2 0

x

REDACTED



**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | QUANTITY | | | | | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| YOU SOLD | 1,500 | | | | | 9 | ORGANOGENESIS INC | 685906109 |

*DISCOUNT    35%
**      PFD RATE

SYMBOL: ORG

| ACCOUNT NUMBER | | | | | OFFICE PHONE NUMBER | | | |
|---|---|---|---|---|---|---|---|---|
| 390 | IB | 2 | TRF | MKT | 0 | 2 | 508-830-6900 | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

34

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 13,500.00 | | | 207.07 | .46 | 4.00 | 13,288.47 |

| | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|
| | 08 | 10 | 01 | 08 | 15 | 01 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 1,500 | 9 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|---|
| | 08 | 15 | 01 | 13,288.47 |

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

| ACCOUNT NUMBER | | | | | | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 390 | IB | 2 | 0 | 2 | | 508-830-6900 |

G WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2
7
1

X

**REDACTED**



A.G. Edwards & Sons, Inc.    ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| *DISCOUNT 35% | SYMBOL |
| ** PFD RATE | ORG |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| ACCOUNT NUMBER | IB | T | TBF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 |

| YOU | | QUANTITY | PRICE |
|---|---|---|---|
| SOLD | | 350 | 8.70 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | ☑ TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 3,045.00 | | | 41.48 | .10 | 4.00 | 2,999.42 |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 08 | 14 | 01 | 08 | 17 | 01 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| SOLD | 350 | 8.70 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR YOUR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|---|
| ▶ | 08 | 17 | 01 | 2,999.42 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | IB | T | TBF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST   SUITE C-210
PLYMOUTH    MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1 5 4
X

REDACTED

**A.G.Edwards & Sons, Inc.**  MEMBERS SIPC•NYSE    ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| *DISCOUNT 35% | SYMBOL |
| **  PFD  RATE | ORG |

| ACCOUNT NUMBER | IB | | I.T. | TYPE | MKT | OFFICE PHONE NUMBER | | | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 | | | | 08 | 14 | 01 | 08 | 17 | 01 |

RICHARD  J  MADIGAN

| YOU SOLD | QUANTITY | PRICE |
|---|---|---|
| | 1,500 | 8.72 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL AMOUNT |
|---|---|---|---|---|---|
| ·13,080.00 | | | 178.18 | .44 | 12,901.38 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

| YOU SOLD | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| | 1,500 | 8.72 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RICHARD  J  MADIGAN

| ACCOUNT NUMBER | IB | | I.T. | TYPE | MKT | OFFICE PHONE NUMBER | | |
|---|---|---|---|---|---|---|---|---|
| 390 | 2 | 0 | 2 | 508-830-6900 | | |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 08 | 17 | 01 | 12,901.38 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH        MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

*A.G.Edwards & Sons, Inc.*  INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| SECURITY DESCRIPTION |
|---|
| ORGANOGENESIS INC |
| *DISCOUNT 35% |
| ** PFD RATE |

| CUSIP NUMBER | 68590609 |
|---|---|
| SYMBOL | ORG |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 08 | 14 | 01 | 08 | 17 | 01 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | | | | | | T | TR | F | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| | IB | 390 | 2 | 0 | 2 | | | | | 508-830-6900 |

| | QUANTITY | | PRICE | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| YOU SOLD | 1,500 | | 8.72 | | ORGANOGENESIS INC | | 685906109 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | PRINCIPAL AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|
| 13,080.00 | | | 178.19 | .44 | | 12,901.37 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|---|
| | 08 | 17 | 01 | 12,901.37 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

156

REDACTED



REDACTED



A.G. Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

CUSIP NUMBER: 685906109
SYMBOL: ORG

SECURITY DESCRIPTION
ORGANOGENESIS INC
*DISCOUNT 35%
** PFD RATE

| YOU BOUGHT | QUANTITY | PRICE | | |
|---|---|---|---|---|
| | 500 | 5.14 | | |

| ACCOUNT NUMBER | | | | T | TBF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | 390 | 2 | 4 | 2 | | | 508-830-6900 |

RICHARD J MADIGAN
UD
334

WHEN ... NG WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| YOU BOUGHT | QUANTITY | | | | |
|---|---|---|---|---|---|
| | 500 | | | | |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE |
|---|---|---|---|---|---|
| 2,570.00 | | | 5.14 | 62.02 | 4.00 |

UNSOLICITED

ORGANOGENESIS INC

| TRADE DATE | | | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|---|
| 10 | 10 | 01 | 10 15 01 | 2,636.02 |

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| ACCOUNT NUMBER | | | T | TBF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| 390 | 2 | 4 | 2 | | | 508-830-6900 |

WHEN ... NG WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | AMOUNT |
|---|---|
| 10 15 01 | 2,636.02 |

A. G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2 1 4
3

X

REDACTED

# A.G.Edwards & Sons, Inc.

INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|
| ORGANOGENESIS INC | 685906109 |
| *DISCOUNT 35% | SYMBOL |
| ** PFD RATE | ORG |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 10 | 10 | 01 | 10 | 15 | 01 |

WHEN COMMUNICATING WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER.

RICHARD J MADIGAN
ROAD
6-1334

| ACCOUNT NUMBER | | 1 T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 390 | | 2 | 4 | 2 | 508-830-6900 |

UNSOLICITED

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2,630.00 | | 5.26 | 63.46 | | 2,693.46 | |

| YOU BOUGHT | QUANTITY | | PRICE |
|---|---|---|---|
| | 500 | | 5.26 |

SECURITY DESCRIPTION

ORGANOGENESIS INC    685906109

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU BOUGHT | QUANTITY | PRICE |
|---|---|---|
| | 500 | 5.26 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 10 | 15 | 01 | 2,693.46 |

| ACCOUNT NUMBER | | IB | | 1 T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| 390 | | | | 2 | 4 | 2 | 508-830-6900 |

⑬ WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J. MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED



**A.G.Edwards & Sons, Inc.** MEMBERS SINCE 1887  ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| CUSIP NUMBER |
|---|
| 685906109 |

| SYMBOL |
|---|
| ORG |

SECURITY DESCRIPTION

ORGANOGENESIS INC
*DISCOUNT 35%*
** PFD RATE

| YOU | QUANTITY | PRICE |
|---|---|---|
| BOUGHT | 1,080 | 5.55 |

ACCOUNT NUMBER    390   2 4 2   OFFICE PHONE NUMBER   508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION AMOUNT |
|---|---|---|---|---|---|
| 5,994.00 | | 5.55 | 135.30 | 4.00 | 6,133.30 |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 11 | 30 | 01 | 12 | 05 | 01 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

SECURITY DESCRIPTION

ORGANOGENESIS INC

| CUSIP NUMBER |
|---|
| 685906109 |

| YOU | QUANTITY | PRICE |
|---|---|---|
| BOUGHT | 1,080 | 5.55 |

ACCOUNT NUMBER    390   2 4 2   OFFICE PHONE NUMBER   508-830-6900

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | |
|---|---|---|
| 12 | 05 | 01 |

| AMOUNT |
|---|
| 6,133.30 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH        MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2
3
6

x

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| | 225 | 2 | 4 | 2 | 508-830-6900 | ORGANOGENESIS INC | 685906109 |

| YOU BOUGHT | QUANTITY | PRICE | | SYMBOL |
|---|---|---|---|---|
| | 3,000 | 1.56 | | ORG |

RICHARD J MADIGAN

D
334

| YOU BOUGHT | QUANTITY | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | | TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3,000 | | | | | | 03 | 07 | 02 | 03 | 12 | 02 |

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | PRICE | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4,680.00 | | 1.56 | | 234.00 | 4.00 | | 4,918.00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

SECURITY DESCRIPTION
ORGANOGENESIS INC

CUSIP NUMBER
685906109

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | |
|---|---|---|
| 03 | 12 | 02 |

| AMOUNT |
|---|
| 4,918.00 |

WHEN      IB WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| | 225 | 2 | 4 | 2 | 508-830-6900 |

IB WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

1
9
8
3

X

REDACTED

**A.G.Edwards & Sons, Inc.** INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST. LOUIS, MISSOURI 63103    (314) 955-3000

SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

RICHARD J MADIGAN

| | QUANTITY | | PRICE | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|
| YOU BOUGHT | 3,000 | | 1.59 | | ORGANOGENESIS INC | | 685906109 |

| ACCOUNT NUMBER | | IR | | T | TRF | MKT | OFFICE PHONE NUMBER | | | SYMBOL |
|---|---|---|---|---|---|---|---|---|---|---|
| | 225 | | 2 | 4 | 2 | 508-830-6900 | | | ORG |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

| | | | | | | TRADE DATE | | | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 03 | 07 | 02 | 03 | 12 | 02 |

X    1 9 8 4

---

RICHARD J MADIGAN

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

RETAIN THIS COPY FOR YOUR TAX RECORDS

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | SECURITY DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4,770.00 | | | 238.50 | | ORGANOGENESIS INC | | 5,008.50 |

| | QUANTITY | | PRICE | | | CUSIP NUMBER | |
|---|---|---|---|---|---|---|---|
| YOU BOUGHT | 3,000 | | 1.59 | | | 685906109 | |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| | | | | | | SETTLEMENT DATE |
|---|---|---|---|---|---|---|
| | | | | | | 03 | 12 | 02 |

| | | AMOUNT |
|---|---|---|
| | | 5,008.50 |

| ACCOUNT NUMBER | | IR | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| | 225 | | 2 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA   02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.

| | QUANTITY | | PRICE | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 2,000 | | 1.44 | | ORGANOGENESIS INC | 685906109 |

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER | | | SYMBOL |
|---|---|---|---|---|---|---|---|---|
| 225 | 2 | 4 | 2 | 508-830-6900 | | | | ORG |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 03 | 08 | 02 | 03 | 13 | 02 |

WHEN ............. WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

34

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSFER CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 2,880.00 | | | 144.00 | 4.00 | | 3,028.00 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| | QUANTITY | | PRICE | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 2,000 | | 1.44 | | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT
ALREADY IN YOUR ACCOUNT,
PLEASE PAY FOR PURCHASE OR
DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | |
|---|---|---|
| 03 | 13 | 02 |

| AMOUNT |
|---|
| 3,028.00 |

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH      MA  02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC. AND SENT TO THIS ADDRESS

RICHARD J MADIGAN

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 2 | 4 | 2 | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

☐  IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2 1 9

REDACTED

**A.G.Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887

ONE NORTH JEFFERSON   ST. LOUIS, MISSOURI 63103   (314) 955-3000

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| | | | | | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ORGANOGENESIS INC | | 685906109 |
| | | | | | | | | SYMBOL |
| | | | | | | | | ORG |

| ACCOUNT NUMBER | IB | | T | TRF | MKT | OFFICE PHONE NUMBER | | TRADE DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 | | 05 | 14 | 02 | 05 |

| YOU | QUANTITY | | | PRICE | | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 5,000 | | | .71 | | ORGANOGENESIS INC | | |

⊠ WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RETAIN THIS COPY FOR YOUR TAX RECORDS

RICHARD J MADIGAN

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 3,550.00 | | | 177.50 | 4.00 | | 3,731.50 |

UNSOLICITED

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| YOU | QUANTITY | | | PRICE | | SECURITY DESCRIPTION | | CUSIP NUMBER |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 5,000 | | | .71 | | ORGANOGENESIS INC | | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR YOUR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| | SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|---|
| ► | 05 | 17 | 02 | 3,731.50 |

RICHARD J MADIGAN

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH        MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

| ACCOUNT NUMBER | IB | | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|---|
| | 225 | 1 | 4 | 2 | 508-830-6900 |

⊠ WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

REDACTED

**A.G.Edwards & Sons, Inc.**
*INVESTMENTS SINCE 1887*

ONE NORTH JEFFERSON    ST LOUIS, MISSOURI 63103    (314) 955-3000    SIPC

WE CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE

| ACCOUNT NUMBER | | | | | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|---|---|
| 225 | IB | 1 | 4 | 2 | ORGANOGENESIS INC | 685906109 |

| QUANTITY | PRICE | | OFFICE PHONE NUMBER | | SYMBOL |
|---|---|---|---|---|---|
| 5,000 | .83 | | 508-830-6900 | | ORG |

G WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

RICHARD J MADIGAN

UNSOLICITED

| PRINCIPAL | STATE TAX | ACCRUED INTEREST | COMMISSION | SEC FEE | TRANSACTION CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| 4,150.00 | | | 207.50 | 4.00 | | 4,361.50 |

| TRADE DATE | | | SETTLEMENT DATE | | |
|---|---|---|---|---|---|
| 05 | 15 | 02 | 05 | 20 | 02 |

RETAIN THIS COPY FOR YOUR TAX RECORDS

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO OUR LOCAL OFFICE

| BOUGHT | QUANTITY | PRICE | SECURITY DESCRIPTION | CUSIP NUMBER |
|---|---|---|---|---|
| 5,000 | | .83 | ORGANOGENESIS INC | 685906109 |

IF MONEY OR SECURITIES ARE NOT ALREADY IN YOUR ACCOUNT, PLEASE PAY FOR PURCHASE OR DELIVER SECURITIES BY THIS DATE

| SETTLEMENT DATE | | | AMOUNT |
|---|---|---|---|
| 05 | 20 | 02 | 4,361.50 |

RICHARD J MADIGAN

| ACCOUNT NUMBER | IB | T | TRF | MKT | OFFICE PHONE NUMBER |
|---|---|---|---|---|---|
| 225 | 1 | 4 | 2 | | 508-830-6900 |

WITH US PLEASE REFER TO YOUR ACCOUNT NUMBER

A.G. EDWARDS & SONS, INC
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH    MA 02360

CHECKS SHOULD BE MADE PAYABLE TO
A.G. EDWARDS & SONS, INC AND SENT TO THIS ADDRESS

☐ IF CHANGE OF ADDRESS REQUIRED, PLEASE CHECK HERE AND COMPLETE REVERSE SIDE

2 6 2 4

X

**REDACTED**

| RICHARD J MADIGAN |
FINANCIAL CONSULTANT: JOHN BOWIE | (508) 830-6900  (800) 807-3880

# A.G.Edwards & Sons, Inc.
### INVESTMENTS SINCE 1887
Member SIPC

ACCOUNT #:

FOR THE PERIOD: *February 24, 2001 – March 30, 2001*

## WELCOME TO YOUR ULTRAASSET ACCOUNT

AI COPY

Dear Client:

A.G. Edwards is proud to introduce our new client statement enhancements include a Portfolio At-A-Glance section, a new Equity Defined Portfolios category, an expanded Retirement Account Summary section, an expanded Cash Flow section and symbols for most stocks and mutual funds in the portfolio.

The new Portfolio At-A-Glance section features a pie chart broken down by asset class, a total dollar amount of investments in each asset class, a numeric representation of that asset class's percentage for both the end of the previous period and the end of the current period, net change in each asset class, and more. Contact me with questions about your statement.

Sincerely,

**JOHN BOWIE**
*Financial Consultant*
*A. G. Edwards & Sons, Inc.*

## YOUR STATEMENT INCLUDES THE FOLLOWING:



Portfolio At-A-Glance
Cash Flow Summary
Income Summary
Portfolio Holdings
Activity Detail
Income Detail

Deposits/Transfers In
Gain/Loss Summary
Trades Settling After

## ACCOUNT INFORMATION

RICHARD J MADIGAN

YOUR FINANCIAL CONSULTANT:
JOHN BOWIE

**ADDRESS:**
HARBORVIEW BUILDING
225 WATER ST SUITE C-210
PLYMOUTH MA 02360
**Phone:**
(508) 830-6900
(800) 807-3880 Toll Free

What you don't know about estate planning may hurt you.  If you fail to plan for the future of your estate, you could lose up to 55% of your wealth to the IRS.  Call me today to help you sort out your estate tax issues.

REDACTED

# A.G.Edwards & Sons, Inc.
### INVESTMENTS SINCE 1887
Member SIPC

**ACCOUNT #:**

FINANCIAL CONSULTANT: JOHN BOWIE|  (608) 830-6900  (800) 807-3880

[RICHARD J MADIGAN]

FOR THE PERIOD: *February 24, 2001 – March 30, 2001*

*Primary Investment Objective - Speculation*

PAGE 2 OF 13

All COPY

## PORTFOLIO AT-A-GLANCE

YOUR ALLOCATION ON
**03/30/2001**
TOTAL ACCOUNT VALUE
$

■ Equities
 Total Portfolio Holdings
 Cash You Owe Us
 Total Account Value

| | Value on 02/23/2001 | % | Value on 03/30/2001 | % | Net Change |
|---|---|---|---|---|---|

## CASH FLOW SUMMARY

| | This Period | Year to Date |
|---|---|---|
| Beginning Balance | | |
| Net Purchases & Sales | | |
| Income | | |
| Deposits/Transfers In | | |
| Withdrawals/Transfers Out | | |
| Margin Interest | | |
| Ending Balance | | |
| Net Change | | |

## INCOME SUMMARY

| | This Period | Year to Date |
|---|---|---|
| Taxable | | |
| Dividends | | |
| Total Income | | |

**REDACTED**

ACCOUNT #:

FINANCIAL CONSULTANT: JOHN BOWIE] (508) 830-6900 (800) 807-3880

[RICHARD J MADIGAN

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*

UltraAsset Account

# A.G.Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

Member SIPC

PAGE 3 OF 13

## ULTRAASSET PORTFOLIO HOLDINGS

| Quantity | Description | % of Account | Opening Price | Opening Value | Current Price | Current Value | Unrealized Gain/Loss | Estimated Annual Income   % Yield |
|----------|-------------|--------------|---------------|---------------|---------------|---------------|----------------------|-----------------------------------|

**CASH & MONEY FUND**

CASH YOU OWE US

TOTAL CASH & MONEY FUND

Equities

ACCOUNT #:

FINANCIAL CONSULTANT: **JOHN BOWIE|** (508) 830-6900 (800) 807-3880

**RICHARD J MADIGAN**

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*

All COPY

## ULTRAASSET PORTFOLIO HOLDINGS

*continued*

EQUITIES

| Quantity | Description | % of Account | Opening Price | Opening Value | Current Price | Current Value | Unrealized Gain/Loss | Estimated Annual Income % Yield |
|----------|-------------|--------------|---------------|---------------|---------------|---------------|----------------------|----------------------------------|

*UltraAsset Account*

## A.G.Edwards & Sons, Inc.
*INVESTMENTS SINCE 1887*

Member SIPC

PAGE 4 OF 13

REDACTED

*A.G.Edwards & Sons, Inc.*
INVESTMENTS SINCE 1887

Member SIPC

ACCOUNT #:

|RICHARD J MADIGAN|
FINANCIAL CONSULTANT: JOHN BOWIE| (508) 830-6900 (800) 807-3880

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*                    *UltraAsset Account*                    PAGE 5 OF 13

**ULTRAASSET PORTFOLIO HOLDINGS** *continued*

**EQUITIES**

| Quantity | Description | % of Account | Opening Price | Opening Value | Current Price | Current Value | Unrealized Gain/Loss | Estimated Annual Income | % Yield |
|----------|-------------|--------------|---------------|---------------|---------------|---------------|----------------------|-------------------------|---------|
|          |             |              |               |               |               |               |                      |                         |         |

REDACTED

ACCOUNT #:
*RICHARD J MADIGAN*
FINANCIAL CONSULTANT: JOHN BOWIE] (508) 830-6900 (800) 807-3880

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*

*UltraAsset Account*

## A.G.Edwards & Sons, Inc.
### INVESTMENTS SINCE 1897
Member SIPC

A1 COPY

## ULTRAASSET PORTFOLIO HOLDINGS *continued*

| Quantity | Description | % of Account | Opening Price | Opening Value | Current Price | Current Value | Unrealized Gain/Loss | Estimated Annual Income  % Yield |
|---|---|---|---|---|---|---|---|---|
| | **EQUITIES** | | | | | | | |
| | ORGANOGENESIS INC SYMBOL: ORG | | | | | | | |
| 1,500 | 10/29/89 *Margin* | 7.875 | 11,921.13 | | 12,225.00 | 303.87 | |
| 1,000 | 10/29/89 *Margin* | 7.875 | 7,947.43 | | 8,150.00 | 202.57 | |
| 100 | 10/29/89 *Margin* | 7.625 | 769.51 | | 815.00 | 45.49 | |
| 50 | 10/29/89 *Margin* | 7.625 | 384.75 | | 407.50 | 22.75 | |
| 4,150 | 10/29/89 *Margin* | 7.625 | 31,934.77 | | 33,822.50 | 1,887.73 | |
| 500 | 10/29/89 *Margin* | 7.625 | 3,847.56 | | 4,075.00 | 227.44 | |
| 1,000 | 11/01/99 *Margin* | 7.6875 | 7,776.05 | | 8,150.00 | 373.95 | |
| 1,000 | 11/01/99 *Margin* | 7.6875 | 7,772.05 | | 8,150.00 | 377.95 | |
| 1,000 | 11/01/99 *Margin* | 7.6875 | 7,772.05 | | 8,150.00 | 377.95 | |
| 1,000 | 11/01/99 *Margin* | 7.6875 | 7,772.05 | | 8,150.00 | 377.95 | |
| 1,500 | 11/01/99 *Margin* | 7.6875 | 11,658.08 | | 12,225.00 | 566.94 | |
| 1,000 | 11/01/99 *Margin* | 7.6875 | 7,772.05 | | 8,150.00 | 377.95 | |
| 1,000 | 11/01/99 *Margin* | 7.6875 | 7,772.05 | | 8,150.00 | 377.95 | |
| 1,500 | 11/01/99 *Margin* | 7.75 | 11,752.85 | | 12,225.00 | 472.15 | |
| 1,200 | 11/01/99 *Margin* | 7.9375 | 9,629.73 | | 9,780.00 | 150.27 | |
| 1,000 | 04/14/00 *Margin* | 9.625 | 9,794.75 | | 8,150.00 | -1,644.75 | |
| 1,250 | 01/03/01 *Margin* | 8.44 | 10,709.97 | | 10,187.50 | -522.47 | |
| 1,250 | 01/03/01 *Margin* | 8.38 | 10,612.46 | | 10,187.50 | -424.96 | |
| 2,500 | 01/09/01 *Margin* | 7.51 | 19,079.53 | | 20,375.00 | 1,295.47 | |
| 21,500 | Asset Total | 37.56 | | 171,134.70 | 8.15 | 175,225.00 | 4,090.30 | |

REDACTED

ACCOUNT #:

J RICHARD J MADIGAN

FINANCIAL CONSULTANT: JOHN BOWIE | (508) 830-6900 (800) 807-3880

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*

*UltraAsset Account*

## *A.G.Edwards & Sons, Inc.*
INVESTMENTS SINCE 1887

Member SIPC

PAGE 7 OF 13

| ULTRAASSET PORTFOLIO HOLDINGS *continued* | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | Description | % of Account | Opening Price | Opening Value | Current Price | Current Value | Unrealized Gain/Loss | Estimated Annual Income    % Yield |

**EQUITIES**

AI COPY

REDACTED

# A.G.Edwards & Sons, Inc.
### INVESTMENTS SINCE 1887
Member SIPC

**ACCOUNT #:**
**FINANCIAL CONSULTANT: JOHN BOWIE]**    ⌐J ] RICHARD J MADIGAN    (508) 830-6900   (800) 807-3880

**FOR THE PERIOD: February 24, 2001 - March 30, 2001**    UltraAsset Account    PAGE 8 OF 13

AI COPY

## ULTRAASSET PORTFOLIO HOLDINGS  *continued*

| Quantity | Description | % of Account | Opening Price | Opening Value | Current Price | Current Value | Unrealized Gain/Loss | Estimated Annual Income % Yield |
|----------|-------------|--------------|---------------|---------------|---------------|---------------|----------------------|--------------------------------|

EQUITIES

◆ *Research Report Available*

## ACTIVITY  DETAIL

| Date | Transaction Type | Quantity | Description | Price | Amount | Type |
|------|------------------|----------|-------------|-------|--------|------|
| 02/23 | | | | | | |
| 03/01 | | | | | | |

REDACTED

## A.G.Edwards & Sons, Inc.
INVESTMENTS SINCE 1887

Member SIPC

ACCOUNT #:

FINANCIAL CONSULTANT: **JOHN BOWIE]** (508) 830-6900 (800) 807-3880

|RICHARD J MADIGAN|

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*

*UltraAsset Account*

PAGE 9 OF 13

**ACTIVITY DETAIL** *continued*

| Date | Transaction Type | Quantity | Description | Price | Amount | Type |
|------|------------------|----------|-------------|-------|--------|------|
| 03/02 | Sold | -200 | ORGANOGENESIS INC<br>*DISCOUNT 35%<br>VS PURCHASE 4/6/00<br>** PFD RATE | 12.02 | 2,379.23 | 2 |
| 03/02 | Sold | -1,800 | ORGANOGENESIS INC<br>*DISCOUNT 35%<br>VS PURCHASE 4/6/00<br>** PFD RATE | 12.01 | 21,391.23 | 2 |
| 03/02 | Sold | -2,000 | ORGANOGENESIS INC<br>*DISCOUNT 35%<br>VS PURCHASE 4/5/00<br>** PFD RATE | 12.05 | 23,851.64 | 2 |
| 03/20 | Sold | -1,000 | ORGANOGENESIS INC<br>*DISCOUNT 35%<br>** PFD RATE | 9.99 | 9,816.59 | 2 |

AI COPY

REDACTED

ACCOUNT #:

[ RICHARD JMADIGAN

FINANCIAL CONSULTANT: JOHN BOWIE]   (508) 830-6900  (800) 807-3880

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*

*UltraAsset Account*

A.G.Edwards&Sons,Inc.

*INVESTMENTS SINCE 1887*

Member SIPC

PAGE 10 OF 13

**ACTIVITY  DETAIL** *continued*

AI COPY

| Date | Transaction Type | Quantity | Description | Price | Amount | Type |
|------|------------------|----------|-------------|-------|--------|------|
| 03/23 | Sold | | | | | |
| 03/23 | Sold | | | | | |
| 03/23 | Sold | | | | | |
| 03/23 | Sold | | ORGANOGENESIS INC<br>*DISCOUNT 35%<br>** PFD RATE | 8.90 | 26,404.48 | 2 |
| 03/23 | Sold | -3,000 | ORGANOGENESIS INC<br>*DISCOUNT 35%<br>** PFD RATE | 9 | 26,705.19 | 2 |
| 03/26 | Deposit | -3,000 | | | | |
| 03/29 | Sold | | ie | | | |
| 03/29 | Sold | | | | | |
| 03/30 | Sold | | | | | |

REDACTED

*A.G.Edwards & Sons, Inc.*
INVESTMENTS SINCE 1887
Member SIPC

PAGE 11 OF 13

ACCOUNT #: [RICHARD J MADIGAN]
FINANCIAL CONSULTANT: JOHN BOWIE] (508) 830-6900 (800) 807-3880

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*          *UltraAsset Account*

**INCOME DETAIL**

| Date | Transaction Type | Quantity | Description | Amount |
|------|------------------|----------|-------------|--------|

AI COPY

**DEPOSITS/TRANSFERS IN**
CASH

| Date | Transaction Type | Quantity | Description | Price | Amount |
|------|------------------|----------|-------------|-------|--------|

**GAIN/LOSS SUMMARY**

| Quantity | Description | Purchase Date | Sale Date | Cost | Proceeds | Gain/Loss |
|----------|-------------|---------------|-----------|------|----------|-----------|
| **SHORT TERM** | | | | | | |
| 2,000 | ORGANOGENESIS INC | 04/05/00 | 02/27/01 | 21,556.74 | 23,851.64 | 2,294.90 |
| 2,000 | ORGANOGENESIS INC | 04/06/00 | 02/27/01 | 24,323.54 | 23,770.46 | -553.08 |

REDACTED

**A.G. Edwards & Sons, Inc.**
INVESTMENTS SINCE 1887
Member SIPC

ACCOUNT #: , RICHARD J MADIGAN
FINANCIAL CONSULTANT: JOHN BOWIE| (608) 830-6900 (800) 807-3880

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*

*Unit Asset Account*

PAGE 12 OF 13

AI COPY

## GAIN/LOSS SUMMARY *continued*

| Quantity | Description | Purchase Date | Sale Date | Cost | Proceeds | Gain/Loss |
|---|---|---|---|---|---|---|
| **SHORT TERM** | | | | | | |
| | Net Short Term Gain/Loss | | | | | |
| **LONG TERM** | | | -1 | | | |
| | | | -1 | | | |
| | | | -1 | | | |
| 1,000 | ORGANOGENESIS INC | 10/29/99 | 03/15/01 | 7,884.34 | 9,816.59 | 1,932.25 |
| 1,000 | ORGANOGENESIS INC | 10/29/99 | 03/20/01 | 7,884.35 | 8,901.73 | 1,017.38 |
| 200 | ORGANOGENESIS INC | 10/29/99 | 03/20/01 | 1,578.87 | 1,780.34 | 203.47 |
| 1,800 | ORGANOGENESIS INC | 10/29/99 | 03/20/01 | 14,191.83 | 16,023.12 | 1,831.29 |
| 500 | ORGANOGENESIS INC | 03/20/99 | 03/20/01 | 3,942.18 | 4,400.74 | 458.56 |
| 2,500 | ORGANOGENESIS INC | 03/20/99 | 03/20/01 | 19,868.56 | 22,003.74 | 2,135.18 |
| | Net Long Term Gain/Loss | | | | | $7,578.13 |
| | Total Gain/Loss | | | | | $26,519.13 |

## TRADES SETTLING AFTER 03/30/2001

| Settlement Date | Trade Date | Transaction Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 04/02/01 | 03/29/01 | Sold | -1,500 | ORGANOGENESIS INC *DISCOUNT 35% ** PFD RATE | 8.27 | 12,192.47 |

REDACTED

A.G.Edwards & Sons, Inc.
INVESTMENTS SINCE 1887
Member SIPC

ACCOUNT #:

FINANCIAL CONSULTANT: JOHN BOWIE] (508) 830-6900 (800) 807-3880

| RICHARD J MADIGAN |

FOR THE PERIOD: *February 24, 2001 - March 30, 2001*

*UltraAsset Account*

TRADES SETTLING AFTER 03/30/2001 *continued*

| Settlement Date | Trade Date | Transaction Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 04/03/01 | 03/29/01 | Sold | -1,100 | ORGANOGENESIS INC *DISCOUNT 35% ** PFD RATE | 8.30 | 8,967.05 |
| 04/03/01 | 03/29/01 | Sold | -50 | ORGANOGENESIS INC *DISCOUNT 35% ** PFD RATE | 8.29 | 403.11 |

END OF STATEMENT

AI COPY

REDACTED