**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) )   MASTER FILE NO. 04-10027 JLT |

**PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF
JOHN H. BOWIE, JR. AS LEAD PLAINTIFF AND PROPOSED CLASS
REPRESENTATIVE**

**MOULTON & GANS, P.C.**
Nancy Freeman Gans
55 Cleveland Road
Wellesley, MA 02481
(781) 235-2246

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Sanford P. Dumain
Arian J. Tadler
Peter Seidman
Peter Sloane
One Pennsylvania Plaza
New York, NY 10019
(212) 594-5300

Lead Plaintiff John H. Bowie, Jr., hereby moves this Court for an Order approving his withdrawal as Lead Plaintiff and the withdrawal of his motion to be appointed class representative, dated May 15, 2006.

Mr. Bowie has decided to withdraw from the litigation. He has decided to withdraw for several reasons, but primarily because one of his daughters recently experienced a grave medical emergency, which is ongoing and which will require his continuing attention for the indefinite future. Defendants do not oppose this motion.

DATED: August 9, 2006                Respectfully Submitted,

**MOULTON GANS, P.C.**

By:   /s/ Nancy Freeman Gans
      Nancy Freeman Gans, BBO #184540
      55 Cleveland Road
      Wellesley, MA 02481
      Telephone: (781) 235-2246
      Facsimile: (781) 239-0353

*Liaison Counsel for Plaintiffs and the Class*

**MILBERG WERISS BERSHAD
   & SCHULMAN LLP**
Sanford P. Dumain
Ariana J. Tadler
Peter Seidman
Peter Sloane
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Lead Counsel for Plaintiffs and the Class*

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Nancy Freeman Gans, hereby certify that Ariana Tadler, Esquire, Peter Sloane, Esquire, both of Milberg Weiss Bershad & Schulman, LLP and I conferred via email on August 3, 2006 about the filing of this motion with Jonathan A. Shapiro, Esquire, Peter J. Kolovos, Esquire, and Kimberly I. Friday, Esquire, and Sherry Hartel Haus, Esquire, all of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Donna Abelli Lopolito, Michael Sabolinski, Philip Laughlin, Albert Erani and Alan Ades; Peter Saparoff, Esquire, and Breton Leone-Quick, Esquire of Mintz, Levin, Cohn, Feris Glovsky and Popeo, P.C., counsel for Defendant Herbert M. Stein; and Sara Jane Shanahan, Esquire, Griesingr, Tighe & Maffei, LLP, counsel for Defendant John J. Arcari. Defendants do not oppose this Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans