UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | )<br>)<br>)<br>)  MASTER FILE NO. 04-10027 JLT<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION OF LEAD PLAINTIFFS
## TO ADMIT S. MELISA TWOMEY PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of S. Melisa Twomey, Esquire, of Milberg Weiss Bershad & Schulman LLP, of New York, New York, for Lead Plaintiffs. Attorney Twomey certifies (see Certificate attached to this motion) that (1) she is a member of the bar in good standing in all jurisdictions where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Counsel for all Defendants consent to this motion.

I have filed an appearance in the above-entitled action.

Dated: August 23, 2006                                Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA 02481
781-235-2246
**Liaison Counsel for Lead Plaintiffs and the Class**

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I, Nancy Freeman Gans, Esquire, Liaison Counsel for Lead Plaintiffs and the Class, hereby certify that I communicated with respect to this motion by email on August 23, 2006, with Kimberley Friday, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for counsel for Defendants Donna Abelli Lopolito, Michael Sabolinski, Philip Laughlin, and Albert Erani, with Peter M. Saparoff, Esquire, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendant Herbert M. Stein, and with Sara Shanahan, Griesinger, Tighe & Maffei, LLP, counsel for Defendant John J. Arcari.  Defendants do not oppose this Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Nancy Freeman Gans
Nancy Freeman Gans