**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | :    Case No.: 1:04cv10027-JLT<br>:<br>: |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, S. Melisa Twomey, hereby certify that:

1.    I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP, which is located at One Pennsylvania Plaza, New York, NY 10119.

2.    I am admitted to the bar of the State of Florida (2004).  I am also admitted to practice in the following United States District Courts:  the Middle District of Florida, the Southern District of Florida and the Northern District of Florida.

3.    I am in good standing in every jurisdiction where I have been admitted to practice.

4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice, and I have never been subject to any such disciplinary proceeding in the past.

5.    I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalty of perjury this 23rd day of August, 2006.

   _/s/ S. Melisa Twomey
   S. Melisa Twomey