UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-cv-10027 (JLT) |

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE
FOR FILING OPPOSITION TO PLAINTIFFS' MOTION
FOR PROTECTIVE ORDER DISALLOWING THE DEPOSITIONS OF
DR. RICHARD S. CONEN AND JOHN H. BOWIE, JR.**

Defendants Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, and Alan Tuck ("Defendants") respectfully request an extension of time until September 15, 2006, within which Defendants may answer the Plaintiffs' Motion for Protective Order Disallowing the Depositions Of Dr. Richard S. Conen and John H. Bowie, Jr.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants and Plaintiffs have conferred, and Plaintiffs assent to this Motion.

Respectfully Submitted,

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO# 632984)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated: August 31, 2006

*Counsel for Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, and Alan Tuck*

CERTIFICATE OF SERVICE

      I, Kimberly I. Friday, hereby certify that a true and correct copy of this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 31, 2006

/s/ Kimberly I. Friday
Kimberly I. Friday