UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | : <br> : Case No.: 1:04cv10027-JLT <br> : <br> : <br> : |

## NOTICE OF CORRECTED FILING

On August 18, 2006, Plaintiffs filed a Motion for Protective Order Disallowing the Depositions of Dr. Richard S. Conen and John Bowie, Jr. Due to technical difficulties, page 3 on the Memorandum of Law in Support of Plaintiffs' Motion for Protective Order Disallowing the Depositions of Dr. Richard S. Conen and John H. Bowie, Jr. was omitted. Attached hereto is a corrected Memorandum of Law with all pages and exhibits.

Dated: September 5, 2006                                **MOULTON & GANS, P.C.**

                                     By:    /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans, BBO #184540
                                              55 Cleveland Road
                                              Wellesley, MA 02481
                                              Telephone:  (781) 235-2246
                                              *Liaison Counsel and Local Counsel*
                                              *for Plaintiffs and the Class*

                                              **MILBERG WEISS BERSHAD**
                                               **& SCHULMAN LLP**
                                              Sanford P. Dumain
                                              Ariana J. Tadler
                                              Peter Sloane
                                              Peter Seidman
                                              One Pennsylvania Plaza
                                              New York, NY  10119
                                              (212) 594-5300

                                              *Lead Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

<u>/s/ Nancy Freeman Gans</u>
Nancy Freeman Gans
