**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | : <br> : Case No.: 1:04cv10027-JLT <br> : <br> : <br> : |

## NOTICE OF FILING OF REVISED CERTIFICATION OF RICHARD J. MADIGAN, SR.

Pursuant to the June 29, 2006 letter of Peter Sloane filed with this Court, Lead Plaintiffs submit herewith the Revised Certification of Richard J. Madigan, Sr.

Dated: September 6, 2006                                   Respectfully submitted,

**MOULTON & GANS, P.C.**

By:   /s/ Nancy Freeman Gans
       Nancy Freeman Gans, BBO #184540
       55 Cleveland Road
       Wellesley, MA 02481
       Telephone: (781) 235-2246
       *Liaison Counsel and Local Counsel*
       *for Plaintiffs and the Class*

       **MILBERG WEISS BERSHAD**
         **& SCHULMAN LLP**
       Sanford P. Dumain
       Ariana J. Tadler
       Peter Sloane
       Peter Seidman
       One Pennsylvania Plaza
       New York, NY  10119
       (212) 594-5300

       *Lead Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans
