## REVISED CERTIFICATION OF RICHARD J. MADIGAN SR.

I, Richard J. Madigan Sr. certify that:

1. I have reviewed the initial complaint ("Initial Complaint") and the Corrected Amended Complaint ("Amended Complaint") and have authorized Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff and a Class Representative either individually or as part of a group. Lead Plaintiffs and Class Representatives are representative parties who act on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The transactional data contained in Exhibit A hereto is derived from brokerage statements that have been gathered to date. While I believe that the transactional data is complete and accurate, I reserve the right to revise and supplement the transactional data should the need arise.

8. The number of shares or other securities of Organogenesis, Inc. I held immediately **BEFORE** the first day of the Class Period, as alleged in the initial complaint and the Corrected Amended Complaint, November 15, 1999 was: 158,773. The securities were common stock.

9. My transactions in Organogenesis, Inc., from November 15, 1999 to the present are listed on the attached Exhibit A.

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws.

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this ___6th___ day of __September__, 2006

_____
Signature

# EXHIBIT A

Richard J. Madigan, Sr.
Orangenesis, Inc. Common Stock Holdings and Transactions

| Broker | Account Number | Transaction Type | Trade Date | Shares | Price | Commission | Fees | Net Amount | Data Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| **Holdings Immediately Prior to November 15, 1999** | | | | | | | | | | |
| AG Edwards | 293 149-844 & 677 041-293 | | | 44,000 | | | | | 11/99 Account Statement | Account 293 149-844 became Account 677 041-293 in March 2000 |
| AG Edwards | 293 136-114 & 677 040-882 | | | 85,900 | | | | | 11/99 Account Statement | Account 293 136-114 became Account 677 040-882 in March 2000 |
| Charles Schwab | 5822-0270 | | | 19,357 | | | | | 11/99 Account Statement | |
| Charles Schwab | 5822-0270 | | | 10,216 | | | | | 12/00 Account Statement | Shares Transferred into account on 12/15/2000 |
| **Total** | | | | 158,773 | | | | | | |
| **Total Buys During Class Period (November 15, 1999 - February 7, 2002)** | | | | | | | | | | |
| AG Edwards | 293 149-844 & 677-041-293 | | | - | | $ - | $ - | | Calculation | |
| AG Edwards | 293 136-114 & 677-040-882 | | | 13,230 | | $ 116,620.54 | $ - | | Calculation | |
| Charles Schwab | 5822-0270 | | | 1,300 | | $ 6,994.00 | $ - | | Calculation | |
| **Total** | | | | 14,531 | | $ 123,614.54 | | | | |
| **Total Sales During Class Period (November 15, 1999 - February 7, 2002)** | | | | | | | | | | |
| AG Edwards | 293 149-844 & 677-041-293 | | | 13,500 | | $ 199,572.35 | | | Calculation | |
| AG Edwards | 293 136-114 & 677-040-882 | | | 84,230 | | $ 1,058,048.54 | | | Calculation | |
| Charles Schwab | 5822-0270 | | | - | | $ - | | | Calculation | |
| **Total** | | | | 97,730 | | $ 1,257,620.89 | | | | |
| **Holdings As Of February 7, 2002** | | | | | | | | | | |
| AG Edwards | 293 149-844 & 677-041-293 | | | 30,500 | | | | | 01/02 & 02/02 Account Statements | |
| AG Edwards | 293 136-114 & 677-040-882 | | | 14,900 | | | | | 01/02 & 02/02 Account Statements | |
| Charles Schwab | 5822-0270 | | | 31,073 | | | | | 01/02 & 02/02 Account Statements | |
| **Total** | | | | 75,573 | | | | | | |
| **Total Buys After February 7, 2002** | | | | | | | | | | |
| AG Edwards | 293 149-844 & 677-041-293 | | | - | | $ - | | | Calculation | |
| AG Edwards | 293 136-114 & 677-040-882 | | | 20,000 | | $ 25,167.50 | | | Calculation | |
| Charles Schwab | 5822-0270 | | | - | | $ - | | | Calculation | |
| **Total** | | | | 20,000 | | $ 25,167.50 | | | | |
| **Total Sales After February 7, 2002** | | | | | | | | | | |
| AG Edwards | 293 149-844 & 677-041-293 | | | - | | $ - | | | Calculation | |
| AG Edwards | 293 136-114 & 677-040-882 | | | - | | $ - | | | Calculation | |
| Charles Schwab | 5822-0270 | | | - | | $ - | | | Calculation | |
| **Total** | | | | - | | $ - | | | | |
| **Holdings As of Last Statement Available** | | | | | | | | | | |
| AG Edwards | 293 149-844 & 677 041-293 | | | 30,500 | | | | | 12/02 Account Statement | |
| AG Edwards | 293 136-114 & 677 040-882 | | | 34,900 | | | | | 10/03 Account Statement | |
| Charles Schwab | 5822-0270 | | | 31,073 | | | | | 12/02 Account Statement | |
| **Total** | | | | 93,573 | | | | | | |

Richard J. Madigan, Sr.
Organogenesis, Inc. Common Stock Holdings and Transactions

List of Transactions

| Broker | Account Number | Transaction Type | Trade Date | Shares | Price | Commission | Fees | Net Amount | Data Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| AG Edwards | 293 136-114 | Sale | 12/22/1999 | 2,500 | $ 12.1250 | $ 289.20 | $ 1.02 | $ 30,022.28 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 12/22/1999 | 2,500 | $ 12.0000 | $ 286.21 | $ 5.00 | $ 29,708.79 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 12/23/1999 | 2,500 | $ 12.0000 | $ 373.42 | $ 5.00 | $ 29,621.58 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 12/23/1999 | 2,500 | $ 10.2500 | $ 336.02 | $ 0.46 | $ 25,288.12 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 12/23/1999 | 300 | $ 10.0000 | $ 39.24 | $ 4.10 | $ 2,956.56 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 12/29/1999 | 2,000 | $ 8.3750 | $ 191.72 | $ 0.53 | $ 16,557.73 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 12/29/1999 | 2,000 | $ 8.2500 | $ 183.15 | $ 0.56 | $ 16,310.59 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 12/29/1999 | 2,000 | $ 8.2500 | $ 183.15 | $ 0.56 | $ 16,310.59 | Confirmation Slip | |
| AG Edwards | 291 149-844 | Sale | 12/29/1999 | 2,000 | $ 8.2500 | $ 183.35 | $ 4.35 | $ 16,306.69 | Confirmation Slip | |
| AG Edwards | 291 149-844 | Sale | 12/29/1999 | 2,000 | $ 8.1875 | $ 181.73 | $ 4.55 | $ 16,182.72 | Confirmation Slip | |
| AG Edwards | 291 149-844 | Sale | 12/29/1999 | 2,000 | $ 8.2500 | $ 187.17 | $ 0.55 | $ 16,310.28 | Confirmation Slip | |
| AG Edwards | 291 149-844 | Sale | 12/29/1999 | 2,000 | $ 8.3750 | $ 192.04 | $ 0.56 | $ 16,557.40 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 2/18/2000 | 3,750 | $ 15.5000 | $ 467.00 | $ 5.94 | $ 57,712.06 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 2/18/2000 | 2,500 | $ 16.2500 | $ 284.47 | $ 1.36 | $ 40,339.17 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 2/18/2000 | 4,050 | $ 16.6250 | $ 411.46 | $ 2.24 | $ 66,857.35 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 3/6/2000 | 5,000 | $ 18.0000 | $ 689.06 | $ 7.00 | $ 89,303.94 | Confirmation Slip | |
| AG Edwards | 293 149-844 | Sale | 3/6/2000 | 2,500 | $ 17.7975 | $ 430.06 | $ 5.50 | $ 44,408.19 | Confirmation Slip | |
| AG Edwards | 293 149-844 | Sale | 3/7/2000 | 1,700 | $ 21.0930 | $ 285.33 | $ 1.19 | $ 35,413.46 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 3/7/2000 | 1,700 | $ 19.5750 | $ 270.06 | $ 5.13 | $ 33,312.31 | Confirmation Slip | |
| AG Edwards | 293 136-114 | Sale | 3/8/2000 | 2,550 | $ 21.0000 | $ 370.22 | $ 5.75 | $ 52,524.03 | Confirmation Slip | |
| AG Edwards | 293 149-844 | Sale | 3/9/2000 | 2,500 | $ 21.7500 | $ 383.45 | $ 1.82 | $ 53,989.73 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 4/5/2000 | 2,000 | $ 10.6250 | $ 302.74 | $ 4.00 | $ 21,556.74 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 4/6/2000 | 2,000 | $ 12.0000 | $ 319.54 | $ 4.00 | $ 24,323.54 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 4/14/2000 | 1,000 | $ 9.6250 | $ 165.75 | $ 4.00 | $ 9,794.75 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 7/21/2000 | 1,000 | $ 13.5000 | $ 120.39 | $ 0.45 | $ 13,379.16 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 7/21/2000 | 2,000 | $ 13.5000 | $ 240.79 | $ 4.90 | $ 25,754.31 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 7/21/2000 | 1,000 | $ 13.6250 | $ 121.11 | $ 0.46 | $ 13,503.03 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 7/21/2000 | 1,000 | $ 13.5625 | $ 120.95 | $ 0.45 | $ 13,441.10 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/32/2000 | 1,100 | $ 13.3750 | $ 132.39 | $ 0.49 | $ 14,579.62 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/32/2000 | 3,900 | $ 13.3125 | $ 467.21 | $ 5.74 | $ 51,445.63 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 9/4/2000 | 2,000 | $ 14.5000 | $ 350.09 | $ 4.97 | $ 28,644.94 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/11/2000 | 1,000 | $ 14.8125 | $ 212.96 | $ 4.50 | $ 14,595.64 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 9/13/2000 | 2,000 | $ 14.8750 | $ 354.67 | $ 5.00 | $ 29,390.33 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 9/15/2000 | 800 | $ 14.8750 | $ 155.41 | $ 4.40 | $ 11,740.19 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 9/15/2000 | 700 | $ 15.0000 | $ 137.13 | $ 0.35 | $ 10,362.52 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 9/20/2000 | 1,000 | $ 13.7500 | $ 170.46 | $ 0.46 | $ 13,579.08 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 9/20/2000 | 1,000 | $ 13.7500 | $ 170.46 | $ 4.46 | $ 13,575.08 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 9/29/2000 | 1,000 | $ 14.5200 | $ 210.29 | $ 4.69 | $ 14,305.22 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 10/2/2000 | 1,000 | $ 14.0000 | $ 205.56 | $ 4.47 | $ 13,789.97 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 10/12/2000 | 1,000 | $ 14.0500 | $ 320.15 | $ 4.81 | $ 23,775.04 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 10/17/2000 | 2,500 | $ 12.0900 | $ 289.72 | $ 4.81 | $ 30,209.26 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 10/17/2000 | 2,500 | $ 12.1000 | $ 287.36 | $ 1.02 | $ 29,957.63 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 1/3/2001 | 1,250 | $ 8.3600 | $ 158.46 | $ 4.60 | $ 10,612.46 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 1/3/2001 | 1,250 | $ 8.4400 | $ 159.97 | $ — | $ 10,709.97 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 1/9/2001 | 2,500 | $ 7.5100 | $ 300.51 | $ 4.60 | $ 19,079.53 | Confirmation Slip | |

**Richard J. Madigan, Sr.**
**Organogenesis, Inc. Common Stock Holdings and Transactions**

| Broker | Account Number | Transaction Type | Trade Date | Shares | Price | Commission | Fees | Net Amount | Data Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| AG Edwards | 677 040-882 | Sale | 2/27/2001 | 200 | $ 12.0200 | $ 24.69 | $ 0.08 | $ 2,379.23 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 2/27/2001 | 1,800 | $ 12.0100 | $ 222.05 | $ 4.72 | $ 21,391.23 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 2/27/2001 | 2,000 | $ 12.0500 | $ 242.55 | $ 0.81 | $ 23,851.64 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 3/15/2001 | 1,000 | $ 9.9900 | $ 169.07 | $ 4.34 | $ 9,816.59 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 3/20/2001 | 3,000 | $ 8.9000 | $ 290.63 | $ 4.89 | $ 26,404.48 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 3/20/2001 | 3,000 | $ 9.0000 | $ 293.91 | $ 0.90 | $ 26,705.19 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 3/28/2001 | 1,500 | $ 8.2700 | $ 108.11 | $ 4.42 | $ 12,192.47 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 3/29/2001 | 1,100 | $ 8.3000 | $ 162.64 | $ 0.31 | $ 8,967.03 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 3/29/2001 | 50 | $ 8.2900 | $ 7.33 | $ 4.01 | $ 403.11 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 6/29/2001 | 1,150 | $ 7.7500 | $ 164.27 | $ 4.00 | $ 9,080.77 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/10/2001 | 500 | $ 9.0500 | $ 69.41 | $ 0.15 | $ 4,455.44 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/10/2001 | 1,500 | $ 9.0000 | $ 207.07 | $ 4.46 | $ 13,288.47 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/14/2001 | 350 | $ 8.7000 | $ 41.48 | $ 4.10 | $ 2,999.42 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/14/2001 | 1,500 | $ 8.7200 | $ 173.18 | $ 0.44 | $ 12,991.38 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/14/2001 | 1,500 | $ 8.7200 | $ 173.19 | $ 0.44 | $ 12,991.37 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 8/22/2001 | 2,738 | $ 8.3500 | $ 357.33 | $ 4.76 | $ 22,453.41 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Sale | 10/10/2001 | 500 | $ 5.1400 | $ 62.02 | $ 4.00 | $ 2,626.02 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 10/10/2001 | 500 | $ 5.2600 | $ 63.46 | | $ 2,693.46 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 11/30/2001 | 1,030 | $ 5.5930 | $ 135.30 | $ 4.00 | $ 6,333.30 | Confirmation Slip | |
| Charles Schwab | 5822-0270 | Buy | 12/3/2001 | 700 | $ 5.3350 | $ 21.0000 | | $ 3,766.00 | Confirmation Slip | |
| Charles Schwab | 5822-0270 | Buy | 12/3/2001 | 200 | $ 5.3100 | $ 6.0000 | | $ 1,076.00 | Confirmation Slip | |
| Charles Schwab | 5822-0270 | Buy | 12/3/2001 | 400 | $ 5.3500 | $ 12.0000 | | $ 2,152.00 | Confirmation Slip | |

**Post-Class Period**

| AG Edwards | 677 040-332 | Buy | 3/7/2002 | 3,000 | $ 1.5600 | $ 234.00 | $ 4.00 | $ 4,918.00 | Confirmation Slip | |
|---|---|---|---|---|---|---|---|---|---|---|
| AG Edwards | 677 040-882 | Buy | 3/7/2002 | 3,000 | $ 1.5900 | $ 238.19 | $ 4.00 | $ 5,008.50 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 3/8/2002 | 2,000 | $ 1.4400 | $ 144.00 | $ 4.00 | $ 3,028.00 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 3/18/2002 | 2,000 | $ 1.9600 | $ 196.80 | $ 4.00 | $ 4,120.00 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 5/14/2002 | 5,000 | $ 0.7180 | $ 177.50 | $ 4.00 | $ 3,731.50 | Confirmation Slip | |
| AG Edwards | 677 040-882 | Buy | 5/15/2002 | 5,000 | $ 0.8300 | $ 207.50 | $ 4.00 | $ 4,361.50 | Confirmation Slip | |

