UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ORGANOGENESIS SECURITIES LITIGATION | C.A. No. 04-CV-10027 (JLT) |

### DEFENDANTS NOTICE OF FILING WITH CLERK'S OFFICE

To: All Counsel of Record

Please take notice that on September 15, 2006, Defendants caused to be filed with the Clerk of the District of Massachusetts under seal the following documents:

- Memorandum in Opposition to Plaintiffs' Motion For Protective Order Disallowing the Depositions of Dr. Richard S. Conen and John H. Bowie, Jr.; *and*

- Affidavit of Kimberly I. Friday in Support of Memorandum in Opposition to Plaintiffs' Motion For Protective Order Disallowing the Depositions of Dr. Richard S. Conen and John H. Bowie, Jr.

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

Dated: September 15, 2006

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO# 632984)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

### CERTIFICATE OF SERVICE

I, Kimberly I. Friday, hereby certify that a true and correct copy of this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 15, 2006

/s/ Kimberly I. Friday
Kimberly I. Friday