UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-cv-10027 (JLT) |
|---|---|

**ASSENTED-TO MOTION TO EXTEND THE BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, Alan Tuck, Herbert Stein and John Arcari ("Defendants") respectfully request to extend the briefing schedule on Plaintiffs' Motion for Class Certification by four calendar days. Defendants request until Tuesday, September 26, 2006, to file an Opposition to Plaintiffs' Motion for Class Certification, and correspondingly, a four-day extension for Plaintiffs' to file a Reply in Support of the Motion for Class Certification, until October 27, 2006.

As grounds for this Motion, the Defendants state:

1.     The requested extension would not affect the April 25, 2007 cut-off date for all discovery and the filing of any dispositive motions that was previously set by the Court. The parties intend to continue to proceed with merits discovery simultaneously with discovery and briefing on the Motion for Class Certification.

2.     Plaintiffs assent to this Motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants and Plaintiffs have conferred, and Plaintiffs assent to this Motion.

    Respectfully Submitted,

/s/ Kimberly I. Friday_____
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO# 632984)
Kimberly I. Friday (BBO #660544)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Counsel for Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski, and Alan Tuck*

/s/ Peter M. Saparoff_____
Peter M. Saparoff (BBO #4441740)
Breton T. Leone-Quick (BBO #655571)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC
One Financial Center
Boston, MA
(617) 542-6000
(617) 542-2241 (facsimile)

*Counsel for Herbert M. Stein*

/s/ Sara Jane Shanahan_____
Sara Jane Shanahan (BBO #567837)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: September 21, 2006    *Counsel for John Arcari*

CERTIFICATE OF SERVICE

     I, Kimberly I. Friday, hereby certify that a true and correct copy of this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing.

|  |  |
|---|---|
|  | /s/ Kimberly I. Friday |
| Dated: September 21, 2006 | Kimberly I. Friday |