UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE:  ORGANOGENESIS SECURITIES LITIGATION | C.A. No. 04-CV-10027 (JLT) |
|---|---|

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants, by their attorneys, respectfully move this Court for leave to file under seal the following pleadings and other materials:

- Opposition to Plaintiffs' Motion For Class Certification; *and*

- Affidavit of Kimberly I. Friday in Support of Opposition to Plaintiffs' Motion For Class Certification, and exhibits thereto.

As grounds for this Motion, the Defendants state:

1. On July 26, 2006, the Court entered a Joint Protective Order to govern the handling of confidential material filed in the above-captioned action.  Dkt. No. 142.

2. Paragraph 5 of the Joint Protective Order requires "a party filing any portions of briefs, pleadings or other filings with the Court that contain or refer to Confidential Material" to attempt to have the Confidential Material filed under seal.

3. The above-referenced documents contain excerpts from and references to deposition transcripts and documents that are designated as Confidential Material.

WHEREFORE, Defendants respectfully request that this Court grant them leave to file the foregoing listed materials under seal.

Respectfully submitted,

By: /s/ Peter M. Saparoff_____

Peter M. Saparoff (BBO #4441740)
Breton T. Leone-Quick (BBO #655571)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC
One Financial Center
Boston, MA
(617) 542-6000

*Counsel for Herbert Stein*

By: /s/ Sara Jane Shanahan_____

Sara Jane Shanahan (BBO #567837)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

*Counsel for John Arcari*

By: /s/ Kimberly I. Friday_____

Jeffrey B. Rudman (BBO # 433380)
Jonathan A. Shapiro (BBO # 567838)
Peter J. Kolovos (BBO # 632984)
Kimberly I. Friday (BBO # 660544)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated: September 26, 2006

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants and Plaintiffs have conferred, and Plaintiffs assent to this Motion.

### CERTIFICATE OF SERVICE

I, Kimberly I. Friday, hereby certify that a true and correct copy of this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing.

Dated:  September 26, 2006

/s/ Kimberly I. Friday\_\_\_\_
Kimberly I. Friday