UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-CV-10027 (JLT)

## ASSENTED-TO MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Defendants move for leave to file a memorandum in Opposition to Plaintiffs' Motion for Class Certification that exceeds the twenty-page limit set forth in Local Rule 7.1(b)(4).

As grounds for this motion, Defendants respectfully state that there are seven defendants and three separate counsel who have agreed amongst themselves to file a single brief. Although this brief exceeds the twenty-page limit set forth in Local Rule 7.1(b)(4), Defendants submit that the length of the brief is reasonable given the number of defendants and counsel involved, as under the Local Rules each of the seven individuals would be entitled to file their own twenty-page memorandum.

Pursuant to Local Rule 7.1(a)(2), counsel has conferred with Plaintiffs' counsel, who assents to the relief sought in this motion. Defendants assent to Plaintiffs filing a reply memorandum of equal length in support of their Motion for Class Certification.

Wherefore, the undersigned defendants request that the Court allow Defendants to file a memorandum of law in opposition to the Motion for Class Certification in excess of twenty pages and allow Plaintiffs to file a memorandum of equal length in reply.

Respectfully submitted,

By: /s/ Peter M. Saparoff_____

Peter M. Saparoff (BBO #4441740)
Breton T. Leone-Quick (BBO #655571)
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo PC
One Financial Center
Boston, MA
(617) 542-6000

*Counsel for Herbert Stein*

By:/s/ Kimberly I. Friday_____

Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO #632984)
Sherry Hartel Haus (BBO# 663777)
Kimberly I. Friday (BBO # 660544)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Counsel for Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, and Alan Tuck*

By: /s/ Sara Jane Shanahan_____

Sara Jane Shanahan (BBO #567837)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

*Counsel for John Arcari*

Dated:  September 26, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      Pursuant to Local Rule 7.1(A)(2), counsel for Defendants, John Arcari, Herbert Stein and Plaintiffs have conferred, and all parties assent to this Motion.

## CERTIFICATE OF SERVICE

      I, Kimberly I. Friday, hereby certify that a true and correct copy of this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing.

Dated:  September 26, 2006

/s/ Kimberly I. Friday____
Kimberly I. Friday