WILMERHALE

November 2, 2006

**Kim Friday**

+1 617 526 6328 (t)
+1 617 526 5000 (f)
kim.friday@wilmerhale.com

**By CM/ECF E-Filing**

Ms. Zita Lovett, Deputy Clerk
The Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: In re Organogenesis Securities Litigation, 04-cv-10027 (JLT)

Dear Ms. Lovett:

I am counsel for defendants Albert Erani, Philip Laughlin, Donna Lopolito, Michael Sabolinski and Alan Tuck ("Defendants") in the above referenced action. I respectfully request that you bring this letter to Judge Tauro's attention.

On July 10, 2006, Defendants filed a Motion to Strike Lead Plaintiffs' Sworn Certifications and Preclude Reliance on Their Stock Transactions ("Motion to Strike"). Dkt. No. 133. The Motion to Strike related to the trading certifications of Lead Plaintiffs John H. Bowie, Jr. ("Bowie") and Richard J. Madigan, Sr. ("Madigan"). *Id.*

On August 16, 2006, Defendants filed a Motion to Withdraw the Motion to Strike as to Lead Plaintiff Bowie only. Dkt. No. 152. Defendants stated that they were not moving to withdraw the Motion to Strike as to Lead Plaintiff Madigan. *Id.*

On October 30, 2006, the Court entered an Electronic Order granting Defendants' Motion to Withdraw the Motion to Strike as to Lead Plaintiff Bowie. On that same day, the Court also entered an Electronic Order withdrawing the Motion to Strike in its entirety. As Defendants only asked the Court to withdraw the Motion to Strike as to Lead Plaintiff Bowie, Defendants respectfully request that the Court reinstate the Motion to Strike as to Lead Plaintiff Madigan.

Sincerely,

/s/ Kim Friday
Kim Friday

cc: All Counsel of Record Via CM/ECF E-Filing