COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2006 OCT 31  A 10: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |
|---|---|

**REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS'
MOTION FOR PROTECTIVE ORDER DISALLOWING THE DEPOSITIONS OF DR.
RICHARD S. CONEN AND JOHN H. BOWIE, JR.**

**FILED UNDER SEAL**

**LEAVE TO FILE GRANTED ON OCTOBER 30, 2006**