UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-CV-10027 (JLT) |

**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant John J. Arcari ("Mr. Arcari") hereby moves for leave to file under seal the following pleadings and other materials:

(a) Defendant John J. Arcari's Motion for Summary Judgment on All Claims Asserted by Bruno Hofmann;

(b) Defendant John J. Arcari's Memorandum in Support of his Motion for Summary Judgment on All Claims Asserted by Bruno Hofmann; and

(c) Defendant John J. Arcari's Concise Statement of Material Facts in Support of his Motion for Summary Judgment on All Claims Asserted by Bruno Hofmann.

As grounds for this motion, Mr. Arcari states as follows:

1. On July 26, 2006, the Court entered a Joint Protective Order to govern the handling of confidential material filed in the above-captioned case. Dkt. No. 142.

2. Paragraph 5 of the Joint Protective Order requires "a party filing any portions of briefs, pleadings or other filings with the Court that contain or refer to Confidential Material" to attempt to have the Confidential Material filed under seal.

3. The above-reference documents contain excerpts from and references to deposition transcripts and documents that are designated as Confidential Material.

WHEREFORE, Mr. Arcari respectfully requests that this Court grant him leave to file the foregoing listed materials under seal.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Mr. Arcari and counsel for the other defendants and counsel for the plaintiffs have conferred, and all counsel assent to this Motion for Leave to File Under Seal.

Respectfully submitted,

JOHN J. ARCARI

By his attorneys,

/s/ Sara Jane Shanahan
Sara Jane Shanahan (BBO #567837)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA  02110
(617) 542-9900

Dated: November 8, 2006

## CERTIFICATE OF SERVICE

I, Sara Jane Shanahan, hereby certify that a true and correct copy of this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing.

/s/ Sara Jane Shanahan

Sara Jane Shanahan

November 8, 2006