UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 NOV 27 A 10: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

| IN RE ORGANOGENESIS SECURITIES LITIGATION | No. 04-CV-10027-JLT |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court:

(a) Defendant John J. Arcari's Motion for Summary Judgment on All Claims Asserted by Bruno Hofmann;

(b) Defendant John J. Arcari's Memorandum in Support of his Motion for Summary Judgment on All Claims Asserted by Bruno Hofmann; and

(c) Defendant John J. Arcari's Concise Statement of Material Facts in Support of his Motion for Summary Judgment on All Claims Asserted by Bruno Hofmann.

These documents were previously served on all parties on November 8, 2006.

Respectfully submitted,

JOHN J. ARCARI

By his attorneys,

/s/ Sara Jane Shanahan
Sara Jane Shanahan (BBO #567837)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: November 27, 2006

## CERTIFICATE OF SERVICE

I, Sara Jane Shanahan, hereby certify that a true and correct copy of this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2006.

/s/ Sara Jane Shanahan

Sara Jane Shanahan

November 27, 2006