UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE: ORGANOGENESIS SECURITIES LITIGATION | C.A. No. 04-CV-10027 (JLT) |
|---|---|

### DEFENDANTS' NOTICE OF FILING WITH CLERK'S OFFICE

To: All Counsel of Record

Please take notice that on December 22, 2006, Defendants caused to be filed with the Clerk of the District of Massachusetts under seal the following document: Defendants' Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification.

The original document is maintained in the case file in the Clerk's Office.

Respectfully submitted,

Dated: December 22, 2006

By: /s/ Peter J. Kolovos

Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter J. Kolovos (BBO #632984)
Sherry Hartel Haus (BBO# 663777)
Kimberly I. Friday (BBO # 660544)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Counsel for Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, and Alan Tuck*

## CERTIFICATE OF SERVICE

     I, Kimberly I. Friday, hereby certify that a true and correct copy of this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing.

Dated: December 22, 2006

/s/ Kimberly I. Friday
Kimberly I. Friday