UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE ORGANOGENESIS
SECURITIES LITIGATION

No. 04-CV-10027 (JLT)

(Leave to File Granted on
January 3, 2007)

## JANUARY 3, 2007 AFFIDAVIT OF SARA JANE SHANAHAN

I, Sara Jane Shanahan, upon oath hereby depose and say:

1.I am counsel for defendant John J. Arcari ("Mr. Arcari") in the above-entitled action. I make this affidavit based upon my own personal knowledge. I submit this affidavit in connection with Mr. Arcari's Reply Memorandum In Support Of His Motion For Summary Judgment On All Claims Asserted By Bruno Hofmann.

2.Exhibit 1 hereto is a true and accurate copy of a May 4, 2000 press release titled "Organogenesis Inc. Appoints John J. Arcari Chief Financial Officer," which I obtained on the Internet (www.highbeam.com) on December 19, 2006.

3.Exhibit 2 hereto is a true and accurate copy of Organogenesis' May 24, 2001 Definitive Notice and Proxy Statement, DEF 14A, which I obtained on the Internet (www.sec.gov) on December 19, 2006.

4.Exhibit 3 hereto is a true and accurate, but redacted, copy of the October 29, 2002 Proof of Claim Form that Mr. Arcari produced in this case. This document identifies Mr. Arcari's starting date at the company as May 1, 2000. This copy of the Proof of Claim Form differs from the produced copy in that it has been redacted in order to protect Mr. Arcari's

2

personal, confidential information, namely, his home address and telephone number, his social security number, and the amount of his claim for unpaid severance benefits.

5.  Exhibit 4 hereto is a true and accurate copy of Organogenesis' May 15, 2000 Form 10-Q, which I obtained on the Internet (www.sec.gov) on December 19, 2006.

Signed under the pains and penalties of perjury on this 3rd day of January, 2007.

/s/ Sara Jane Shanahan
Sara Jane Shanahan

CERTIFICATE OF SERVICE

I hereby certify that this document and the attached exhibits, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of January 3, 2007.

/s/ Sara Jane Shanahan
Sara Jane Shanahan (BBO #567837)