# EXHIBIT 1



# Organogenesis Inc. Appoints John J. Arcari Chief Financial Officer.

From: Business Wire  | Date: May 4, 2000



Business Editors/Health & Medical Writers

CANTON, Mass.--(BW HealthWire)--May 4, 2000

Organogenesis Inc. (AMEX:ORG) today announced that John J. Arcari has joined the Company as Chief Financial Officer, as well as Vice President, Finance and Administration, Secretary and Treasurer. He replaces Donna Abelli Lopolito, who resigned effective April 30, 2000. Mr. Arcari brings to Organogenesis over twenty-five years of financial and management experience.

Mr. Arcari gained thirteen years of experience in the Chief Financial Officer position at the technology-based companies LTX Corporation, Robotic Vision Systems, Inc. and, most recently, INT'L.com, Inc. He joined LTX Corporation in 1981 as Corporate Controller after gaining ten years of experience at Price Waterhouse, L.L.P. Mr. Arcari holds both a Bachelor's and Master's degree in Business Administration.

"We are pleased to have John join the Organogenesis team," said Philip M. Laughlin, President and Chief Executive Officer. "His strong financial and business experience will be an important asset in our strategy to become a successful operating company while maintaining our strong research base."

Organogenesis Inc. develops and manufactures medical products containing living cells and/or natural connective tissue. The Company's product development focus includes living tissue replacements, cell-based organ assist devices and other tissue-engineered products. Lead product Apligraf(R) is marketed in the US by Novartis Pharmaceuticals Corporation; Novartis Pharma AG has global Apligraf marketing rights. The research pipeline includes the VITRIX(TM) living soft tissue replacement product, a liver assist device and a blood vessel graft.

Apligraf(R) is a registered trademark of Novartis.

COPYRIGHT 2000 Business Wire
This material is published under license from the publisher through the Gale Group, Farmington Hills, Michigan. All inquiries regarding rights should be directed to the Gale Group.
For permission to reuse this article, contact Copyright Clearance Center.

HighBeam™ Research, Inc. © Copyright 2006. All rights reserved.
www.highbeam.com