UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss Bershad & Schulman LLP has changed its name to Milberg Weiss & Bershad LLP.  The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: January 3, 2007                                    **MILBERG WEISS & BERSHAD LLP**

By:   /S/ Peter E. Seidman

Sanford P. Dumain
Ariana J. Tadler
Peter Sloane
Peter Seidman
S. Melisa Twomey
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300

*Lead Counsel for Plaintiffs and the Class*

**MOULTON & GANS, P.C.**
Nancy Freeman Gans, BBO #184540
55 Cleveland Road
Wellesley, MA 02481
Telephone:  (781) 235-2246

*Liaison Counsel and Local Counsel
for Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

      I, Nancy Freeman Gans, certify that a true copy of the above document was served upon the attorney of record for each party via ECF

      _/s/ Nancy Freeman Gans_____
      Nancy Freeman Gans