**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) )   CA NO. 04-10027 JLT |

**UNOPPOSED MOTION OF LEAD PLAINTIFFS**
**TO ADMIT ROBERT A. WALLNER, ESQUIRE, PRO HAC VICE**

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Robert A. Wallner, Esquire, of Milberg Weiss & Bershad LLP, of New York, New York, for Lead Plaintiffs. Attorney Wallner certifies (see Certificate attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Counsel for Defendants assent to this motion.

I have filed an appearance in the above-entitled action.

Dated: January 17, 2007

                                        Respectfully submitted,

                                        /s/ Nancy Freeman Gans
                                        Nancy Freeman Gans, BBO #184540
                                        **MOULTON & GANS, P.C.**
                                        55 Cleveland Road
                                        Wellesley, MA 02481
                                        781-235-2246
                                        **Liaison Counsel to Lead Plaintiff and the Class**

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Nancy Freeman Gans, Esquire, Liaison Counsel to Lead Plaintiffs and the Class, hereby certify that I communicated via email on January 6, 2006, with Jonathan A. Shapiro, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Donna Abelli Lopolito, Michael Sabolinski, Philip Laughlin, Albert Erani and Alan Ades; Peter Saparoff,, Esquire, Mintz, Levin, Cohn, Feris Globsky and Popeo, P.C., counsel for Defendant Herbert M. Stein; and Sara Jane Shanahan, Esquire, Griesinger, Tighe & Maffei, LLP, counsel for Defendant John J. Arcari.  Defendants assent to this Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans