UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | : <br> : Case No.: 1:04cv10027-JLT <br> : <br> : |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Robert A. Wallner, hereby certify that:

1. I am admitted to the bar of the State of New York. I am also admitted to practice in the following United States District Courts: the Southern District of New York, the Eastern District of New York, and the Eastern District of Michigan, and in the following United States Courts of Appeals: the Second Circuit, the Third Circuit, the Fifth Circuit, the Seventh Circuit, and the Eighth Circuit.

2. I am in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: January 17, 2007          **MILBERG WEISS & BERSHAD LLP**

                                  By:   /s/ Robert A. Wallner
                                        Robert A. Wallner
                                        One Pennsylvania Plaza
                                        New York, New York  10119
                                        212.594.5300