UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |

**ASSENTED-TO MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs, by their counsel, respectfully request leave to submit to the Court the recent transcript and decision in *In re Merck & Co. Sec., Derivative & "ERISA" Litig.*, Nos. 2:05-CV-01151, 2:05-CV- 02367 (SRC-MF) (D.N.J. Jan. 25, 2007), which is relevant to Plaintiffs' Motion for Class Certification. The transcript and decision are attached hereto as exhibits A and B respectively. *See* Exhibit A, Part 2, at pp. 11-12.

Dated: January 31, 2007            **MOULTON & GANS, P.C.**

By:   /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
55 Cleveland Road
Wellesley, MA 02481
Telephone: (781) 235-2246

*Liaison Counsel and Local Counsel
for Plaintiffs and the Class*

**MILBERG WEISS & BERSHAD LLP**
Sanford P. Dumain
Ariana J. Tadler
Peter Sloane
Peter Seidman
S. Melisa Twomey
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Lead Counsel for Plaintiffs and the Class*

## LOCAL RULE 7.1 CERTIFICATE

      I, Nancy Freeman Gans, hereby certify that I conferred via email on January 30-31, 2007, concerning the above motion with Jonathan A. Shapiro, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Donna Abelli Lopolito, Michael Sabolinski, Philip Laughlin, and Albert Erani; with Peter Saparoff, Esquire, Mintz, Levin, Cohn, Feris Glovsky and Popeo, P.C., counsel for Defendant Herbert M. Stein; and with Sara Jane Shanahan, Esquire, Griesinger, Tighe & Maffei, LLP, counsel for Defendant John J. Arcari. Defendants assent to this Motion.

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans

## CERTIFICATE OF SERVICE

      I, Nancy Freeman Gans, hereby certify that the above document was served by ECF filing upon the attorney of record for each party on January 31, 2007.

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans