UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |
|---|---|

**SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FILED PURSUANT TO LEAVE TO FILE GRANTED ON FEBRUARY 2, 2007**

Attached hereto is the recent transcript and decision in *In re Merck & Co. Sec., Derivative & "ERISA" Litig.*, Nos. 2:05-CV-01151, 2:05-CV- 02367 (SRC-MF) (D.N.J. Jan. 25, 2007), which is relevant to Plaintiffs' Motion for Class Certification. This Court granted leave to file this supplemental authority on February 2, 2007. The transcript and decision are attached hereto as exhibits A and B respectively. *See* Exhibit A, Part 2, at pp. 11-12.

Dated: February 2, 2007

**MOULTON & GANS, P.C.**

By:  /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
55 Cleveland Road
Wellesley, MA 02481
Telephone: (781) 235-2246

*Liaison Counsel and Local Counsel for Plaintiffs and the Class*

**MILBERG WEISS & BERSHAD LLP**
Sanford P. Dumain
Ariana J. Tadler
Peter Sloane
Peter Seidman
S. Melisa Twomey
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Lead Counsel for Plaintiffs and the Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

    I, Nancy Freeman Gans, hereby certify that the above document was served by ECF filing upon the attorney of record for each party on February 2, 2007.

                                                   <u>/s/ Nancy Freeman Gans</u>
                                                   Nancy Freeman Gans