UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MF<br>Case No. 2:05-CV-02367-SRC-MF<br><br>Judge Stanley R. Chesler<br>Magistrate Judge Mark Falk |

**STIPULATION AND [PROPOSED] ORDER RESOLVING THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI TO INTERVENE AND MODIFYING THE LEAD PLAINTIFF AND LEAD COUNSEL STRUCTURE**

**WHEREAS,** by Order signed February 23, 2004 (the "February 23, 2004 Order"), Richard Reynolds, Steven LeVan, Jerome Haber and Marc Nathanson (the "Lead Plaintiffs") were appointed, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as lead plaintiffs by the United States District Court for the Eastern District of Louisiana (the "Louisiana District Court"), in the action entitled *Pringle v. Merck & Co., Inc.*, Civil Action No. 2:03-CV-3215 KDE-JCW (E.D. La.) (the "*Pringle* Action"), into which all related securities actions filed in the Louisiana District Court were consolidated; and

**WHEREAS,** by the February 23, 2004 Order, the Louisiana District Court approved Lead Plaintiffs' selection of Milberg Weiss Bershad Hynes & Lerach LLP (n/k/a Milberg Weiss & Bershad LLP) ("Milberg Weiss") and Stull, Stull & Brody as Plaintiffs' Co-Lead Counsel, pursuant to Section 21(D)(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v); and

**WHEREAS**, pursuant to 28 U.S.C. § 1407, by Order of the Judicial Panel on Multidistrict Litigation, dated February 23, 2005, in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, MDL No. 1658, the *Pringle* Action, into which all related securities actions pending in the Eastern District of Louisiana were consolidated, was transferred to the District of New Jersey and assigned to this Court for coordinated and consolidated pretrial proceedings with all related securities actions pending in this District; and

**WHEREAS**, by Order signed April 6, 2005 (the "April 6, 2005 Order"), this Court confirmed the appointment of Richard Reynolds, Steven LeVan, Jerome Haber and Marc Nathanson as Lead Plaintiffs in the above-entitled securities action, pursuant to Section 21(D)(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B); and

**WHEREAS**, by the April 6, 2005 Order, this Court confirmed the appointment of Milberg Weiss and Stull, Stull & Brody as securities plaintiffs' co-lead counsel pursuant to Section 21(D)(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v); and

**WHEREAS**, on October 26, 2006, The Public Employees' Retirement System of Mississippi ("MPERS") filed a motion to intervene and to require the lead plaintiffs to appear at a hearing concerning their adequacy under the PSLRA and Fed. R. Civ. P. 23 ("MPERS's Motion"); and

**WHEREAS**, on November 14, 2006, the Lead Plaintiffs opposed MPERS' Motion and filed a cross-motion for an order approving lead plaintiffs' Selection of Brower Piven, A Professional Corporation ("Brower Piven"), as co-lead counsel (the "Cross-Motion"); and

**WHEREAS**, on November 20, 2006, MPERS filed a reply memorandum in further support of its motion and opposed the Lead Plaintiffs' Cross-Motion; and

2

**WHEREAS,** on November 27, 2006, this Court held a hearing at which time the Lead Plaintiffs and MPERS presented arguments to the Court concerning MPERS' Motion and the Lead Plaintiffs' Cross-Motion; and

**WHEREAS,** during the November 27, 2006 hearing, and by Order signed December 13, 2006, this Court (i) granted MPERS' Motion to intervene for the limited purpose to pursue the issue of whether or not the Lead Plaintiffs are appropriate lead plaintiffs for the Class in this matter; (ii) ordered the Lead Plaintiffs to attend a hearing on January 8, 2007, at which time the representatives of the plaintiff class would be available, to the extent that the attorney-client privilege permits, to testify, as to the events which transpired with regard to Milberg Weiss since May 2006; and (iii) denied without prejudice Lead Plaintiffs' Cross-Motion to approve the selection of Brower Piven as co-lead counsel; and

**WHEREAS,** during the November 27, 2006 hearing, this Court stated that, "the Court, from everything it saw in the papers and submissions, was satisfied that the lead counsel in this case were indeed pursuing the case vigorously and intelligently" (November 27, 2006 Hearing Tr. at 44:12-14); that the Court was "very loathe to create a scenario in which the extensive work and effort done by the attorneys in this case may be wasted" (*id.* at 46:8-10); and that "some type of revised structure [may be required] to permit this case to go forward while still ensuring that there is continuity and that the very substantial and talented efforts of counsel to date are not wasted" (*id.* at 46:21-25); and

**WHEREAS,** the continued involvement in this action by Lead Plaintiffs Jerome Haber, Steven LeVan and Richard Reynolds, and the law firms of Milberg Weiss; Stull, Stull & Brody; and Brower Piven will provide continuity and ensure that the efforts of these Lead Plaintiffs and counsel to date are not wasted; and

3

**WHEREAS**, Lead Plaintiff Marc Nathanson, through his counsel, Stull, Stull & Brody, seeks to withdraw voluntarily as a Lead Plaintiff in this action; and

**WHEREAS**, the remaining Lead Plaintiffs – Richard Reynolds, Steven LeVan and Jerome Haber – have determined that it is in the best interests of the Class to add MPERS as a co-lead plaintiff, and Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), and Brower Piven, as co-lead counsel in this action; and

**WHEREAS**, the Court having considered these issues and believing that it is in the best interests of the Class to revise the lead plaintiff structure in this action as set forth herein; and

**WHEREAS**, this Court has previously found that it has continuing jurisdiction to revisit the issue of appointment of lead plaintiff and has that jurisdiction at any time during the pendency of the lawsuit; and

**IT IS HEREBY ORDERED** that:

1. Marc Nathanson is hereby withdrawn as a Co-Lead Plaintiff in this action.

2. MPERS is hereby appointed as co-lead plaintiff in this action. Accordingly, the co-lead plaintiffs are: Jerome Haber, Steven LeVan, MPERS and Richard Reynolds ("Co-Lead Plaintiffs").

3. BLB&G and Brower Piven are hereby appointed as co-lead counsel in this action. Accordingly, the co-lead counsel for the Class are: Milberg Weiss; Stull, Stull & Brody; BLB&G and Brower Piven ("Co-Lead Counsel").

4. Co-Lead Counsel shall have the authority and responsibilities established for Co-Lead Counsel for Securities Plaintiffs in this Consolidated Securities Action by Pretrial Order No. 1, signed by the Court on May 5, 2005.

4

5. MPERS' Motion is hereby resolved.

**MILBERG WEISS & BERSHAD LLP**

By: _____/s/ Melvyn I. Weiss_____
Melvyn I. Weiss, Esq.
Richard H. Weiss, Esq.
One Pennsylvania Plaza
New York, New York 10119

- and -

**STULL, STULL & BRODY**

By: _____/s/ Jules Brody_____
Jules Brody, Esq.
Mark Levine, Esq.
6 East 45th Street
New York, New York 10017

*Co-Lead Counsel to the Class*

**BRICKFIELD & DONAHUE**

By: _____/s/_____
Paul Brickfield, Esq.
70 Grand Avenue
Rivers Edge, New Jersey 07661

- and -

**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, PC**

By: _____/s/ James E. Cecchi_____
James E. Cecchi, Esq.
5 Becker Farm Road
Roseland, New Jersey 07068

*New Jersey Co-Liaison Counsel*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: _____/s/_____
John P. Coffey, Esq.
J. Erik Sandstedt, Esq.
220 St. Paul Street
Westfield, New Jersey 07090

Gerald H. Silk, Esq.
1285 Avenue of the Americas
38th Floor
New York, New York 10019

*Counsel to Proposed Co-Lead Plaintiff The Public Employees' Retirement System of Mississippi and Proposed Co-Lead Counsel to the Class*

**DECOTIIS, FITZPATRICK, COLE & WISLER, LLP**

By: _____/s/ Alfred C. DeCotiis_____
Alfred C. DeCotiis, Esq.
Michael R. Cole, Esq.
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666

*New Jersey Liaison Counsel to Proposed Co-Lead Plaintiff The Public Employees' Retirement System of Mississippi*

5

**BROWER PIVEN**
**A PROFESSIONAL CORPORATION**

By: _____
David A.P. Brower, Esq.
Elizabeth A. Schmid, Esq.
488 Madison Avenue
Eighth Floor
New York, New York 10017

*Proposed Co-Lead Counsel to the Class*

**DREIER LLP**

By: _____
Lee A. Weiss, Esq.
Bruce D. Bernstein, Esq.
499 Park Avenue
New York, New York 10022

*Counsel for Co-Lead Plaintiff Richard Reynolds*

DATED: _____January 25_____, 2007

SO ORDERED

_____
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

307448v4

6