UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |

**ASSENTED-TO MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs, by their counsel, respectfully request leave to submit to the Court the recent opinion in *In re Novastar Financial Securities Litigation*, No. 04-0330-CV-W-ODS (W.D. Mo. Feb. 8, 2007) (attached hereto as Exhibit 1), which is relevant to Plaintiffs' Motion for Class Certification.

In *Novastar*, a securities fraud class action, the court granted plaintiffs' motion for class certification and appointed Milberg Weis & Bershad LLP ("Milberg Weiss") co-class counsel. The court rejected defendants' arguments that the indictment rendered Milberg Weiss unsuitable as counsel, noting that "removal of Milberg Weiss as co-lead counsel would not only harm the class, but prematurely punish the firm for unproven allegations.  The Court does not believe it is be [sic] appropriate to consider disqualification of the firm unless and until the claims have been substantiated." *Id.* at 6-7.  The court also rejected defendants' contention that "dissatisfied members of the class will already have a built-in challenge to this action."  *Id.* at 6.

| | |
|---|---|
| Dated:  February 8, 2007 | **MOULTON & GANS, P.C.** |
| | By:  __/s/ Nancy Freeman Gans_____<br>Nancy Freeman Gans, BBO #184540<br>55 Cleveland Road<br>Wellesley, MA 02481<br>Telephone:  (781) 235-2246 |
| | *Liaison Counsel and Local Counsel*<br>*for Plaintiffs and the Class* |

        **MILBERG WEISS & BERSHAD LLP**
        Sanford P. Dumain
        Ariana J. Tadler
        Peter Sloane
        Peter Seidman
        S. Melisa Twomey
        One Pennsylvania Plaza
        New York, NY  10119
        (212) 594-5300

        *Lead Counsel for Plaintiffs and the Class*

## LOCAL RULE 7.1 CERTIFICATE

I, Peter Sloane, hereby certify that on February 8, 2007, I conferred via email with Peter J. Kolovos, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Donna Abelli Lopolito, Michael Sabolinski, Philip Laughlin, Alan Tuck, and Albert Erani; Peter Saparoff, Esq., Mintz, Levin, Cohn, Feris Glovsky and Popeo, P.C., counsel for Defendant Herbert M. Stein; and Sara Jane Shanahan, Esq., Griesinger, Tighe & Maffei, LLP, counsel for Defendant John J. Arcari.  Counsel for all Defendants assent to this motion.

          /s/ Peter Sloane
          Peter Sloane

## CERTIFICATE OF SERVICE

I, S. Melisa Twomey, hereby certify that the above document was served by ECF filing upon the attorney of record for each party on February 8, 2007.

          ____/s/ S. Melisa Twomey____
          S. Melisa Twomey