## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | : <br> : <br> :   Case No.:  1:04cv10027-JLT <br> : <br> : |

## SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FILED PURSUANT TO LEAVE TO FILE GRANTED ON FEBRUARY 21, 2007

Attached hereto as Exhibit A is the recent decision in *In re Novastar Financial Securities Litigation,* No. 04-0330-CV-W-ODS (W.D.Mo. Feb. 8, 2007), which is relevant to Plaintiffs' Motion for Class Certification.  This Court granted leave to file this supplemental authority on February 21, 2007.

Dated: February 22, 2007

Respectfully submitted,

**MOULTON & GANS, P.C.**

By:  /s/ Nancy Freeman Gans

Nancy Freeman Gans, BBO #184540
55 Cleveland Road
Wellesley, MA 02481
Telephone:  (781) 235-2246

**Liaison Counsel and Local Counsel for Plaintiffs and the Class**

-1-

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Sanford P. Dumain
Ariana J. Tadler
Peter Sloane
Peter Seidman
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300

**Lead Counsel for Plaintiffs and the Class**

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans