# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Subpoena Issued to PRICEWATERHOUSECOOPERS LLP,** for the Action Entitled *In re Organogenesis, Inc. Securities Litigation*, Civil Action No. 1:04CV10027-JLT, Pending in the United States District Court for the District of Massachusetts. | Miscellaneous Action No: M8-85 |



RECEIVED FEB 27 2007 U.S.D.C. S.D.N.Y. CASHIERS

### PETITIONERS' NOTICE OF MOTION AND MOTION TO COMPEL THIRD PARTY PRICEWATERHOUSECOOPERS LLP TO COMPLY WITH *SUBPOENA DUCES TECUM*

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Peter Sloane, executed on February 16, 2007, and the exhibits attached thereto, Petitioners, by their counsel, will move this Court, before the Part I Judge sitting at the U.S. Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on Tuesday, March 6, 2007, at 11:00 A.M., for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure (a) compelling PricewaterhouseCoopers LLP ("PwC") to produce all documents responsive to the Subpoena within 7 days at PwC's offices in New York City (or such other location as the parties may mutually agree); (b) compelling PwC to produce immediately all transcripts of depositions and documents previously produced in the action entitled *Bricoleur Capital Management, et al., v. Organogenesis, Inc., et al.*, Case No. GIC 792828 (Cal. Sup. Ct.) that are in PwC's possession; (c) directing that Petitioners shall pay the reasonable costs of copying and shipping the responsive documents to Petitioners, but shall otherwise not be

responsible for paying for PwC's costs or expenses in complying with the Subpoena; and (d) granting Petitioners such other and further relief as the Court may deem appropriate.

Dated: February 16, 2007

**MILBERG WEISS & BERSHAD LLP**

By: _____
Peter Sloane (PS-4672)
Peter E. Seidman (PS-8769)
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Counsel for Petitioners*

-2-

## **CERTIFICATE OF SERVICE**

I, Peter Sloane, certify that on February 16, 2007, I caused a copy of Petitioners' Notice of Motion and Motion to Compel Third Party PricewaterhouseCoopers LLP to Comply with *Subpoena Duces Tecum*, Petitioners' Memorandum of Law in Support of their Motion to Compel Third Party PricewaterhouseCoopers LLP to Comply with *Subpoena Duces Tecum*, and Declaration of Peter Sloane in Support of Petitioners' Motion to Compel Third Party PricewaterhouseCoopers LLP to Comply with *Subpoena Duces Tecum*, to be served via First Class Mail upon:

> Matthew J. Matule, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Beacon Street
> Boston, MA 02108
>
> *Counsel for PricewaterhouseCoopers LLP*
>
> Jonathan A. Shapiro, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109
>
> *Counsel for Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, and Alan W. Tuck* **(Defendants in** *In re Organogenesis, Inc. Securities Litigation*, **Civil Action No. 1:04 CV 10027-JLT, pending in the United States District Court for the District of Massachusetts)**
>
> Peter M. Saparoff, Esq.
> Mintz Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
> One Financial Center
> Boston, MA 02111
>
> *Counsel for Herbert M. Stein* **(Defendant in** *In re Organogenesis, Inc. Securities Litigation*, **Civil Action No. 1:04 CV 10027-JLT, pending in the United States District Court for the District of Massachusetts)**

Sara Jane Shanahan, Esq.
Griesinger, Tighe & Maffie, LLP
176 Federal Street
Boston, MA 02110

***Counsel for John J. Arcari** (Defendant in In re Organogenesis, Inc. Securities Litigation, Civil Action No. 1:04 CV 10027-JLT, pending in the United States District Court for the District of Massachusetts)*

_____
Peter Sloane

2