UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |

**NOTICE OF SUPPELEMENTAL EXHIBIT TO PLAINTIFFS' NOTICE OF TRANSFER OF MOTION TO COMPEL NON-PARTY PRICEWATERHOUSECOOPERS LLP TO COMPLY WITH *SUBPOENA DUCES TECUM* AND REQUEST FOR ADJUDICATION**

Plaintiffs, by their counsel, respectfully submit the attached supplemental exhibit – Exhibit 8 – to Plaintiffs' Notice of Transfer of Motion to Compel Non-Party PricewaterhouseCoopers LLP to Comply with *Subpoena Duces Tecum* and Request for Adjudication (Dkt. No. 203).  Exhibit 8 consists of the Honorable Miriam G. Cedarbaum's order transferring Plaintiffs' Motion to Compel Non-Party PricewaterhouseCoopers LLP to Comply with *Subpoena Duces Tecum* to the District of Massachusetts, which was received by Plaintiffs on March 12, 2007, and which Plaintiffs served on all counsel that same day.

| | |
|---|---|
| Dated: March 13, 2007 | **MOULTON & GANS, P.C.**<br><br>By: /s/ Nancy Freeman Gans<br>Nancy Freeman Gans, BBO #184540<br>55 Cleveland Road<br>Wellesley, MA 02481<br>Telephone: (781) 235-2246<br><br>*Liaison Counsel and Local Counsel for Plaintiffs and the Class*<br><br>**MILBERG WEISS & BERSHAD LLP**<br>Peter Sloane<br>Peter E. Seidman<br>S. Melisa Twomey<br>One Pennsylvania Plaza<br>New York, NY 10119<br>(212) 594-5300<br><br>*Lead Counsel for Plaintiffs and the Class* |

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that counsel for all parties of record have been served this day via ECF and that, in addition, counsel for PricewaterhouseCoopers LLP has been served a true copy of this document by mail.

/s/ Nancy Freeman Gans
Nancy Freeman Gans