UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Alisha C. Smith, hereby certify that:

1. I am an associate of the law firm of Milberg Weiss & Bershad LLP, which is located at One Pennsylvania Plaza, New York, New York 10119.

2. I am admitted to the bar of the States of New York (2003) and Maryland (2001). I am also admitted to practice in the following United States District Courts: the Southern District of New York and the Eastern District of New York.

3. I am in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice, and I have never been subject to any such disciplinary proceeding in the past.

5. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalty of perjury this 12th day of March, 2007.

_____
Alisha C. Smith