UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                   :
IN RE ORGANOGENESIS SECURITIES LITIGATION          :   Civil Action No. 04-10027-JLT
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Mass. Local Rule 7.1(D), non-party respondent PricewaterhouseCoopers LLP ("PwC") hereby respectfully requests that the Court schedule oral argument on Plaintiffs' Motion To Compel Non-Party PricewaterhouseCoopers LLP To Comply With *Subpoena Duces Tecum,* which motion was previously heard in the Southern District of New York (Cedarbaum, J.) and is the subject of Plaintiffs' Notice Of Transfer and Request For Adjudication filed with this Court on March 9, 2007 (Docket No. 203).

Dated: March 14, 2007
       Boston, Massachusetts

Respectfully submitted,

/s/ Matthew J. Matule
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
jcarroll@skadden.com
mmatule@skadden.com

Counsel for Non-Party Respondent
PricewaterhouseCoopers LLP

## Certificate of Service

I, Matthew J. Matule, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 14, 2007.

Dated: March 14, 2007      /s/ Matthew J. Matule
                                        Matthew J. Matule