UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    *
IN RE ORGANOGENESIS                 *
SECURITIES LITIGATION               *    Civil Action No. 04-10027-JLT
_____ *

ORDER

March 15, 2007

TAURO, J.

After reviewing the arguments of the parties, the court hereby orders:

1)   Plaintiffs' Motion for Class Certification [#119] is DENIED.

2)   Defendant Arcari's Motion for Summary Judgment [#181] is ALLOWED.

3)   Plaintiffs' Motion for Protective Order [#153] is ALLOWED.

4)   Defendants' Motion To Strike Lead Plaintiffs' Sworn Certifications and Preclude Reliance on Their Stock Transactions [#133] is DENIED AS MOOT.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge