UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.: 1:04cv10027-JLT |

## MOTION FOR STAY

Plaintiffs, by their counsel, respectfully move for a stay of all proceedings in this action for sixty days from the entry of order staying the action to allow time for Plaintiffs to consider the Court's March 15, 2007 Memorandum and Order, determine how they wish to proceed in this action, and to resolve outstanding discovery issues.

Dated: March 28, 2007

**MOULTON & GANS, P.C.**

By: /s/Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
55 Cleveland Road
Wellesley, MA 02481
Telephone: (781) 235-2246

*Liaison Counsel and Local Counsel for Plaintiffs*

**MILBERG WEISS & BERSHAD LLP**
Sanford P. Dumain
Ariana J. Tadler
Robert A. Wallner
Peter Seidman
S. Melisa Twomey
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

*Lead Counsel for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Gans, hereby certify that on March 27, 2007, I conferred via email with

Jonathan Shapiro, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Donna Abelli Lopolito, Michael Sabolinski, Philip Laughlin, Alan Tuck, and Albert Erani concerning this motion. Counsel for each of the defendants stated that they would not assent to this motion and counsel for Mr. Arcari took the position that it could not assent because Mr. Arcari is no longer a party to the action.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that the above document was served by ECF filing upon the attorney of record for each party of record on March 28, 2007.

/s/Nancy Freeman Gans
Nancy Freeman Gans