UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
\*
IN RE ORGANOGENESIS                          \*
SECURITIES LITIGATION                       \*          Civil Action No. 04-10027-JLT
_____      \*


ORDER

April 12, 2007

TAURO, J.

After reviewing the arguments of the parties, the court hereby orders:

1)      The Motion for Stay [#214] is DENIED.

2)      As it would be to late to address the pending discovery motions at the May 10,

2007, pretrial conference, a Discovery Motion Hearing is set for April 20, 2007, at

10:00 am.  Parties and Non-party Respondent PricewaterhouseCoopers LLP

should be prepared to address the three outstanding discovery motions [#202,

#203, and #204].

IT IS SO ORDERED.

            /s/ Joseph L. Tauro        
United States District Judge