UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUNO HOFMANN

v.

PHILIP LAUGHLIN, et al.

Civ. No. 04-10027-JLT

**ASSENTED-TO MOTION OF DEFENDANTS ALBERT ERANI, PHILIP LAUGHLIN, DONNA ABELLI LOPOLITO, MICHAEL SABOLINSKI, ALAN TUCK AND HERBERT STEIN FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT**

Defendants Albert Erani, Philip Laughlin, Donna Abelli Lopolito, Michael Sabolinski, Alan Tuck and Herbert Stein ("defendants") move for leave to file a Memorandum in support of their Motion for Summary Judgment in excess of the twenty-page limit set forth in Local Rule 7.1(b)(4).  As grounds for this motion, defendants respectfully submit that their Memorandum encompasses numerous issues and statements challenged as misleading, and believe that extending the page limit will allow them to make the submissions necessary to aid the Court in its determination of the issues presented.  Plaintiffs have assented to this motion.

ALBERT ERANI, PHILIP LAUGHLIN, DONNA ABELLI LOPOLITO, MICHAEL SABOLINSKI, and ALAN W. TUCK

By their attorneys,

/s/ Eric D. Levin
Jeffrey B. Rudman (BBO #433380)
Jonathan A. Shapiro (BBO #567838)
Peter A. Spaeth (BBO #545202)
Eric D. Levin (BBO #639717)
Sherry Hartel Haus (BBO #663777)
Kimberly I. Friday (BBO #660544)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

HERBERT STEIN

By his attorneys,

/s/ Peter M. Saparoff
Peter M. Saparoff (BBO #441740)
Breton T. Leone-Quick (BBO #655571)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC
One Financial Center
Boston, MA 02109
(617) 542-6000

Dated:  April 18, 2007

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for the defendants certifies that counsel for Bruno Hofmann has assented to this Motion.

/s/ Jonathan A. Shapiro
Jonathan A. Shapiro

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was filed through the ECF system on April 18, 2007, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Eric D. Levin
Eric D. Levin

US1DOCS 6158231v1