# Exhibit 19

**LookSmart**

FindArticles > Business Wire > April 6, 1999 > Article > Print friendly

**Organogenesis Announces Unit Sales of Apligraf; Over 520 Medical Centers Have Ordered the Product**

CANTON, Mass.--(BW HealthWire)--April 6, 1999--Organogenesis Inc. (AMEX:ORG) today announced the growth in the sales in the US of commercial units of Apligraf. Sales continue to grow each month, which has translated into strong quarterly growth. Apligraf was launched in the US in June 1998 and is marketed by Novartis Pharmaceuticals Corporation.

-0-

| Quarter | Units Sold of Apligraf |
|---|---|
| 3Q98 | 548 |
| 4Q98 | 1070 |
| 1Q99 | 1585 |

-0-

Apligraf is developing strong support among its users. Over 85% of unit sales were to repeat buyers. At the same time, the Apligraf user base is broadening. By the end of March 1999, 523 centers across the US had ordered the product at least once. Over 280 centers had re-ordered at least once by the end of March and seventy percent (70%) of centers trying the product become repeat buyers within two months.

-0-

| Quarter | #Sites Ordering Apligraf(A) |
|---|---|
| 3Q98 | 135 |
| 4Q98 | 316 |
| 1Q99 | 523 |

    (A) Have ordered Apligraf one or more times since launch

-0-

"There has been a sustained growth in Apligraf unit sales since its launch in the US in June 1998," said Alan Tuck, Chief Strategic Officer. "The most important sales measure for Apligraf is the growth in unit sales to commercial customers in the US. Beginning this month, we are pleased to provide this additional information with our monthly site report."

Like human skin, Apligraf living skin construct is all natural and bi-layered, with both an upper epidermal and a lower dermal layer. It contains living human skin cells - epidermal keratinocytes and dermal fibroblasts. The keratinocytes are differentiated to form the strata of the human epidermis, including the outer stratum corneum. Unlike human skin, Apligraf does not contain structures such as blood vessels, hair follicles and sweat glands. Novartis Pharma AG has global Apligraf marketing rights.

Organogenesis Inc. designs, develops and manufactures medical products containing living cells and/or natural connective tissue. The Company's product development focus includes living tissue replacements, cell-based organ assist devices and other tissue-engineered products. In addition to Apligraf, the pipeline includes VITRIX(TM) living soft tissue replacement, a bioartificial liver and a vascular graft.

Statements in this press release which are not historical fact are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and involve risks and uncertainties. There can be no assurance as to the rate of growth of Apligraf sales.

COPYRIGHT 1999 Business Wire
COPYRIGHT 2000 Gale Group