# Exhibit 20

1 of 1 DOCUMENT

Copyright 2001 Business Wire, Inc.
Business Wire

August 2, 2001, Thursday

**SECTION:** HEALTHWIRE

**DISTRIBUTION:** Business Editors and Health/Medical Writers

**LENGTH:** 383 words

**HEADLINE:** Organogenesis Announces July Apligraf Sales Surpass 2000 Units

**DATELINE:** CANTON, Mass., Aug. 2, 2001

**BODY:**

**Organogenesis Inc. (AMEX:ORG)** today announced that US commercial sales of lead product Apligraf(R) were 2015 in July – a new monthly record – and compare with 1673 US commercial units sold in June. Apligraf is marketed by Novartis Pharmaceuticals Corporation.

US Commercial Unit Sales of Apligraf

| Time Period | Month | Quarter |
|---|---|---|
| 1Q99 | | 1585 |
| 2Q99 | | 1755 |
| 3Q99 | | 1817 |
| 4Q99 | | 2192 |
| 1Q00 | | 2555 |
| 2Q00 | | 2814 |
| 3Q00 | | 3232 |
| 4Q00 | | 4084 |
| 1Q01 | | 5194 |
| 2Q01 | | 5244 |
| July 2001 | 2015 | |

Dr. Michael Sabolinski, President and Chief Executive Officer, said, "We are delighted with the growth in sales seen between June and July. Apligraf unit sales have multiple growth drivers in place: the expanded access to Apligraf among Medicare patients, the 2000 approval for diabetic foot ulcers, and the increased sales and marketing support behind the product. We are planning accelerating growth in Apligraf production to meet the increasing demand anticipated."

Organogenesis (www.organogenesis.com) is the only tissue-engineering company to have developed and gained FDA marketing approval for a mass-produced product containing living human cells. The Company's lead product, Apligraf – a cellular, bi-layered skin substitute – is FDA approved for the treatment of venous leg ulcers and diabetic foot ulcers; Novartis Pharma AG has global Apligraf marketing rights. Organogenesis is leveraging its FortaFlex(TM) bioengineered collagen matrix technology into a family of products, and has recently achieved marketing clearance for its FortaPerm(TM) surgical sling and PuraPly(TM) wound dressing. The Organogenesis research pipeline includes the Vitrix(TM) living dermal replacement, a coronary vascular graft and a liver assist device.

Statements in this press release, which are not historical fact, are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and involve risks and uncertainties. There can be no guarantee as to the rate of development of Apligraf sales. Apligraf(R) is a registered trademark of Novartis.

  

Business Wire August 2, 2001, Thursday

CONTACT: Organogenesis Inc.
Carol Hausner
781–575–0775

URL: http://www.businesswire.com

**LOAD–DATE:** August 15, 2001

