# Exhibit 21

1 of 1 DOCUMENT

Copyright 2001 Business Wire, Inc.
Business Wire

October 4, 2001, Thursday

**DISTRIBUTION:** Business/Technology Editors & Health/Medical Writers

**LENGTH:** 364 words

**HEADLINE:** Organogenesis Inc. Announces Apligraf-R Third Quarter Shipments

**DATELINE:** CANTON, Mass., Oct. 4, 2001

**BODY:**

Organogenesis Inc. (AMEX:ORG) today announced that 6606 units of its lead product Apligraf(R) (Graftskin) were shipped in the third quarter of 2001. This represents an increase from the second quarter. The Company will next report figures for Apligraf shipments at the end of the fourth quarter.

Michael Sabolinski, M.D., President and Chief Executive Officer said, "This has been a very significant quarter for the Company. Apligraf sales continue to increase and the product is now reimbursed by Medicare in all fifty states. With our marketing partner, Novartis, we were able to provide Apligraf for victims of the September 11 terrorist attack. In addition, we received marketing clearance for the third FortaFlex(TM)-based product, FortaGen(TM), and plan to launch four new products in October by an Organogenesis Institutional sales force."

Organogenesis (www.organogenesis.com) is the only tissue-engineering company to have developed and gained FDA approval for a mass-produced product containing living human cells that targets two large markets. The Company's lead product, Apligraf – a cellular, bi-layered skin substitute – is FDA approved for the treatment of venous leg ulcers and diabetic foot ulcers; Novartis Pharma AG has global Apligraf marketing rights. The Company has four products expected to soon begin commercialization: FortaPerm(TM) bioengineered tissue support product, FortaGen bioengineered tissue repair product, PuraPly(TM) wound dressing and Revitix(TM) Regenerative Skin Complex. The Company's research pipeline includes the Vitrix(TM) living dermal replacement, a coronary vascular graft and a liver assist device.

Statements in this press release, which are not historical fact, are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and involve risks and uncertainties. There can be no guarantee as to the rate of development of Apligraf sales or of the timing of commercialization of future products. Apligraf(R) is a registered trademark of Novartis.

CONTACT: Carol Hausner
Senior Director, Corporate Communications
781-575-0775

URL: http://www.businesswire.com

**LOAD-DATE:** October 5, 2001

