# Exhibit 22

1 of 1 DOCUMENT

Copyright 2002 Business Wire, Inc.

Business Wire

April 3, 2002, Wednesday

SECTION: HEALTHWIRE

DISTRIBUTION: Business Editors & Health/Medical Writers

LENGTH: 587 words

HEADLINE: **Organogenesis** Inc. Announces First Quarter of 2002 Apligraf Shipments; Quarterly Shipments Surpass 7,000 Units

DATELINE: CANTON, Mass., April 3, 2002

BODY:

**Organogenesis** Inc. (AMEX:ORG) today announced that total unit shipments of its Apligraf(R) living skin substitute were 7,102 in the first quarter of 2002. This represents a 24% increase over shipments of 5,734 in the first quarter of 2001 and a 4% increase over shipments of 6,822 in the fourth quarter of 2001.

"Although Apligraf shipments continued to grow, they did not meet our first quarter goal due to the Company's financial constraints," said Steven Bernitz, Executive Vice President and Chief Operating Officer. "With new financing in place, we look forward to getting sales back on a higher growth curve in the quarters ahead."

**Organogenesis** Inc. (www.organogenesis.com) was the first company to develop and gain FDA approval for a mass-produced product containing living human cells. The Company's lead product, Apligraf living skin substitute, is FDA approved for the treatment of diabetic foot ulcers and venous leg ulcers; Novartis Pharma AG has global Apligraf marketing rights. **Organogenesis** is also developing a novel family of bioengineered surgical products based on its FortaFlex(TM) technology. Two of these products - FortaPerm(TM) and FortaGen(TM) - are already FDA-cleared for marketing and are being sold by the Company's own sales and marketing team. Additionally, the Company has a broad development and marketing agreement with Biomet, Inc. for orthopedic and periodontal surgery products. The **Organogenesis** pipeline also includes Vitrix(TM) living dermal replacement, FortaFill(TM) soft tissue augmentation and Revitix(TM) regenerative skin complex. The Company is actively seeking third party funding for several of its long-term research programs, including a coronary vascular graft, a liver assist device and a pancreatic islet cell transplantation program.

This release contains forward-looking statements that are subject to risks and uncertainties, including statements about recent and expected product launches and sales development. Actual results may differ materially from those indicated or suggested by these forward-looking statements as a result of various factors, including, but not limited to: our expectation that we will incur operating losses in the near future; our ability to raise additional funds on acceptable terms, if at all; our reliance on Novartis for marketing of Apligraf and product development funding support; the actions of competitors and

413



the development of competing products; uncertainties related to preclinical and clinical testing and trials; difficulties or delays in obtaining regulatory approvals to market products resulting from our development efforts; our ability to successfully transition to full-scale production of Apligraf; our ability to protect our patents and proprietary rights; patent infringement actions; our ability to commercialize some of our products without a marketing partner; and the requirement for substantial funding to conduct research and development and to expand commercialization activities. For a further list and description of uncertainties we face, please refer to our filings with the Securities and Exchange Commission, including our most recent filings on Forms 10-K and 10-Q. We disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

Apligraf(R) is a registered trademark of Novartis.

CONTACT: Organogenesis Inc.
Laurie Doyle, 781-575-0775

URL: http://www.businesswire.com

LOAD-DATE: April 4, 2002

414

