# Exhibit 23

Case 1:04-cv-10027-JLT   Document 223-40   Filed 04/18/2007   Page 2 of 2

**LookSmart**

## Organogenesis Inc. Promotes Steven Bernitz to Executive Vice President and Chief Operating Officer

Business Editors and Health/Medical Writers

CANTON, Mass.--(BW HealthWire)--Jan. 29, 2002

Organogenesis Inc. (AMEX:ORG) today announced the promotion of Steven Bernitz to Executive Vice President and Chief Operating Officer. Mr. Bernitz has been with the Company since 1999, most recently serving as Vice President of Worldwide Commercial Operations. Since joining Organogenesis as head of business development, Mr. Bernitz has founded a new business unit to develop and commercialize a family of bioengineered surgical products, including the FortaFlex line of products. Under his leadership, this business unit developed several new products, negotiated commercialization collaborations with Biomet Inc. and Royce(R) Medical Company, and built an internal sales and marketing team. Mr. Bernitz has served in senior management positions at the biotechnology company, Dyax Corp., as well as at Merck & Co., Inc. He also served as a consultant at McKinsey & Co., Inc. to the healthcare, manufacturing and financial services industries.

"I am excited to have Steve serve in this important function," said Michael Sabolinski, M.D., President and Chief Executive Officer. "He has extensive experience in product commercialization, including managing complex partner relationships."

Organogenesis Inc. (www.organogenesis.com) is the first tissue-engineering company to have developed and gained FDA approval for a mass-produced product containing living human cells. The Company's lead product, Apligraf(R) - a cellular, bi-layered skin substitute - is FDA approved for the treatment of venous leg ulcers and diabetic foot ulcers; Novartis Pharma AG has global Apligraf marketing rights. Two other marketed products - FortaPerm(TM) and FortaGen(TM)- have been launched by the Company's own sales and marketing team. Additional products nearing commercialization include PuraPly(TM) wound dressing and Revitix(TM) Regenerative Skin Complex. The Company's research pipeline includes the Vitrix(TM) living dermal replacement product, a coronary vascular graft and a liver assist device.

This release contains forward-looking statements that are subject to risks and uncertainties, including statements about recent and expected product launches. Actual results may differ materially from those indicated or suggested by these forward-looking statements as a result of various factors, including, but not limited to: our expectation that we will incur operating losses in the near future; our ability to raise additional funds on acceptable terms, if at all; our reliance on Novartis for marketing of Apligraf and product development funding support; the actions of competitors and the development of competing products; uncertainties related to preclinical and clinical testing and trials; difficulties or delays in obtaining regulatory approvals to market products resulting from our development efforts; our ability to successfully transition to full-scale production of Apligraf; our ability to protect our patents and proprietary rights; patent infringement actions; our ability to commercialize some of our products without a marketing partner; and the requirement for substantial funding to conduct research and development and to expand commercialization activities. For a further list and description of uncertainties we face, please refer to our filings with the Securities and Exchange Commission, including our most recent filings on Forms 10-K and 10-Q. We disclaim any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

Apligraf(R) is a registered trademark of Novartis. Royce(R) is a registered trademark of Royce Medical Company.

COPYRIGHT 2002 Business Wire
COPYRIGHT 2002 Gale Group