**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE ORGANOGENESIS SECURITIES LITIGATION | Case No.:  1:04cv10027-JLT |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in this case stipulate and agree that John Bowie, Richard Conen, Bruno Hofmann, and Richard Madigan hereby dismiss their actions with prejudice, and waive any rights of appeal.

The parties shall bear their own fees, costs and expenses in connection with this litigation.

Dated: April 19, 2007                                              Respectfully submitted,

| | |
|---|---|
| **MOULTON & GANS, P.C.** | **MILBERG WEISS & BERSHAD LLP** |
| By:    _/s/Nancy Freeman Gans<br>―――――――――――――――<br>       Nancy Freeman Gans (BBO #184540)<br><br>       55 Cleveland Road<br>       Wellesley, MA 02481<br>       (781) 235-2246<br><br>*Liaison Counsel and Local Counsel for Plaintiffs and the Class* | By:    _/s/Peter Seidman<br>―――――――――――――――<br>       Ariana J. Tadler<br>       Peter Seidman<br>       One Pennsylvania Plaza<br>       New York, NY 10119<br>       (212) 594-5300<br><br>*Lead Counsel for Plaintiffs and the Class* |
| **WILMER CUTLER PICKERING HALE & DORR LLP**<br><br>By:    _/s/Jonathan A. Shapiro<br>―――――――――――――――<br>       Jonathan A. Shapiro (BBO #567838)<br>       Jeffrey B. Rudman (BBO #433380)<br><br>       Peter J. Kolovos (BBO #632984)<br>       60 State Street<br>       Boston, MA 02109<br>       (617) 526-6000<br><br>*Counsel for Albert Erani, Donna Abelli Lopolito, Philip Laughlin, Michael Sabolinski, and Alan Tuck* | **GRIESINGER, TIGHE & MAFFEI, LLP**<br><br>By:    _/s/ Sara Jane Shanahan<br>―――――――――――――――<br>       Sara Jane Shanahan (BBO #567837)<br>       176 Federal Street<br>       Boston, MA 02110<br>       (617) 542-9900<br><br>*Counsel for John Arcari* |
| **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO PC**<br><br>By:    _/s Peter M. Saparoff<br>―――――――――――――――<br>       Peter M. Saparoff (BBO #441740<br>       Breton T. Leone-Quick (BBO #655571)<br>       One Financial Center<br>       Boston, MA 02111<br>       (617) 542-6000<br><br>*Counsel for Herbert Stein* | |